UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NUMBER: 9:17-cv-80732-KAM

RAVI KADIYALA, individually, and as the
assignee of CREDIT UNION MORTGAGE
UTILITY BANC, INC., an Illinois corp**,**

      Plaintiffs,

v.

MARK JOHN PUPKE, MARIE MOLLY
PUPKE, NICOLE ELLERSTEIN, aka
NICOLE AUGUSTE JACK, THE FLAGLER
GROUP AND ASSOCIATES, a Florida sole
proprietorship, JOHN P. MILLER, individually
and doing business as JOHN P. MILLER, CPA,
PA, a Florida corporation,

      Defendants.
_____

MARK JOHN PUPKE and
MARIE MOLLY PUPKE

      Counterclaim Plaintiffs,

v.

RAVI KADIYALA, individually, and as the
assignee of CREDIT UNION MORTGAGE
UTILITY BANC, INC., an Illinois corp

      Counterclaim Defendants.
_____/

## HOFFENDEN LAW P.A.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MARK JOHN PUPKE AND MARIE MOLLY PUPKE

Pursuant to Southern District Florida Local Rule 7.1 and 11.1 and Rule 401.16(a) of

the Model Rules of Professional conduct, the undersigned counsel and the law firm of Hoffenden

Law P.A., respectfully request this Court grant them leave to withdraw as counsel of record for

Defendants/Counterclaim Plaintiffs MARK JOHN PUPKE and MARIE MOLLY PUPKE, and in

support thereof, states as follows:

1. The undersigned's representation has been terminated.

2. Defendants have retained additional counsel, who have previously entered their appearance and are actively representing their interests. There would be no prejudice permitting the requested withdrawal.

3. Therefore, the undersigned is respectfully requesting to be permitted to withdraw from the present matter and be relieved of any further responsibilities.

**WHEREFORE**, the undersigned respectfully request an order permitting the withdrawal of Hoffenden Law P.A. and the undersigned as Counsel for the Defendants/Counterclaimants in the present matter.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(a)(3) of the Southern District of Florida, the undersigned counsel hereby certifies that he has conferred with Counsel for the Plaintiff regarding the relief requested in this motion and does not object to the relief requested.

Dated: December 17, 2021

                Respectfully submitted,

                Martin Hoffenden
                Hoffenden Law P.A.
                P.O. Box 670355
                Coral Springs Florida 33067
                Tel: 561-306-1955

                By:    */s/ Martin Hoffenden*
                        Martin Hoffenden
                        Florida Bar No: 115732

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, the foregoing document was filed with the Clerk of the Court via CM/ECF.

By: */s/ Martin Hoffenden*
Martin Hoffenden