UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80732-CIV-KAM

RAVI KADIYALA, individually, and as the
Assignee of CREDIT UNION MORTGAGE
UTILITY BANC, INC., an Illinois corporation,

Plaintiffs,

v.

MARK JOHN PUPKE, MARIE MOLLY
PUPKE,

Defendants.
_____/

## ORDER

This cause is before the Court upon Hoffenden Law P.A.'s Motion to Withdraw as Counsel of Record for Mark John Pupke and Marie Molly Pupke (DE 238). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Hoffenden Law P.A.'s Motion to Withdraw as Counsel of Record for Mark John Pupke and Marie Molly Pupke (DE 238) is **GRANTED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of December, 2021.

KENNETH A. MARRA
United States District Judge