```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION
                       CASE NO. 17-CV-80732-KAM
 3

 4   RAVI KADIYALA and CREDIT UNION        West Palm Beach, Florida
     MORTGAGE UTILITY BANC, INC.,
 5
                      Plaintiffs,          November 9, 2021
 6
             vs.                           1:47 p.m. - 3:23 p.m.
 7
     MARK J. PUPKE and MARIE MOLLY PUPKE,
 8
                                           Pages 1 to 72
 9

10                    EXCERPT OF JURY TRIAL
                    TESTIMONY OF JOHN P. MILLER
11            BEFORE THE HONORABLE KENNETH A. MARRA
                   UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13

14   FOR THE PLAINTIFFS:          GLENN SEIDEN, ESQ.
                                  MARK A. CISEK, ESQ.
15                                SEIDEN LAW GROUP, P.C.
                                  3 South Wabash Avenue
16                                Suite 2700
                                  Chicago, Illinois 60604
17
     FOR THE DEFENDANTS:          MARTIN W. HOFFENDEN, ESQ.
18                                HOFFENDEN LAW, P.A.
                                  P.O. Box 670355
19                                Coral Springs, Florida 33067

20   STENOGRAPHICALLY REPORTED BY:

21                                ILONA LUPOWITZ, CRR, RPR, RMR
                                  Official Court Reporter
22                                United States District Court
                                  400 North Miami Avenue
23                                8th Floor
                                  Miami, Florida 33128
24                                (305) 523-5634

25
```

```
 1                        I N D E X

 2     WITNESS                                      PAGE

 3     JOHN P. MILLER

 4     DIRECT EXAMINATION BY MR. CISEK:              3
       CROSS-EXAMINATION BY MR. HOFFENDEN:          51
 5     REDIRECT EXAMINATION BY MR. CISEK:           58
       RECROSS-EXAMINATION MR. HOFFENDEN:           62
 6

 7                    PLAINTIFFS' EXHIBITS

 8

 9     Exhibit                                  Received

10     76                                         23
       63                                         29
11     64                                         29
       65                                         30
12     66                                         31
       67                                         33
13     79                                         40
       103                                        45
14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    (Call to the Order of the Court.)

2                         *  *  *  *  *  *  *

3              (Plaintiff witness, JOHN P. MILLER, duly sworn.)

4              THE COURT:  Please be seated, sir.  And if you could

5    try and adjust that microphone.  Pull it towards you so we can

6    hear you clearly.  All right?

7              If you could tell us your name, sir.

8              THE WITNESS:  John Patrick Miller.

9              THE COURT:  Spell your last name, please.

10             THE WITNESS:  M-I-L-L-E-R.

11             THE COURT:  Thank you, sir.  You may proceed.

12                         DIRECT EXAMINATION

13   BY MR. CISEK:

14   Q.   Hello.  You gave us your name.

15        Where do you currently live?

16   A.   Boca Raton, Florida.

17   Q.   Did you go to college?

18   A.   Yes.

19   Q.   Where did you go to college?

20   A.   Florida Atlantic University.

21   Q.   Did you get a degree?

22   A.   Yes.

23   Q.   What was that degree?

24   A.   I got a bachelor's of business administration and a

25   master's of business administration.
```

4

```
 1   Q.   Okay.  Approximately, when was this, the year?
 2   A.   1974 and 1980.
 3   Q.   Okay.  Was that the extent of your collegiate education?
 4   A.   Yes.
 5   Q.   Okay.  Do you hold any professional licenses, sir?
 6   A.   Yes.
 7   Q.   What do you have?
 8   A.   CPA.
 9   Q.   What does CPA stand for?
10   A.   Certified public accountant.
11   Q.   Okay.  The word "public" in there, why is there a word
12   "public" in certified public accountant?
13   A.   I don't really have an answer for that.  That's the rule.
14   That's the state law.
15   Q.   Okay.  Let me ask it this way:  Does a certified public
16   accountant -- is it licensed by the state?
17           MR. HOFFENDEN:  Objection.  Leading.
18           THE COURT:  Overruled.
19           THE WITNESS:  Yes.
20   BY MR. CISEK:
21   Q.   Does the state have requirements that you have to meet to
22   be a certified public accountant?
23   A.   Yes.
24   Q.   Okay.  Does the state then, by its requirements, require
25   you to have a certain obligation to the public through the
```

```
 1    state that has given you that license?

 2            MR. HOFFENDEN:  Objection.  Confusing.

 3            THE COURT:  Rephrase your question.

 4    BY MR. CISEK:

 5    Q.   Let me rephrase it.

 6         Do you feel that you have, by virtue of the fact that you

 7    have a CPA, that you have any duties to the public?

 8    A.   Yes.

 9    Q.   Okay.  How does one get a CPA license in Florida?

10    A.   You have to go to college for four years, and then have to

11    sit for an exam.

12    Q.   Okay.  Are there parts to that exam?

13    A.   When I took it, there was four parts.

14    Q.   Okay.  You passed all four parts?

15    A.   Yes.

16    Q.   By when had you passed all four parts to that exam?

17    A.   1977.

18    Q.   Okay.  Are there educational requirements for the CPA?

19    A.   Yes.

20    Q.   What are they?

21    A.   Bachelor's degree, and then one year of graduate credit

22    after that.

23    Q.   Okay.  Where did you get your graduate credit?

24    A.   Florida Atlantic University.

25    Q.   Okay.  As a CPA, are you a member of any professional
```

1   organizations?

2   A.   Yes.

3   Q.   What are they?

4   A.   American Institute of CPAs, Florida Institute of CPAs, the

5   Association of Certified Fraud Examiners, the Atlantic Chapter

6   of the FICPA, National Association of Certified Valuation

7   Analysts, and then the American Society of Tax Problem Solvers.

8   Q.   Does the CPA license, can it come with any specialities?

9   A.   No.

10   Q.   Okay.  Do you consider yourself having any specialities as

11   an accountant?

12   A.   No.

13   Q.   Would you consider yourself a certified fraud examiner?

14   A.   Yes.

15   Q.   Okay.  Just explain for me, briefly, what is a certified

16   fraud examiner?

17   A.   Well, they examine books and records to determine if a

18   fraud has occurred.

19   Q.   Okay.  Who bestows the title, certified fraud examiner?

20   A.   American Association of Certified Fraud Examiners.

21   Q.   And you have that?

22   A.   Yes.

23   Q.   Okay.  Who do you currently work for?

24   A.   I work for myself.

25   Q.   Do you have a firm, a business?

```
 1    A.    Yes.

 2    Q.    What is the name of that business?

 3    A.    John P. Miller, CPA, P.A.

 4    Q.    What does that P.A. stand for?

 5    A.    Professional association.

 6    Q.    Okay.  How long has John P. Miller, CPA, P.A. been in

 7    existence?

 8    A.    34 years.

 9    Q.    Since about 1987?

10    A.    Yes.

11    Q.    Okay.  Prior to that, what did you do for a living?

12    A.    I was an accountant working for a large company.

13    Q.    What was that large company?

14    A.    Waste Management, Inc.

15    Q.    Okay.  What did you do for Waste Management?

16    A.    One of the controllers.

17    Q.    Okay.  What is a controller?

18    A.    A controller is responsible for accounting, for books and

19    records for the company, and also maintains the system of

20    internal control.

21    Q.    Okay.  Were you an employee, or were you an independent

22    contractor when you worked for Waste Management?

23    A.    I was an employee.

24    Q.    When did you start working for Waste Management?

25    A.    1974.
```

```
 1    Q.   Was that your first job out of school?

 2    A.   Yes.

 3    Q.   Okay.  Did you ever leave that job?

 4    A.   Yes.

 5    Q.   When?

 6    A.   1986.

 7    Q.   And why did you leave?

 8    A.   It was time to leave.  It was just the -- there was no more

 9    opportunity there, no more opportunity for advancement.  It was

10    time to go do something else.

11    Q.   And after that, you started your own business?

12    A.   That's correct.

13    Q.   What is your role there?

14    A.   I'm the president, director.  I do all the accounting for

15    my own company.

16    Q.   Okay.  As part of your role in that business, do you have

17    occasion to do something called an audit?

18    A.   Yes.

19    Q.   What is an audit?

20    A.   It's an examination of the books and records of the client

21    business, and then interviewing the employees there to

22    determine that the books and records are being properly

23    handled.

24    Q.   Who performs audits?

25    A.   CPAs perform audits.
```

```
 1    Q.   Are CPAs the only ones who can do an audit?

 2    A.   Yes.

 3    Q.   Can any CPA do an audit?

 4    A.   Yes.

 5    Q.   What is the purpose of performing an audit?

 6    A.   To determine if the financial statements are accurate.

 7    Q.   Okay.  But what would they be used for?

 8    A.   Any number of things.  It could be for government

 9    compliance, it could be for stock -- SEC rules.  You can go on

10    and on and on.

11    Q.   But, again, the purpose of the audit is specifically for a

12    third party to look at it and apprise themselves of the

13    soundness of whatever was being investigated by the CPA,

14    correct?

15              MR. HOFFENDEN:  Objection.  Leading.

16              THE COURT:  Overruled.

17              THE WITNESS:  Yes.

18    BY MR. CISEK:

19    Q.   And you do audits, correct?

20    A.   Yes.

21    Q.   About how many have you done, ballpark?

22    A.   I would only have to guess.  I have no idea.

23    Q.   Okay.  But you've done many.

24    A.   Yes.

25    Q.   Okay.  What's the process that you undertake when you do an
```

```
 1    audit, you?
 2    A.   It's a long process.  You interview the client.  You do a
 3    client engagement, or a client acceptance list.  It's a
 4    checklist.  You take checklists that are published by Thompson
 5    Reuters, or American Institute of CPAs.  You review the list.
 6    You do interviews.  You interview the people.  You do -- it's
 7    what they call engagement, a pre-engagement checklist, to make
 8    sure that you can handle this client.  And there's just a --
 9    one checklist after another to complete the work.
10    Q.   Okay.  Let's assume that you, hypothetically, that you feel
11    that you are capable of doing an audit for a particular client.
12         What is the next step?
13    A.   Well, you get the financial records and you start
14    reviewing, going through receipts, going through journal
15    entries, going through checkbooks, going through bank
16    statements, reviewing the activity.
17    Q.   Before you get the records, do you ever have occasion to
18    use something called an engagement letter?
19    A.   That's -- you have to get those all the time.  You always
20    get those.
21    Q.   What is an engagement letter?
22    A.   It's like a contract.  It spells out to the client what
23    you're doing.  And then they sign it.  And then they get a copy
24    and you get a copy, and it spells out what you're doing.
25    Q.   It sets the parameters of the audit?
```

```
 1    A.   Correct.
 2    Q.   And what they expect of you and what you expect of them,
 3    correct?
 4    A.   Yes.
 5    Q.   Okay.  You indicated then that you get records from -- you
 6    get records that you review.
 7         Where do you get those records from?
 8    A.   The client.
 9    Q.   After you get the records, what happens then?
10    A.   Then you -- then, usually, if there's a financial statement
11    already done, you start reviewing it and reviewing the numbers
12    behind it, reviewing general ledgers, reviewing journals,
13    reviewing journal entries.  There's a lot of steps, a lot of
14    steps to it.
15    Q.   Okay.  After you've reviewed everything, then what?
16    A.   Then you make up -- you prepare a financial statement from
17    that.
18    Q.   Okay.  What is a financial statement?
19    A.   It's a picture of the business, at one point in time,
20    income and expense, and the balance sheet showing the assets
21    and liabilities that they carry.
22    Q.   Okay.  My understanding is that a CPA, when they finish an
23    audit, will issue something called an opinion; is that
24    accurate?
25    A.   Yes.
```

12

1    Q.   What is an opinion?

2    A.   It's a -- generally speaking, it's an unqualified opinion

3    that says that the financial statements are accurate.

4    Q.   Okay.  You used a term that the jury is not going to be

5    familiar with.

6         What is an unqualified opinion?

7    A.   That means there's no substantial errors.

8    Q.   In?

9    A.   The report.

10   Q.   In the report.

11        And I take it that the contrasting -- the flip side of that

12   is going to be a qualified opinion, correct?

13   A.   Yes.

14   Q.   What is a qualified opinion?

15   A.   That means that the financial report has a defect, and it's

16   not in accordance with generally-accepted accounting

17   principles.

18   Q.   Okay.  What happens if you have to issue a qualified

19   opinion?

20   A.   Ordinarily speaking, most people would walk away from

21   doing -- from finishing the work.

22   Q.   Before they had to issue a qualified opinion.

23   A.   Yes, yes.

24   Q.   Do government agencies rely on audits done by CPAs?

25   A.   Yes.

1    Q.   Does, for example, the Department of Housing and Urban

2    Development rely on audits performed by CPAs?

3    A.   Yes.

4    Q.   Has the Department of Housing and Urban Development relied

5    upon audits performed by you?

6    A.   Yes.

7    Q.   Okay.  Are you familiar with the term, "an operational

8    audit"?

9    A.   Not recently, no.

10   Q.   Well, you're not familiar -- you say not recently.

11   A.   I haven't heard that term in some years.

12   Q.   Fair enough.  You are considered a certified fraud

13   examiner, correct?

14   A.   Yes.

15   Q.   Do you use skills associated with that in your audits?

16   A.   Yes.

17   Q.   When you are performing audits for a client, does anybody

18   help you with them?

19   A.   No.

20   Q.   You do them yourself?

21   A.   Yes.

22   Q.   Okay.  After you've completed the examination, you said --

23   and I didn't quite follow this.  You said you issue a report.

24   A.   Yes.

25   Q.   Is that different than the opinion?

```
 1   A.   Well, the opinion is the letter on top of the report.

 2   Q.   Are you familiar with the term "materiality" as it relates

 3   to audits?

 4   A.   Yes.

 5   Q.   What does materiality mean in that context?

 6   A.   Well, materiality means that, you know, there's no material

 7   errors in the report.

 8   Q.   Well, you used the word in your definition.

 9        What does material mean there?

10   A.   It means that it's enough that it would influence the

11   person that's going to use the report.

12   Q.   Okay.

13   A.   It would influence their decision.

14   Q.   How does an auditor determine whether something is material

15   or not?

16   A.   You actually go back to your checklist and your guide and

17   follow what it says there.

18   Q.   Okay.  Let's make this a little more specific.

19        We had discussed the distinction between qualified and

20   unqualified opinions, correct?

21   A.   Yes.

22   Q.   Will HUD accept a qualified opinion from an auditor; will

23   they accept that and give it their blessing?

24   A.   No.

25            MR. HOFFENDEN:  Objection.
```

```
 1              THE COURT:  Sorry.  What's the objection?
 2              MR. HOFFENDEN:  Objection.  Leading, confusing,
 3    compound.
 4              THE COURT:  Overruled.  You could answer.
 5              THE WITNESS:  No.
 6    BY MR. CISEK:
 7    Q.  You indicated that when you're performing your audits,
 8    someone provides you paperwork.
 9        Does that correspond to the term, "the books of a company"?
10    A.  Yes.
11    Q.  Let me ask it this way:  What does books of a company mean
12    to you?
13    A.  General ledger, QuickBooks file, checkbooks.  It could be
14    any number of things.
15    Q.  Balance sheet?
16    A.  It could be a balance sheet.
17    Q.  Profit and loss?
18    A.  Profit and loss.  All of the above.
19    Q.  Statement of cash flow?
20    A.  Statement of cash flows, yes.
21    Q.  Now, any CPA can perform an audit, correct?
22              MR. HOFFENDEN:  Objection.  Asked and answered.
23              THE COURT:  Overruled.  Go ahead.  You can answer.
24              THE WITNESS:  Yes.
25
```

```
 1    BY MR. CISEK:

 2    Q.   CPAs are sometimes employed by corporations, correct?

 3    A.   Yes.

 4    Q.   Can that CPA audit the books of a company that they

 5    prepared -- or whose books they prepared?

 6    A.   They can, but that's not -- not objective.  It wouldn't be

 7    admissible.

 8    Q.   What is wrong with that kind of an --

 9    A.   He's auditing his own work.  You can't do that.

10    Q.   So, typically, when an auditor audits the books of a

11    company, who has created those books?

12    A.   An employee or somebody that works for the company, or an

13    officer or director of the company.

14    Q.   At the beginning, we talked about an engagement letter,

15    correct?

16    A.   Yes.

17    Q.   Earlier in this, we talked about an engagement letter.

18         Does part of your engagement letter typically say that the

19    client is responsible for having prepared the books?

20              MR. HOFFENDEN:  Objection.  Leading.

21              THE COURT:  Overruled.  You could answer.

22              THE WITNESS:  Yes.

23    BY MR. CISEK:

24    Q.   Who is responsible for recording all of the assets of

25    management on those books?
```

1    A.   Management.

2    Q.   And who is responsible for recording all the liabilities of

3    management on those books?

4    A.   Management.

5    Q.   Okay.  That was the general.  Let's get specific.

6         Do you know a gentleman by the name of Mark Pupke?

7    A.   Yes.

8    Q.   Do you know a lady by the name of Marie Pupke?

9    A.   Yes.

10   Q.   How do you know them?

11   A.   I did accounting and tax work for them.

12   Q.   When did you meet them?

13   A.   I think, 2001.

14   Q.   Okay.  Have you audited the books of -- have you audited

15   their personal -- the Pupkes' personal books?

16   A.   No.

17   Q.   Okay.  Do the Pupkes have corporations that they have

18   created?

19   A.   Yes.

20   Q.   Have you audited the books of at least some of those

21   corporations?

22   A.   Just one.

23   Q.   And what was that company?

24   A.   Euro International Mortgage.

25   Q.   Okay.  When did you do your first audit of Euro

1    International Mortgage for the Pupkes?

2    A.   2009.

3    Q.   Okay.  At that time, did you get an engagement letter from

4    the Pupkes setting forth your --

5    A.   Yes.

6    Q.   -- the parameters -- let me finish the question.

7         Setting forth the parameters of your engagement?

8    A.   Yes.

9    Q.   After you got that engagement letter, did the typical

10   process that you spelled out earlier in the examination, did

11   that play out?

12   A.   Yes.

13   Q.   They got you books, the books of the company, Euro?

14   A.   Yes.

15   Q.   Who gave the books to you, of Euro to you?

16   A.   Mark did.

17   Q.   Okay.  What did they give you?

18   A.   Bank statements, check registers, QuickBook backup.

19   Q.   And when you did this audit, if you needed backup

20   information for the audit, who gave that to you?

21   A.   Mark.

22   Q.   If you had a question about the books or something else,

23   who did you go to?

24   A.   Mark.

25   Q.   What was the purpose of the audit that you performed for

```
 1    Euro in 2009?
 2    A.   For HUD qualifications.
 3    Q.   And was the purpose of that audit to see if Euro could
 4    qualify for an Eagle, what is colloquially known as an Eagle
 5    status?
 6              MR. HOFFENDEN:  Objection.  Leading.
 7              THE COURT:  Overruled.
 8              THE WITNESS:  Yes.
 9    BY MR. CISEK:
10    Q.   And what was your determination at that time with respect
11    to the audit you performed?
12    A.   They qualified.
13    Q.   Okay.  And those materials were submitted to HUD?
14    A.   Yes.
15    Q.   And they did receive the Eagle.
16    A.   Yes.
17    Q.   Did you do an audit the next year?
18    A.   Yes.
19    Q.   Okay.  Was the same process played out as we just
20    discussed?
21    A.   Yes.
22    Q.   Mark gave you the books of the company, Euro?
23    A.   Yes.
24    Q.   You had an engagement letter setting forth the parameters
25    of your representation.
```

```
 1   A.   Yes.

 2   Q.   You reviewed the books.

 3   A.   Is that a question?

 4   Q.   It is a question.

 5   A.   Yes.

 6   Q.   You wrote up an opinion.

 7   A.   That's a question too?

 8   Q.   That is a question.

 9   A.   Yes.

10   Q.   You indicated that you believe they qualified for the Eagle

11   at that time, correct?

12   A.   Yes.

13   Q.   And that material was submitted to HUD, correct?

14   A.   Yes.

15   Q.   And in reliance upon HUD, they let them keep the Eagle in

16   2010, correct?

17   A.   Yes.

18   Q.   Okay.  Did you do an audit of your own, 2011?

19   A.   Yes.

20   Q.   Okay.  And was that also to determine the net worth of

21   Euro?

22   A.   Yes.

23   Q.   Okay.  And the purpose of the audit was, again, to retain

24   that Eagle designation, correct?

25   A.   Yes.
```

```
1    Q.  And this was all going to be -- your audit was going to be

2    sent to HUD, correct?

3    A.  It was sent to HUD.

4    Q.  And that was done so because you intended HUD to rely upon

5    your work that said that they had sufficient assets to qualify

6    for the --

7             MR. HOFFENDEN:  Objection.  Compound.

8             THE COURT:  Sustained.  Rephrase your question.

9             THE WITNESS:  Yes.

10            THE COURT:  I sustained the objection.  Let him ask the

11   question again.  Let him ask you another question.

12   BY MR. CISEK:

13   Q.  Euro wanted an Eagle, right?

14   A.  I didn't hear that.

15   Q.  Euro wanted an Eagle designation, correct?

16            MR. HOFFENDEN:  Objection.  Leading.

17            THE COURT:  Sustained.  Stop leading the witness.

18   BY MR. CISEK:

19   Q.  Okay.  Let me ask you this:  Euro got an Eagle from HUD,

20   correct?

21            MR. HOFFENDEN:  Objection.  Leading, again.

22            THE COURT:  Sustained.

23   BY MR. CISEK:

24   Q.  Did Euro have an Eagle?

25            MR. HOFFENDEN:  Objection.  Same objection.
```

```
 1              THE COURT:  Overruled.  You can answer.

 2              THE WITNESS:  Yes.

 3   BY MR. CISEK:

 4   Q.  Who issued Euro that Eagle?

 5   A.  HUD.

 6   Q.  Could HUD revoke the Eagle designation if Euro went out of

 7   compliance with their requirements?

 8              MR. HOFFENDEN:  Objection.  Speculation.

 9              THE COURT:  Overruled.  If he knows.

10              THE WITNESS:  Yes.

11              MR. CISEK:  Could you bring up 76?  I'm not publishing

12   it yet to the jury, but I would like the witness to see it.

13   BY MR. CISEK:

14   Q.  Please familiarize yourself with this document.  If you

15   need to see more of it to recognize what this is, simply say as

16   much, and I'll have it rolled along.

17        Do you recognize this document?

18   A.  Yes.

19   Q.  What is it?

20   A.  It's the opinion letter.

21   Q.  The opinion letter for?

22   A.  The financial statements of Euro International Mortgage.

23   Q.  And you prepared this?

24   A.  Yes.

25              MR. CISEK:  I ask that this be entered into evidence.
```

1           MR. HOFFENDEN:  Objection, Judge.  Predicate not laid

2    for hearsay.

3           THE COURT:  Overruled.  I'll admit it over objection.

4           What number was this?

5           MR. CISEK:  76.

6           THE COURT:  Admitted over objection.

7        (Plaintiff Exhibit 76 was received in evidence.)

8    BY MR. CISEK:

9    Q.  What were the circumstances under which this document,

10   Exhibit 76, was prepared?  That's a question.  Sorry.

11   A.   It was the unqualified opinion letter for the financial

12   statements of Euro International Mortgage.

13          MR. CISEK:  Please publish it.

14          Can you scroll up, please?  Keep going.  Keep going.

15   Keep going.  Keep going.  To 25.  One more page.  Stop.  Thank

16   you.

17   BY MR. CISEK:

18   Q.   Do you see this page, which I believe has the Bates number

19   of GK25?

20          MR. CISEK:  Roll down just so he can see it has GK25.

21   Down.  Down.  Up, up, up, up.

22          THE WITNESS:  Too far.  Little bit further up.  Stop.

23   Right there.  Stop.  Back up.  Back up.  No.  No.  Down, down.

24   Stop.  GK000025.

25

```
 1    BY MR. CISEK:

 2    Q.   Yes.  Do you recognize this page?

 3    A.   Yes.

 4    Q.   What does this page represent?

 5    A.   It's page 1 of the balance sheet.

 6    Q.   For what date?

 7    A.   December 31st, 2011.

 8    Q.   What does it indicate that the total assets of the company

 9    are?

10    A.   I need to move the page up a little bit so I can see.

11         MR. CISEK:  Please move up the page so that he can see.

12         THE WITNESS:  Stop.  2,817,155.

13         MR. CISEK:  Now, bring it up just slightly?  Okay,

14    stop.

15    BY MR. CISEK:

16    Q.   There's a heading that's property and equipment.

17         Do you see that?

18    A.   Yes.

19    Q.   Two below that is an entry that says land.

20         Do you see that?

21    A.   Yes.

22    Q.   And it indicates a land entry of land value of $384,000.

23         Do you see that?

24    A.   Yes.

25    Q.   Okay.  Do you know what properties constituted -- that Euro
```

1    held that constituted that $384,000?

2    A.   I don't recall exactly.

3    Q.   Okay.  Is there a document I could show you that would

4    refresh your recollection as to what constituted that $384,000

5    in value?

6    A.   I don't know if you have a document.

7         Do you have a document?

8              MR. CISEK:  Is that sufficient, Your Honor?

9              THE COURT:  Well, you can show him -- if you want to

10   refresh his recollection, go ahead and show him something.

11             MR. CISEK:  I'm going to show opposing counsel first.

12             May I approach the bench, Your Honor?

13             THE COURT:  The bench?  No.  You can approach the

14   witness.

15             MR. CISEK:  Okay.  I will approach the witness.

16   BY MR. CISEK:

17   Q.   I've tendered you a five-page document that runs from the

18   numbers at the bottom, which we call Bates numbers, K0270

19   through K0274.

20        Do you see that?

21   A.   Yes.

22   Q.   I'm going to draw your attention to the last page.  The

23   heading is Euro International Mortgage, Inc., basis in land

24   contributed by shareholder for year ending 12/31/09.  And it

25   reflects four properties.

1          The combined total is $384,000, correct?

2     A.   Yes.

3     Q.   Does this refresh your recollection as to what properties

4     constituted the $384,000 that's in Exhibit 76?

5     A.   Yes.

6          MR. CISEK:  I need Exhibit 63.

7     BY MR. CISEK:

8     Q.   Mr. Miller, did the document appear on your screen?

9     A.   Yes.

10    Q.   Can you please review it and let me know what this is?

11         MR. SEIDEN:  Just the first page?

12         MR. CISEK:  We'll see.  I don't know if we need more.

13    If he needs more, we'll look at more pages.

14         THE WITNESS:  Can you stop it right now, and don't move

15    it?  This is a quitclaim deed issued by the clerk of Martin

16    County, Florida, for a piece of property known as Lot -- let's

17    see.  Lot 86.

18    BY MR. CISEK:

19    Q.   Okay.

20    A.   And it was transferred from Eiffel Investment Group to Euro

21    International Mortgage.

22    Q.   Is this one of the four properties that corresponds to the

23    $384,000 reflected on Euro's 2011 audit?

24    A.   Yes.

25         MR. CISEK:  64, please.  Stop.

```
 1   BY MR. CISEK:

 2   Q.   What is this document?

 3   A.   This is a Martin County, Clerk of Court issued this

 4   quitclaim deed, transfer of Lot No. 137 from Mark and Marie

 5   Pupke to Euro International Mortgage.

 6   Q.   There's a reference to Lot 137, correct?

 7   A.   Yes.

 8            MR. HOFFENDEN:   Judge, can we go sidebar for one

 9   second?

10            THE COURT:   Yes.

11            (The following proceedings were held sidebar:)

12            MR. HOFFENDEN:   Your Honor, so he's going to go through

13   this list of quitclaim deeds and is just going to have the

14   witness reading off of them without putting them in evidence.

15   That's not appropriate.

16            MR. CISEK:   I could put them into evidence.

17            THE COURT:   Don't talk to each other.

18            Are you talking to me?

19            MR. HOFFENDEN:   I'm talking to you, Your Honor.  As the

20   basis, I just --

21            THE COURT:   Are you going to move these in evidence?

22            MR. CISEK:   I will move them into evidence.

23            THE COURT:   Then move them in evidence.  We don't have

24   to come back here again.

25            Are you going to have an objection?
```

1              MR. HOFFENDEN:  You're going to get it in under what

2    basis?

3              MR. CISEK:  On the basis that these are

4    self-authenticating documents.  He recognizes the Pupkes'

5    signatures.  These are public records.

6              Is there any real objection to their legitimacy?

7              MR. HOFFENDEN:  The real objection would be, to be

8    self-authentic, it would have to be a certified copy.  But it's

9    up to Your Honor's discretion if he's able to authenticate it.

10   Defense would say no.

11             THE COURT:  Well, he says he recognizes it.

12             MR. CISEK:  If he recognizes.

13             THE COURT:  But he says he relied on them for his

14   report.  So get him to say that he needs them in preparing his

15   report.

16             MR. CISEK:  I don't know that I will be able to do

17   that, but I will --

18             THE COURT:  Well, he said that part of the -- it

19   relates to the --

20             MR. CISEK:  They do relate.  They do relate.

21             THE COURT:  Are you challenging the authenticity?

22             MR. HOFFENDEN:  No, Judge.

23             THE COURT:  Then I'll admit them if you offer them.

24             MR. CISEK:  Thank you.

25             (Proceedings returned to open court.)

```
 1              MR. CISEK:  Your Honor, I ask that Exhibit 63 be
 2   entered into evidence.
 3              MR. HOFFENDEN:  No objection, Judge.
 4              THE COURT:  Admitted without objection.
 5          (Plaintiff Exhibit 63 was received in evidence.)
 6              MR. CISEK:  Your Honor, I ask that Exhibit 64, which is
 7   currently on my screen, be entered into evidence.
 8              MR. HOFFENDEN:  No objection.
 9              THE COURT:  Admitted without objection.
10          (Plaintiff Exhibit 64 was received in evidence.)
11              MR. CISEK:  May it be published?
12              THE COURT:  Yes, it may.
13   BY MR. CISEK:
14   Q.  Mr. Miller, do you recognize any of the signatures on this
15   quitclaim deed?
16   A.  Yes.
17   Q.  Whose signatures do you recognize on this?
18   A.  Mark Pupke and Marie Pupke.
19   Q.  Are you familiar, generally, with how their signatures
20   look?
21   A.  Yes.
22   Q.  And do these correspond as your understanding of how they
23   look?
24   A.  Yes.
25   Q.  Okay.
```

1          MR. CISEK:  Number 65?  Okay.  Stop, stop.

2   BY MR. CISEK:

3   Q.  Mr. Miller, what is this exhibit?

4   A.  It's a quitclaim deed recorded by the Clerk of Court,

5   Martin County, Florida, quitclaim deed for Lot No. 184 from

6   Mark and Marie Pupke to Euro International Mortgage.

7   Q.  Okay.  And is Lot 184 one of the lots on K274 constituting

8   part of $384,000 that was reflected in your 2011 audit?

9   A.  It's actually 120,000 that's part of the 384.

10  Q.  Okay.  But the point is, it's one of the pieces of property

11  that is valued at $384,000 in your 2011 audit?

12  A.  Yes.

13          MR. CISEK:  I ask that Exhibit 65 be entered into

14  evidence.

15          MR. HOFFENDEN:  No objection.

16          THE COURT:  Admitted without objection.

17      (Plaintiff Exhibit 65 was received in evidence.)

18          MR. CISEK:  The next one is 66, please.

19  BY MR. CISEK:

20  Q.  Mr. Miller, please review this document, as well.

21      Mr. Miller, what is this document?

22  A.  Quitclaim deed for Lot 90 recorded in Martin County, by the

23  Clerk of Martin County Court.  Lot No. 90, Rivers End.

24  Q.  Okay.

25  A.  That's the one that was 70,000, as part of the 348,000.

```
1    Q.   Okay.  So it's part of the 348,000.

2         I may have been a bit hasty.

3         What is a quitclaim deed, if you know?

4    A.   It's a legal document that transfers property from one

5    party to another.

6    Q.   Okay.  And that's all it does?

7    A.   Yes.

8    Q.   Okay.

9         MR. CISEK:  Has this been entered?  I would ask that

10   Exhibit 66 be entered into evidence.

11        MR. HOFFENDEN:  No objection.

12        THE COURT:  Admitted without objection.

13      (Plaintiff Exhibit 66 was received in evidence.)

14        MR. SEIDEN:  Do you need it published?

15        MR. CISEK:  No.  67, please.

16   BY MR. CISEK:

17   Q.   Mr. Miller, please review this document.

18   A.   Can you make it larger?

19   Q.   Oh, sure.

20   A.   It's a quitclaim deed transferring a property from Euro

21   International Mortgage to Eiffel Investment Group & Associates.

22   Q.   Okay.  So this is a transfer of assets from Euro to Eiffel,

23   correct?

24   A.   Yes.

25   Q.   Do you know the ownership of the Eiffel company?
```

```
 1              MR. HOFFENDEN:  Objection.  Leading.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  Yes, Eiffel is owned by the Pupkes.
 4    BY MR. CISEK:
 5    Q.  Okay.  So they own both Euro and Eiffel, correct?
 6    A.  Yes.
 7    Q.  Okay.
 8              MR. CISEK:  Please scroll down to the next page.
 9              Please scroll up.
10    BY MR. CISEK:
11    Q.  What date is this quitclaim made?
12    A.  March 29, 2010.
13    Q.  Okay.
14              MR. CISEK:  Please scroll down.  Down further.  Okay.
15    BY MR. CISEK:
16    Q.  What is this page?
17              MR. CISEK:  Scroll up just a skosh.  Thank you.
18              THE WITNESS:  Can I see the top?  Can you go a little
19    lower?
20              MR. SEIDEN:  I'm going to do the whole page.
21              THE WITNESS:  Looks like a legal description for Parcel
22    A and Parcel B.  Parcel A has Lot 86, Lot 84, Lot 137, and
23    Parcel B has Lot 90.
24    BY MR. CISEK:
25    Q.  Okay.  And those are the four lots that we have been
```

1   talking about earlier in your examination, right?

2   A.  Yes.

3   Q.  And they're the four lots that represent the $384,000 that

4   is reflected in Exhibit 76, your audit from 2011, correct?

5   A.  Yes.

6           MR. CISEK:  Please bring up 76.

7           MR. SEIDEN:  76?

8           MR. CISEK:  76.  Stop.  Down.  Stop.  Up.  Sorry.

9   BY MR. CISEK:

10  Q.  I'm referring you back to Exhibit 76.

11          MR. CISEK:  Oh, I'm sorry.

12          Can I have Exhibit 67 entered into evidence?

13          THE COURT:  Any objection?

14          MR. HOFFENDEN:  No objection.

15          THE COURT:  Admitted without objection.

16      (Plaintiff Exhibit 67 was received in evidence.)

17  BY MR. CISEK:

18  Q.  We see here, assets.  Correct?

19  A.  Yes.

20  Q.  These are the assets held by Euro, correct?

21  A.  Yes.

22  Q.  And it indicates that it holds $384,000 worth of land by

23  Euro, correct?

24  A.  Yes.

25  Q.  And we've established that that $384,000 consists of those

1    four lots, Lot 184, Lot 90, Lot 86, and Lot 137, correct?

2    A.   Yes.

3    Q.   But we just saw they had been quitclaimed out as of 2010,

4    out of Euro, correct?

5    A.   Yes.

6    Q.   They now belong to another company called Eiffel, correct?

7    A.   Yes.

8    Q.   So they should not be reflected as an asset on the books of

9    Euro, correct?

10   A.   No, no.

11   Q.   Okay.  But based on what you see here, they are still

12   reflected as an asset of Euro?

13        MR. HOFFENDEN:  Objection.  Asked and answered.

14        THE COURT:  Sustained.

15   BY MR. CISEK:

16   Q.   Well, let me ask this:  Is it a material misstatement in

17   the audit to indicate that there's $384,000 worth of land that

18   is not owned by the company?

19   A.   Yes.

20   Q.   Okay.  On the same document, you see property and

21   equipment, building, $734,675, correct?

22   A.   Yes.

23   Q.   Do you know what that asset refers to?

24   A.   That's the office condominium that they owned.

25   Q.   What is the name of the office condominium that they owned?

```
 1   A.   Sanctuary.

 2   Q.   Sanctuary Centre?

 3   A.   Yes.

 4   Q.   Okay.  Sanctuary Centre is being listed as an asset on the

 5   books of Euro, correct?

 6   A.   Yes.

 7   Q.   On the audit.

 8            MR. CISEK:  Exhibit 78.

 9            Okay.  Down, down.  Stop.  Up, just slightly.  Even

10   better.

11            MR. HOFFENDEN:  Can you direct me to what page that is?

12            MR. CISEK:  It's Exhibit 78, page 1.

13   BY MR. CISEK:

14   Q.   Mr. Miller, what is this document?

15   A.   I can't see the top.  Stop right there.  Don't move.

16        It looks like a loan statement for Paradise Bank.

17   Q.   Okay.

18            MR. CISEK:  Stop.

19   BY MR. CISEK:

20   Q.   Do you see a line that says, Loan Officer, David Englert?

21   A.   Yes.

22   Q.   Okay.  Below that is a statement that says collateral,

23   correct?

24   A.   Yes.

25   Q.   What is the collateral?  Is it safe to say that this is at
```

```
 1    least reflecting that there is a loan to Euro?

 2              MR. HOFFENDEN:  Objection.  Leading.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Maybe you can move it back down a little

 5    bit.  I can't see the name on who the borrowers are.

 6              Yes, it does say Euro International Mortgage, yes.

 7    BY MR. CISEK:

 8    Q.   Okay.  Collateral, 159 office, owner occupied, correct?

 9    A.   Yes.

10    Q.   Does this reflect a loan on Sanctuary Centre?

11    A.   Yes.

12    Q.   Okay.  What is the amount of the loan on Sanctuary Centre

13    that this document states?

14    A.   500,000.

15    Q.   Okay.  That $500,000, would that be considered an

16    encumbrance on Sanctuary Centre?

17    A.   Yes.

18              MR. CISEK:  I ask that this be published.

19              MR. HOFFENDEN:  Objection, Judge.

20              THE COURT:  Are you moving it into evidence?

21              MR. CISEK:  To move into evidence.

22              MR. HOFFENDEN:  Objection, Judge.  Inadmissible

23    hearsay.

24              THE COURT:  Sustained, at this point.

25              MR. CISEK:  Okay.
```

```
 1    BY MR. CISEK:

 2    Q.   Let's go back to 76.  Okay.

 3         Do you see in Exhibit 76 where it says property and

 4    equipment?

 5    A.   Yes.

 6    Q.   Building, $734,675?

 7    A.   $734,675.

 8    Q.   Yes.  And you've established that's Sanctuary Centre,

 9    right?

10    A.   That's right.

11    Q.   Does this reflect a $5,000 encumbrance on --

12    A.   You mean 500,000.

13    Q.   Excuse me.  I misspoke.  500,000.

14    A.   If you can move the screen down a little bit.

15         I don't see it there.

16    Q.   Okay.  It indicates that this is an asset that is worth

17    over $700,000, correct?

18    A.   Yes.

19    Q.   And it does not reflect a half a million dollar encumbrance

20    on that asset?              `

21    A.   No.

22    Q.   Would you consider that a material omission?

23    A.   Yes.

24         MR. CISEK:  79, please.  Stop.

25
```

1   BY MR. CISEK:

2   Q.   Mr. Miller, please familiarize yourself with this document.

3        What is this document, sir?

4   A.   It's page 1 of a general ledger of Euro International

5   Mortgage for the period ending 12/31/11.

6            MR. CISEK:   Can we go down to page 30 of 42?

7            Okay.  Stop.

8            MR. HOFFENDEN:   Judge, can we approach one more time,

9   please?

10           THE COURT:   Yes.

11           (The following proceedings were held sidebar:)

12           MR. HOFFENDEN:   We haven't established what it is, and

13   then we're going to take it from there, because it's, like --

14   I'm not even following what's happening.

15           THE COURT:   Are you going to object to this ledger?

16           MR. HOFFENDEN:   I'm going to object to it based on what

17   he said so far.  I'm not going to let him introduce it in that

18   fashion.

19           MR. CISEK:   So let me lay a foundation to see if he's

20   familiar with it, if it's something that he would have reviewed

21   in his audits.

22           THE COURT:   I mean, these are your clients' documents.

23           MR. HOFFENDEN:   The problem with that document in

24   particular is that it's the QuickBooks in this file.  If Your

25   Honor remembers, it's that data file that -- long story short,

1    it is a transcription of the original electronic file, which

2    there's an issue with it.  I want to address with him evidently

3    speaking because it gets converted in the way it gets turned

4    out.

5            MR. CISEK:  If I may --

6            THE COURT:  Okay.  But this is a document that was part

7    of your company's records.  Whether or not it's accurate, it's

8    your clients' records.

9            MR. HOFFENDEN:  It's the output from a document that

10   was my clients' records.  That is correct, Judge.

11           THE COURT:  Okay.  So what's going to be the basis for

12   objecting to its admission?

13           MR. HOFFENDEN:  The format in which it's been

14   presented, in that it's -- I think it should be -- it's made in

15   the format for him to interact with.  Because the way it looks

16   --

17           THE COURT:  Try to lay a foundation and see if he's

18   familiar with it, whether it's his clients', and if he relied

19   upon it in preparing his audit, and then move it into evidence.

20           MR. CISEK:  I shall.

21           MR. HOFFENDEN:  Thank you, Judge.

22           (Proceedings returned to open court.)

23   BY MR. CISEK:

24   Q.  Mr. Miller, let me back up.

25         This Exhibit 79, this general ledger, is this something

1    that you would have seen when you were performing your audit

2    for Euro?

3    A.   Yes.

4    Q.   Okay.  Even at a minimum, you would have at least seen

5    these entries in QuickBooks, correct?

6    A.   Yes.

7    Q.   Is this something that you would have relied upon when you

8    were performing your audit?

9    A.   Yes.

10   Q.   Did you rely on the material in this document when you were

11   performing your audit?

12   A.   Yes.

13   Q.   Okay.

14        MR. CISEK:  On that basis, I ask that this be entered

15   into evidence.

16        MR. HOFFENDEN:  Best evidence rule, Judge.  We have the

17   original.

18        THE COURT:  Overruled.  Admitted over objection.

19     (Plaintiff Exhibit 79 was received in evidence.)

20   BY MR. CISEK:

21   Q.   I'm going to draw your attention to the entries in the last

22   paragraph, total dues and subscriptions, HOA dues.

23        MR. CISEK:  Can I have this published, please.

24   BY MR. CISEK:

25   Q.   I'm going to refer you to the first one, Cobblestone CC

```
1    HOA.
2         What does HOA stand for?
3    A.   Homeowners association.
4    Q.   Okay.  And this is a reference -- these are entries for
5    dues for the homeowners association associated with the
6    particular entity here, Cobblestone, correct?
7    A.   Yes.
8    Q.   So we see an entry for 1403 Cobblestone CC HOA.  We see an
9    entry on January 22, 2011, for Cobblestone CC HOA.  We see one
10   for April 1, 2011, Cobblestone CC HOA.  And we see one for
11   July 1, 2011, Cobblestone CC HOA.  And, finally, one on
12   October 1, 2011, Cobblestone CC HOA, correct?
13   A.   Yes.
14   Q.   Who is the entity that is paying these homeowners
15   association fees?
16   A.   Euro International Mortgage.
17   Q.   Okay.  These entries, is it safe to assume that they are
18   the -- when it makes reference to Cobblestone, it is a
19   reference to at least three of the four entries that we have
20   been discussing earlier in your examination?
21   A.   Yes.
22   Q.   So this is reflecting that Euro is paying the homeowner
23   association fees on properties it no longer owns, correct?
24   A.   Yes.
25   Q.   Okay.  Is that a reflection of something called poor
```

```
 1    controls?

 2    A.  Not necessarily.

 3    Q.  Okay.  It's still a discrepancy, though.

 4        It reflects a discrepancy, correct?

 5    A.  Yes.

 6            MR. CISEK:  Exhibit 81.

 7            THE COURT:  This is not in evidence yet, is it?

 8            MR. CISEK:  No.  Please --

 9            THE COURT:  At the moment, it's still showing.  No, I'm

10    sorry.  My mistake.

11    BY MR. CISEK:

12    Q.  Mr. Miller, when you have an opportunity, would you please

13    review this.

14    A.  Can you move it down a little bit?

15            MR. CISEK:  You have to bring it down, Glenn.  Up, up,

16    up.  There we go.

17            THE WITNESS:  Is that the top of the page?  Okay.

18            It's page 1 of 5 of a commercial banking bank statement

19    for Bank of America for Euro International Mortgage.

20    BY MR. CISEK:

21    Q.  Okay.  And for what period?

22    A.  It's the month ending January 31, 2011.

23    Q.  Okay.  Is this the sort of document that would be presented

24    to you as part of the books of the corporation when you do an

25    audit?
```

```
1    A.   Yes.

2    Q.   Okay.  Do you know if this was presented to you when you

3    did your audit?

4    A.   I don't recall.

5    Q.   But is this the sort of thing that you would have reviewed

6    when you were doing your audit?

7              MR. HOFFENDEN:  Objection.  Asked and answered.

8              THE COURT:  Overruled.  You could answer.

9              THE WITNESS:  Possibly, yes.

10   BY MR. CISEK:

11   Q.   Are you generally familiar with the entries reflected in

12   this statement?

13   A.   Yes.

14             MR. HOFFENDEN:  Objection.

15             MR. CISEK:  He answered.

16             THE COURT:  I heard him answer.

17             MR. CISEK:  On the basis of familiarity, I ask that

18   this be entered into evidence.

19             MR. HOFFENDEN:  Objection, Judge.

20             THE COURT:  Sustained at this time.

21             MR. CISEK:  May I continue to ask the witness, though,

22   about the exhibit?

23             THE COURT:  Sure.  You can ask him, and see if there's

24   an objection.

25             MR. CISEK:  Just scroll up.
```

```
 1          MR. HOFFENDEN:  Judge, I'm going to object on the basis
 2   of trying to roundabout the exhibit through the testimony of
 3   the witness.
 4          THE COURT:  It's not in evidence, so you can't ask him
 5   anything about the contents.
 6          MR. CISEK:  Okay.
 7   BY MR. CISEK:
 8   Q.  Let me ask it this way:  Do you know if Euro was paying --
 9   you know that property taxes have to be paid on property,
10   correct?
11          MR. HOFFENDEN:  Objection.  Leading.
12          THE COURT:  Overruled.  You could answer.
13          THE WITNESS:  Yes.
14   BY MR. CISEK:
15   Q.  Do you know if Euro was paying property taxes on those four
16   lots that they had quitclaimed out of their holdings?
17   A.  I don't recall.
18          MR. CISEK:  103, please.
19          MR. SEIDEN:  103?
20          MR. CISEK:  103.
21   BY MR. CISEK:
22   Q.  Mr. Miller, what is this document?
23   A.  Management representation letter.
24   Q.  Okay.  From whom to whom?
25   A.  From Euro International Mortgage management to me.
```

```
 1   Q.   Okay.

 2             MR. CISEK:  Please go back.  Go back up.

 3   BY MR. CISEK:

 4   Q.   Can you please read the first two paragraphs.

 5             THE COURT:  To himself or --

 6             MR. CISEK:  To himself.

 7   BY MR. CISEK:

 8   Q.   Let's do it this way.  This is preferable.

 9        You are familiar with this document?

10   A.   Yes.

11   Q.   You've seen it before?

12   A.   Yes.

13   Q.   This is the sort of thing that would be maintained in the

14   ordinary course of business?

15   A.   Yes.

16   Q.   Okay.

17             MR. CISEK:  On that basis, I'm going to ask that this

18   be entered into evidence, Exhibit 103.

19             MR. HOFFENDEN:  No objection, Judge.

20             THE COURT:  Admitted without objection.

21        (Plaintiff Exhibit 103 was received in evidence.)

22             MR. CISEK:  Please publish this.

23   BY MR. CISEK:

24   Q.   I'm going to ask you to read the first two paragraphs of

25   this letter to yourself.  Just let me know.
```

```
 1    A.   Can you move it up a little bit?

 2              MR. CISEK:  Down, down, down.

 3              THE WITNESS:  Other way.  Stop.

 4    BY MR. CISEK:

 5    Q.   According to this, who is responsible for the information

 6    used in this audit?

 7    A.   The management of Euro International Mortgage.

 8    Q.   And who is that?

 9    A.   Mark and Marie Pupke.

10    Q.   Okay.  You and I discussed the Cobblestone's properties

11    being quitclaimed out, and yet still being reflected on Euro's

12    books constitutes a material omission, correct?

13    A.   Yes.

14    Q.   And the mortgage on Sanctuary Centre not reflected on the

15    audit also constitutes a material omission, correct?

16              MR. HOFFENDEN:  Objection.  Asked and answered.

17              THE COURT:  Overruled.  You could answer.

18              THE WITNESS:  Yes.

19    BY MR. CISEK:

20    Q.   And it's Mr. Pupke who got you the books for this audit,

21    correct?

22    A.   Yes.

23    Q.   Okay.  You tried to make these audits as accurate as

24    possible, correct?

25    A.   Yes.
```

1   Q.   Because you knew other people were going to rely on them,

2   correct?

3   A.   Yes.

4   Q.   Because you knew the government was going to rely on the

5   statements made when they issued certain special designations,

6   correct?

7   A.   Yes.

8   Q.   And there were other third parties who would rely on your

9   audits, you anticipated would rely on your audits, correct?

10  A.   Yes.

11  Q.   But the fact of the matter is, Euro submitted to HUD an

12  audit that contained at least two matters that you now

13  acknowledge to be material omissions, correct?

14  A.   Yes.

15  Q.   Okay.  Let me ask this:  Is it safe to assume that these

16  omissions were in the earlier audit, in 2010, as well?

17          MR. HOFFENDEN:  Objection.

18          THE COURT:  Overruled.  If he knows.

19          THE WITNESS:  I'm not sure.

20  BY MR. CISEK:

21  Q.   Okay.  They were certainly in the 2011 audit, correct?

22  A.   Yes.

23  Q.   Okay.

24          MR. CISEK:  Go back to 76, please.

25

```
1   BY MR. CISEK:

2   Q.  Okay.  We're back on Exhibit 76.  This reflects assets of

3   Euro as being --

4        MR. CISEK:  Down, down.  Please.  Or up.  Down, down.

5   BY MR. CISEK:

6   Q.  This reflects that the total assets of Euro are $2,817,155,

7   correct?

8   A.  Yes.

9   Q.  However, we see that there is the $734,675 building that

10  goes to these assets that was encumbered to half a million

11  dollars, correct?

12  A.  Yes.

13  Q.  And we see that there's $384,000 worth of land that is

14  reflected on these balance sheets that shouldn't be reflected

15  there, correct?

16  A.  Yes.

17  Q.  Okay.  So in total there is $884,000 worth of assets

18  reflected on these balance sheets that were submitted to HUD

19  that don't exist.

20  A.  You said 884?

21  Q.  Did I get my math wrong?

22  A.  Isn't it 384?

23  Q.  384 plus the 500,000, the encumbrance on Sanctuary Centre.

24  A.  Wasn't that the liability, on the liability side?

25  Q.  It's not -- let's take a look.
```

1       Is it reflected on the liability side?

2   A.  No.

3   Q.  Okay.  So there's $884,000 of liabilities that are not

4   reflected on this asset sheet, and not reflected elsewhere in

5   the materials that were submitted to HUD?

6           THE COURT:  You said liabilities.

7           MR. CISEK:  Oh.

8   BY MR. CISEK:

9   Q.  There are $884,000 of assets that are reflected here that

10  should not be.

11  A.  I don't understand the question.

12  Q.  Okay.  This reflects that there's $734,675 of assets

13  related to something called building, correct?

14  A.  It's a condominium, yes.

15  Q.  And we've concluded that that building is Sanctuary Centre,

16  which is Euro's headquarters, correct?

17  A.  Yes.

18  Q.  And we've also established that there is a half a million

19  dollar encumbrance on that building, correct?

20  A.  Yes.

21  Q.  And that half a million dollars would eat into the value of

22  that asset, correct?  Or as reflected on these books.

23      The asset, as it is reflected on these books, should

24  reflect that half a million dollar encumbrance, correct?

25  A.  Yes.

1  Q.  We also see that there's $384,000 of assets related to

2  land, correct?

3  A.  Yes, we do.

4  Q.  And we have established that that $384,000 relates to four

5  properties that were quitclaimed out of Euro, correct?

6  A.  Yes.

7  Q.  So when you take the half a million dollar mortgage that is

8  on Sanctuary Centre, and the $384,000 worth of land that was

9  quitclaimed out of Euro, there is $884,000 reflected as assets

10  on the books of Euro that were submitted to HUD to acquire the

11  Eagle that should not have been counted, correct?

12  A.  Yes.

13  Q.  Okay.  And you believe that that is a material omission?

14  A.  Yes.

15  Q.  Hold on a moment.

16        MR. SEIDEN:  We need a moment, Judge.

17        MR. CISEK:  If we could have a brief recess?

18        MR. SEIDEN:  No, no.  We don't need a recess.  We just

19  need a moment.

20        (Discussion was held off the record.)

21        MR. CISEK:  Thank you very much, Your Honor.  Thank

22  you.  No more questions.  Thank you.

23        THE COURT:  Thank you.  Cross-examination.

24        MR. HOFFENDEN:  Judge, I hate to ask.  May I rush to

25  the restroom really quick?

1          THE COURT:  Ladies and gentlemen, let's take a

2    five-minute recess.  All right.

3          So, please don't discuss the case or form any opinions.

4    Leave your notes.  And we'll see you in about five minutes.

5    Thank you.

6          THE COURT SECURITY OFFICER:  All rise for the jury.

7          (Jury exits at 2:53 p.m.)

8          (Court recessed at 2:53 p.m.)

9          (Back on the record at 3:03 p.m.)

10         THE COURT SECURITY OFFICER:  All rise for the jury.

11         (Jury enters at 3:04 p.m.)

12         THE COURT:  Welcome back, everyone.  Please be seated,

13   ladies and gentlemen.  Thank you again for your patience,

14   ladies and gentlemen, and your cooperation.

15         We are ready to begin cross-examination.

16                    CROSS-EXAMINATION

17   BY MR. HOFFENDEN:

18   Q.  Mr. Miller, good afternoon.  First things first,

19   Mr. Miller.

20       You've been an accountant for a while; is that right?

21   A.  Yes.

22   Q.  And you stated on direct that you performed services for

23   the Pupkes for several years.  Many years, actually.

24   A.  Yes.

25   Q.  And when they hired you, they hired you to be their

1    accountant, right?

2    A.   Yes.

3    Q.   In the same fashion that they did not have a level of

4    expertise on the subject; is that right?

5    A.   Yes.

6    Q.   And when they retained you, or hired you, you asked them to

7    provide documents; is that right?

8    A.   Yes.

9    Q.   And some of those documents were things like bank

10   statements, QuickBook files, right?

11   A.   Yes.

12   Q.   And some of those things -- well, let me take a step back.

13        Where would you put Mr. Pupke's abilities with -- first,

14   what's QuickBooks?

15   A.   Say that one more time.

16   Q.   What is QuickBooks?

17   A.   It's an accounting system that's very prevalent, very --

18   it's used across the country.

19   Q.   It's used by?

20   A.   Thousands of companies.

21   Q.   And the people who use it are sophisticated,

22   unsophisticated, generally speaking?

23   A.   Various levels of sophistication.

24   Q.   So low sophistication people can use it, too.

25   A.   Yes.

```
 1   Q.   And when they put entries in, they put things together,

 2   it's possible for them to make mistakes; is that right?

 3   A.   Yes.

 4   Q.   And that's part of the reason why they look for services or

 5   help elsewhere; is that right?

 6   A.   That's right.

 7   Q.   And just to be clear, Mr. Pupke is not a CPA; is that

 8   right?

 9   A.   No.

10   Q.   Neither is Ms. Marie Pupke?

11   A.   No.

12   Q.   And their level of sophistication with these type of

13   matters is not very high?

14   A.   No.

15   Q.   Now, let's talk about -- there was a discussion about a

16   $500,000 -- which was described as a mortgage on one of the

17   properties.

18        Do you recall that, Mr. Miller?

19   A.   Yes.

20   Q.   Would you say that that was a mischaracterization of what

21   it is, as being a mortgage?  It's a little bit more

22   sophisticated than that; is that right?

23   A.   Yes.

24   Q.   Would you please explain what that additional level of

25   sophistication refers to?
```

1    A.  Can you rephrase that?

2    Q.  I'll rephrase it.

3        What is a mortgage on a property, first?

4    A.  It's a loan secured by the property.

5    Q.  What is a line of credit, Mr. Miller?

6    A.  A line of credit would be a loan based on the signature of

7    the borrower.

8    Q.  Okay.

9    A.  Ordinarily, there's no security on that.

10   Q.  The amount that was at issue here, this mortgage, as was

11   described by plaintiff, was really a line of credit; is that

12   right?

13   A.  I'm not sure.

14   Q.  Well, is there a document I could show you that will

15   refresh your recollection as to whether it was a loan or a line

16   of credit?

17          THE COURT:  I'm sorry?

18          MR. HOFFENDEN:  I said, is there a document that I

19   could show the witness that would refresh his recollection as

20   to whether it is a loan or a line of credit.

21          MR. CISEK:  Objection.

22          THE COURT:  You need to ask the witness, not me.

23          MR. HOFFENDEN:  I was repeating it for you, Judge.

24          MR. CISEK:  Objection.  The witness has not indicated

25   that his --

```
 1              THE COURT:  Overruled.
 2     BY MR. HOFFENDEN:
 3     Q.  So the question was, is there anything I could show you
 4     that could refresh your recollection as to whether it's a loan
 5     --
 6     A.  Could you show me the loan?  If it says line of credit on
 7     it, then it would refresh my memory.
 8     Q.  So let's talk about errors that exist in books like this,
 9     right?
10          As stated earlier, people make mistakes on their books,
11     right?
12     A.  Yes.
13     Q.  And in this case, these documents, you know, the
14     financials, in this instance, and the audited opinion was
15     used -- it was ultimately provided to HUD; is that right?
16     A.  Yes.
17     Q.  Okay.  So first and foremost, I'm going to bring up --
18              MR. HOFFENDEN:  I can use my computer for this, Judge.
19     I want to show what was introduced through judicial notice.  I
20     think it's Defendants' 63.
21              THE COURT:  Defendants' 63.
22              MR. HOFFENDEN:  Yes.  And I want to publish it, as
23     well.
24     BY MR. HOFFENDEN:
25     Q.  All right.  So, Mr. Miller, I'm showing you a document that
```

1   you're seeing for the first time, but not us, so I'll give you
2   an opportunity to take a quick look at it.
3       When you want me to scroll down, please let me know, and
4   I'll be happy to do that.
5   A.   Go ahead and scroll down.  Okay.
6   Q.   I'm going to stop you here on the next paragraph.  Okay.
7       So let's start with Euro.
8       When did Euro get its FHA approval?
9   A.   2009.
10  Q.   Okay.  And pursuant to what you just read, what would the
11  asset requirement be for essentially an Eagle designation?
12  A.   1 million net worth.
13  Q.   It wouldn't be 500,000?
14          MR. CISEK:  Objection.  Leading.
15          THE COURT:  Overruled.
16          THE WITNESS:  Okay.  That's 13.  And then later is 1
17  million.  May 20 of '11 would have been 500,000.
18  BY MR. HOFFENDEN:
19  Q.   And your answer, Mr. Miller?
20      Sorry.  Your answer?
21  A.   I said, effective May 20, 2011, it says must possess net
22  worth of 500,000.
23  Q.   Okay.  So Euro, in order to have an Eagle designation based
24  upon this phase out here, would have only needed about $500,000
25  worth of net asset; is that correct, Mr. Miller?

1    A.   Yes.

2    Q.   Now, taking into account the line of credit that was

3    discussed earlier, if it were a line of credit, it could be any

4    amount from zero to 500,000; is that right, Mr. Miller?

5    A.   Yes.

6    Q.   And it could be zero, correct?

7    A.   Yes.

8    Q.   It could be 500,000.

9       With that said, even if it were 500,000, would Euro still

10    have an Eagle designation?

11    A.   Yes.

12    Q.   I mean, just taking into account the extremely large number

13    taken in by plaintiff, would Euro still have an Eagle

14    designation under the rules at the time period?

15    A.   Yes.

16    Q.   Let's talk about mistakes yet again.

17       Is it uncommon or strange for there to be mistakes on

18    audited documents that are submitted to HUD?

19    A.   No.

20    Q.   So it happens, essentially.

21    A.   It happens.

22    Q.   Let's give a percentage.  From zero to 100 percent, how

23    often would you say; 100 being more --

24    A.   I couldn't speculate.

25    Q.   Well, when it happens, is there anything that you can do

1    when it happens?

2    A.   Amend.

3    Q.   And what does that mean?

4    A.   Change it, redo it, redo the report, do it over again, and

5    resubmit your HUD documents.

6    Q.   And resubmitting or making an error, does that bar you from

7    getting an Eagle status?

8    A.   No.

9    Q.   Does it cause a problem if you have more than enough than

10   you needed in the first place?

11   A.   No.

12   Q.   Could this have been fixed?

13   A.   Yes.

14   Q.   How would you fix it?

15   A.   Reissue the report, reissue the HUD requirement --

16   document, report; reissue the HUD report.

17   Q.   And how much effort and time would that have taken?

18   A.   Not much.

19           MR. HOFFENDEN:  Nothing further.  Thank you.

20           THE COURT:  Thank you.  Any redirect?

21           MR. CISEK:  I do, Your Honor.

22                        REDIRECT EXAMINATION

23   BY MR. CISEK:

24   Q.   Mr. Miller, do you still work for the Pupkes?

25   A.   No.

1    Q.   When did you last stop working for the Pupkes?

2    A.   I don't recall the exact date.

3    Q.   Okay.  Ballpark, year?

4    A.   Seven, eight years ago.

5    Q.   Okay.  There was a discussion about the distinction between

6    mortgage and line of credit, correct?

7    A.   Yes.

8    Q.   Okay.  Is a line of credit still considered an encumbrance

9    on the property?

10   A.   Depends upon the wording of the line of credit.

11   Q.   Would you consider the line of credit here to be an

12   encumbrance on the property?

13   A.   I have to have more information.

14   Q.   Okay.  We'll come back to that.

15        There was some discussion that this could have been fixed,

16   correct?

17   A.   Yes.

18   Q.   Was it fixed?

19   A.   No.

20   Q.   Okay.  Furthermore, there was still a statement of $848,000

21   that this was premised on that was -- sorry, that's a bad

22   question.

23        The reports issued to HUD, your audits issued to HUD, had

24   mistakes in them that you -- not mistakes.  Had omissions in

25   them that you considered material, correct?

```
 1   A.   Yes.

 2   Q.   Okay.  And, though, they could be fixed, correct?

 3   A.   Yes.

 4   Q.   But they weren't?

 5   A.   No.

 6   Q.   So the audits, as they stand today, still have these

 7   material errors, correct?

 8   A.   Yes.

 9   Q.   And there is a material error, at least in the realm of

10   $884,000, that was -- bad question.  Let's start over.

11        The four lots were used as collateral for -- or were used

12   as evidence of assets for the Eagle designation, correct?

13   A.   Yes.

14   Q.   And the Sanctuary Centre, which was over, slightly, 780

15   some thousand dollars -- $787,000?

16   A.   734,000.

17   Q.   734,000.  Thank you, sir.

18        That was also relied upon as an asset for the Eagle status,

19   correct?

20   A.   Yes.

21   Q.   Those were not corrected, correct?

22   A.   No.

23   Q.   They're still not corrected.

24   A.   No.

25   Q.   So as they stand now, there is material misstatements of a
```

```
 1   fact in those audits, correct?
 2   A.  Yes.
 3   Q.  Okay.  So the documents submitted to HUD had false
 4   statements in them, correct?
 5   A.  Errors.
 6   Q.  They had statements that were not accurate.
 7   A.  Yes.
 8        (Discussion was held off the record.)
 9   BY MR. CISEK:
10   Q.  Do you know that they were errors?
11   A.  Not until now.
12   Q.  Okay.  What gave you the indication that they were errors?
13   A.  What you just told me.
14   Q.  What did I just tell you?
15   A.  You told me that the land was transferred out, which I
16   didn't know about, and you told me there was a $500,000 loan,
17   which I didn't know about that either, until now.
18   Q.  What makes them errors, as opposed to falsehoods,
19   intentional?
20   A.  They were unintentional errors.
21   Q.  How do you know that?
22   A.  I didn't know about them at the time.
23   Q.  But what I'm saying is -- well, let's take it this way.
24        You didn't make those errors, did you?
25   A.  No.
```

1    Q.   You could only go by the information that was given to you,

2    correct?

3    A.   Yes.

4    Q.   And you weren't told about them at the time.

5    A.   No.

6    Q.   Had you been told about them at the time, you would have

7    incorporated them into your report, correct?

8    A.   Yes.

9    Q.   Okay.  But you didn't, because you didn't know about them,

10   right?

11   A.   Yes.

12   Q.   Okay.  And you don't know, sitting here right now, the

13   nature of how those documents were omitted from the materials

14   that were given to you, correct?

15   A.   I don't know how, no.

16          MR. CISEK:  Thank you.

17          MR. HOFFENDEN:  I'm going to be pulling up Exhibit 76,

18   which is already in evidence.

19                      RECROSS-EXAMINATION

20   BY MR. HOFFENDEN:

21   Q.   Mr. Miller, what I'm showing you right now, which you can

22   see, is the document we looked at earlier.

23          Can you take a look at liabilities and shareholder equity?

24   A.   Yes.

25   Q.   And on the second line, there's an indication for a credit

1   line payable, $425,865; is that correct?

2   A.   Yes.

3   Q.   Secondly, is there any indication you have that any

4   mistakes, if any, were intentional by the Pupkes?

5   A.   No.

6   Q.   And you have no dog in this game, right?

7   A.   I have no what?

8   Q.   You have no incentive to try to help the Pupkes right now,

9   do you?

10  A.   No.

11  Q.   This is not your case.  You don't win, you don't lose here,

12  right?

13  A.   Right.

14  Q.   And, lastly, if you recall, to the best of your

15  recollection, have you ever seen the brokerage statements of

16  Mr. Mark Pupke?

17  A.   Years ago.

18  Q.   And based upon your recollection of years ago, did it have

19  a substantial amount in there that could cover any debts?

20        MR. CISEK:  Objection.

21        THE WITNESS:  Yes.

22        THE COURT:  Overruled.

23        MR. HOFFENDEN:  Nothing further, Judge.

24        THE COURT:  Thank you, sir.  You can step down.

25        (Excerpt concluded at 3:23 p.m.)

1                          * * * * * * * *

2

3                     C E R T I F I C A T E

4

5

6            I hereby certify that the foregoing is an

     accurate transcription of the proceedings in the
7
     above-entitled matter.
8

9

10   DATE:  December 23, 2021  /s/Ilona Lupowitz
                               ILONA LUPOWITZ, CRR, RPR, RMR
11                             Official Court Reporter
                               United States District Court
12                             400 North Miami Avenue, 8th Floor
                               Miami, Florida 33128
13                             (305) 523-5634

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$2,817,155** [1] - 48:6
**$384,000** [16] - 24:22, 25:1, 25:4, 26:1, 26:4, 26:23, 30:8, 30:11, 33:3, 33:22, 33:25, 34:17, 48:13, 50:1, 50:4, 50:8
**$425,865** [1] - 63:1
**$5,000** [1] - 37:11
**$500,000** [4] - 36:15, 53:16, 56:24, 61:16
**$700,000** [1] - 37:17
**$734,675** [5] - 34:21, 37:6, 37:7, 48:9, 49:12
**$787,000** [1] - 60:15
**$848,000** [1] - 59:20
**$884,000** [5] - 48:17, 49:3, 49:9, 50:9, 60:10

## '

**'11** [1] - 56:17

## /

**/s/Ilona** [1] - 64:10

## 1

**1** [10] - 1:8, 24:5, 35:12, 38:4, 41:10, 41:11, 41:12, 42:18, 56:12, 56:16
**100** [2] - 57:22, 57:23
**103** [6] - 2:13, 44:18, 44:19, 44:20, 45:18, 45:21
**12/31/09** [1] - 25:24
**12/31/11** [1] - 38:5
**120,000** [1] - 30:9
**13** [1] - 56:16
**137** [4] - 27:4, 27:6, 32:22, 34:1
**1403** [1] - 41:8
**159** [1] - 36:8
**17-CV-80732-KAM** [1] - 1:2
**184** [3] - 30:5, 30:7, 34:1
**1974** [2] - 4:2, 7:25
**1977** [1] - 5:17
**1980** [1] - 4:2
**1986** [1] - 8:6
**1987** [1] - 7:9
**1:47** [1] - 1:6

## 2

**2,817,155** [1] - 24:12
**20** [2] - 56:17, 56:21
**2001** [1] - 17:13
**2009** [3] - 18:2, 19:1, 56:9
**2010** [4] - 20:16, 32:12,

34:3, 47:16
**2011** [13] - 20:18, 24:7, 26:23, 30:8, 30:11, 33:4, 41:9, 41:10, 41:11, 41:12, 42:22, 47:21, 56:21
**2021** [2] - 1:5, 64:10
**22** [1] - 41:9
**23** [2] - 2:10, 64:10
**25** [1] - 23:15
**2700** [1] - 1:16
**29** [3] - 2:10, 2:11, 32:12
**2:53** [2] - 51:7, 51:8

## 3

**3** [2] - 1:15, 2:4
**30** [2] - 2:11, 38:6
**305** [2] - 1:24, 64:13
**31** [2] - 2:12, 42:22
**31st** [1] - 24:7
**33** [1] - 2:12
**33067** [1] - 1:19
**33128** [2] - 1:23, 64:12
**34** [1] - 7:8
**348,000** [2] - 30:25, 31:1
**384** [3] - 30:9, 48:22, 48:23
**3:03** [1] - 51:9
**3:04** [1] - 51:11
**3:23** [2] - 1:6, 63:25

## 4

**40** [1] - 2:13
**400** [2] - 1:22, 64:12
**42** [1] - 38:6
**45** [1] - 2:13

## 5

**5** [1] - 42:18
**500,000** [10] - 36:14, 37:12, 37:13, 48:23, 56:13, 56:17, 56:22, 57:4, 57:8, 57:9
**51** [1] - 2:4
**523-5634** [2] - 1:24, 64:13
**58** [1] - 2:5

## 6

**60604** [1] - 1:16
**62** [1] - 2:5
**63** [6] - 2:10, 26:6, 29:1, 29:5, 55:20, 55:21
**64** [4] - 2:11, 26:25, 29:6, 29:10
**65** [4] - 2:11, 30:1, 30:13, 30:17
**66** [4] - 2:12, 30:18, 31:10, 31:13
**67** [4] - 2:12, 31:15, 33:12,

33:16
**670355** [1] - 1:18

## 7

**70,000** [1] - 30:25
**734,000** [2] - 60:16, 60:17
**76** [16] - 2:10, 22:11, 23:5, 23:7, 23:10, 26:4, 33:4, 33:6, 33:7, 33:8, 33:10, 37:2, 37:3, 47:24, 48:2, 62:17
**78** [2] - 35:8, 35:12
**780** [1] - 60:14
**79** [4] - 2:13, 37:24, 39:25, 40:19

## 8

**81** [1] - 42:6
**84** [1] - 32:22
**86** [3] - 26:17, 32:22, 34:1
**884** [1] - 48:20
**8th** [2] - 1:23, 64:12

## 9

**90** [4] - 30:22, 30:23, 32:23, 34:1

## A

**abilities** [1] - 52:13
**able** [2] - 28:9, 28:16
**above-entitled** [1] - 64:7
**accept** [2] - 14:22, 14:23
**acceptance** [1] - 10:3
**accepted** [1] - 12:16
**accordance** [1] - 12:16
**according** [1] - 46:5
**account** [2] - 57:2, 57:12
**accountant** [8] - 4:10, 4:12, 4:16, 4:22, 6:11, 7:12, 51:20, 52:1
**accounting** [5] - 7:18, 8:14, 12:16, 17:11, 52:17
**accurate** [7] - 9:6, 11:24, 12:3, 39:7, 46:23, 61:6, 64:6
**acknowledge** [1] - 47:13
**acquire** [1] - 50:10
**activity** [1] - 10:16
**additional** [1] - 53:24
**address** [1] - 39:2
**adjust** [1] - 3:5
**administration** [2] - 3:24, 3:25
**admissible** [1] - 16:7
**admission** [1] - 39:12
**admit** [2] - 23:3, 28:23
**admitted** [8] - 23:6, 29:4, 29:9, 30:16, 31:12, 33:15,

40:18, 45:20
**advancement** [1] - 8:9
**afternoon** [1] - 51:18
**agencies** [1] - 12:24
**ago** [3] - 59:4, 63:17, 63:18
**ahead** [3] - 15:23, 25:10, 56:5
**amend** [1] - 58:2
**America** [1] - 42:19
**American** [4] - 6:4, 6:7, 6:20, 10:5
**amount** [4] - 36:12, 54:10, 57:4, 63:19
**Analysts** [1] - 6:7
**answer** [11] - 4:13, 15:4, 13:23, 16:21, 22:1, 43:8, 43:16, 44:12, 46:17, 56:19, 56:20
**answered** [5] - 15:22, 34:13, 43:7, 43:15, 46:16
**anticipated** [1] - 47:9
**appear** [1] - 26:8
**APPEARANCES** [1] - 1:12
**apprise** [1] - 9:12
**approach** [4] - 25:12, 25:13, 25:15, 38:8
**appropriate** [1] - 27:15
**approval** [1] - 56:8
**April** [1] - 41:10
**asset** [12] - 34:8, 34:12, 34:23, 35:4, 37:16, 37:20, 49:4, 49:22, 49:23, 56:11, 56:25, 60:18
**assets** [16] - 11:20, 16:24, 21:5, 24:8, 31:22, 33:18, 33:20, 48:2, 48:6, 48:10, 48:17, 49:9, 49:12, 50:1, 50:9, 60:12
**associated** [2] - 13:15, 41:5
**Associates** [1] - 31:21
**Association** [3] - 6:5, 6:6, 6:20
**association** [5] - 7:5, 41:3, 41:5, 41:15, 41:23
**assume** [3] - 10:10, 41:17, 47:15
**Atlantic** [3] - 3:20, 5:24, 6:5
**attention** [2] - 25:22, 40:21
**audit** [42] - 8:17, 8:19, 9:1, 9:3, 9:5, 9:11, 10:1, 10:11, 10:25, 11:23, 13:8, 15:21, 16:4, 17:25, 18:19, 18:20, 18:25, 19:3, 19:11, 19:17, 20:18, 20:23, 21:1, 26:23, 30:8, 30:11, 33:4, 34:17, 35:7, 39:19, 40:1, 40:8, 40:11, 42:25, 43:3, 43:6, 46:6, 46:15, 46:20, 47:12, 47:16, 47:21
**audited** [5] - 17:14, 17:20,

55:14, 57:18
**auditing** [1] - 16:9
**auditor** [3] - 14:14, 14:22, 16:10
**audits** [18] - 8:24, 8:25, 9:19, 12:24, 13:2, 13:5, 13:15, 13:17, 14:3, 15:7, 16:10, 38:21, 46:23, 47:9, 59:23, 60:6, 61:1
**authentic** [1] - 28:8
**authenticate** [1] - 28:9
**authenticating** [1] - 28:4
**authenticity** [1] - 28:21
**Avenue** [3] - 1:15, 1:22, 64:12

## B

**bachelor's** [2] - 3:24, 5:21
**backup** [2] - 18:18, 18:19
**bad** [2] - 59:21, 60:10
**balance** [6] - 11:20, 15:15, 15:16, 24:5, 48:14, 48:18
**ballpark** [2] - 9:21, 59:3
**BANC** [1] - 1:4
**bank** [4] - 10:15, 18:18, 42:18, 52:9
**Bank** [2] - 35:16, 42:19
**banking** [1] - 42:18
**bar** [1] - 58:6
**based** [5] - 34:11, 38:16, 54:6, 56:23, 63:18
**basis** [9] - 25:23, 27:20, 28:2, 28:3, 39:11, 40:14, 43:17, 44:1, 45:17
**Bates** [2] - 23:18, 25:18
**BEACH** [1] - 1:2
**Beach** [1] - 1:4
**BEFORE** [1] - 1:11
**begin** [1] - 51:15
**beginning** [1] - 16:14
**behind** [1] - 11:12
**belong** [1] - 34:6
**below** [2] - 24:19, 35:22
**bench** [2] - 25:12, 25:13
**best** [2] - 40:16, 63:14
**bestows** [1] - 6:19
**better** [1] - 35:10
**between** [2] - 14:19, 59:5
**bit** [8] - 23:22, 24:10, 31:2, 36:5, 37:14, 42:14, 46:1, 53:21
**blessing** [1] - 14:23
**Boca** [1] - 3:16
**books** [32] - 6:17, 7:18, 8:20, 8:22, 15:9, 15:11, 16:4, 16:5, 16:10, 16:11, 16:19, 16:25, 17:3, 17:14, 17:15, 17:20, 18:13, 18:15, 18:22, 19:22, 20:2, 34:8, 35:5,

42:24, 46:12, 46:20, 49:22, 49:23, 50:10, 55:8, 55:10
**borrower** [1] - 54:7
**borrowers** [1] - 36:5
**bottom** [1] - 25:18
**Box** [1] - 1:18
**brief** [1] - 50:17
**briefly** [1] - 6:15
**bring** [5] - 22:11, 24:13, 33:6, 42:15, 55:17
**brokerage** [1] - 63:15
**building** [6] - 34:21, 37:6, 48:9, 49:13, 49:15, 49:19
**business** [9] - 3:24, 3:25, 6:25, 7:2, 8:11, 8:16, 8:21, 11:19, 45:14
**BY** [66] - 1:20, 2:4, 2:4, 2:5, 3:13, 4:20, 5:4, 9:18, 15:6, 16:1, 16:23, 19:9, 21:12, 21:18, 21:23, 22:3, 22:11, 22:13, 22:25, 23:5, 23:8, 23:13, 23:17, 23:20, 24:1, 24:11, 24:13, 24:15, 25:8, 25:11, 25:15, 25:16, 26:6, 26:7, 26:12, 26:18, 26:25, 27:1, 27:16, 27:22, 28:3, 28:12, 28:16, 28:20, 28:24, 29:1, 29:6, 29:11, 29:13, 30:1, 30:2, 30:13, 30:18, 30:19, 31:9, 31:15, 31:16, 32:4, 32:8, 32:10, 32:14, 32:15, 32:17, 32:24, 33:6, 33:8, 33:9, 33:11, 33:17, 34:15, 35:8, 35:12, 35:13, 35:18, 35:19, 36:7, 36:18, 36:21, 36:25, 37:1, 37:24, 38:1, 38:6, 38:19, 39:5, 39:20, 39:23, 40:14, 40:20, 40:23, 40:24, 42:6, 42:8, 42:11, 42:15, 42:20, 43:10, 43:15, 43:17, 43:21, 43:25, 44:6, 44:7, 44:14, 44:18, 44:20, 44:21, 45:2, 45:3, 45:6, 45:7, 45:17, 45:22, 45:23, 46:2, 46:4, 46:19, 47:20, 47:24, 48:1, 48:4, 48:5, 49:7, 49:8, 50:17, 50:21, 54:21, 54:24, 56:14, 58:21, 58:23, 61:9, 62:16, 63:20

## C

**capable** [1] - 10:11
**carry** [1] - 11:21
**case** [3] - 51:3, 55:13, 63:11
**CASE** [1] - 1:2
**cash** [2] - 15:19, 15:20
**CC** [6] - 40:25, 41:8, 41:9, 41:10, 41:11, 41:12
**Centre** [1] - 35:2, 35:4, 36:10, 36:12, 36:16, 37:8, 46:14, 48:23, 49:15, 50:8, 60:14
**certain** [2] - 4:25, 47:5
**certainly** [1] - 47:21
**certified** [9] - 4:10, 4:12, 4:15, 4:22, 6:13, 6:15, 6:19, 13:12, 28:8
**Certified** [3] - 6:5, 6:6, 6:20
**certify** [1] - 64:5
**challenging** [1] - 28:21
**change** [1] - 58:4
**Chapter** [1] - 6:5
**check** [1] - 18:18
**checkbooks** [2] - 10:15,

15:13
**checklist** [4] - 10:4, 10:7, 10:9, 14:16
**checklists** [1] - 10:4
**Chicago** [1] - 1:16
**circumstances** [1] - 23:9
**CISEK** [133] - 1:14, 2:4, 2:5, 3:13, 4:20, 5:4, 9:18, 15:6, 16:1, 16:23, 19:9, 21:12, 21:18, 21:23, 22:3, 22:11, 22:13, 22:25, 23:5, 23:8, 23:13, 23:17, 23:20, 24:1, 24:11, 24:13, 24:15, 25:8, 25:11, 25:15, 25:16, 26:6, 26:7, 26:12, 26:18, 26:25, 29:1, 29:6, 29:11, 29:13, 30:1, 30:2, 30:13, 30:18, 30:19, 31:9, 31:15, 31:16, 32:4, 32:8, 32:10, 32:14, 32:15, 32:17, 32:24, 33:6, 33:8, 33:9, 33:11, 33:17, 34:15, 35:8, 35:12, 35:13, 35:18, 35:19, 36:7, 36:18, 36:21, 36:25, 37:1, 37:24, 38:1, 38:6, 38:19, 39:5, 39:20, 39:23, 40:14, 40:20, 40:23, 40:24, 42:6, 42:8, 42:11, 42:15, 42:20, 43:10, 43:15, 43:17, 43:21, 43:25, 44:6, 44:7, 44:14, 44:18, 44:20, 44:21, 45:2, 45:3, 45:6, 45:7, 45:17, 45:22, 45:23, 46:2, 46:4, 46:19, 47:20, 47:24, 48:1, 48:4, 48:5, 49:7, 49:8, 50:17, 50:21, 54:21, 54:24, 56:14, 58:21, 58:23, 61:9, 62:16, 63:20
**clear** [1] - 53:7
**clearly** [1] - 3:6
**clerk** [1] - 26:15
**Clerk** [3] - 27:3, 30:4, 30:23
**client** [10] - 8:20, 10:2, 10:3, 10:8, 10:11, 10:22, 11:8, 13:17, 16:19
**clients'** [4] - 38:22, 39:8, 39:10, 39:18
**Cobblestone** [8] - 40:25, 41:6, 41:8, 41:9, 41:10, 41:11, 41:12, 41:18
**Cobblestone's** [1] - 46:10
**collateral** [4] - 35:22, 35:25, 36:8, 60:11
**college** [3] - 3:17, 3:19, 5:10
**collegiate** [1] - 4:3
**colloquially** [1] - 19:4
**combined** [1] - 26:1

**commercial** [1] - 42:18
**companies** [1] - 52:20
**company** [17] - 7:12, 7:13, 7:19, 8:15, 15:9, 15:11, 16:4, 16:11, 16:12, 16:13, 17:23, 18:13, 19:22, 24:8, 31:25, 34:6, 34:18
**company's** [1] - 39:7
**complete** [1] - 10:9
**completed** [1] - 13:22
**compliance** [2] - 9:9, 22:7
**compound** [2] - 15:3, 21:7
**computer** [1] - 55:18
**concluded** [2] - 49:15, 63:25
**condominium** [3] - 34:24, 34:25, 49:14
**confusing** [2] - 5:2, 15:2
**consider** [4] - 6:10, 6:13, 37:22, 59:11
**considered** [4] - 13:12, 36:15, 59:8, 59:25
**consists** [1] - 33:25
**constituted** [4] - 24:25, 25:1, 25:4, 26:4
**constitutes** [2] - 46:12, 46:15
**constituting** [1] - 30:7
**contained** [1] - 47:12
**contents** [1] - 44:5
**context** [1] - 14:5
**continue** [1] - 43:21
**contract** [1] - 10:22
**contractor** [1] - 7:22
**contrasting** [1] - 12:11
**contributed** [1] - 25:24
**control** [1] - 7:20
**controller** [2] - 7:17, 7:18
**controllers** [1] - 7:16
**controls** [1] - 42:1
**converted** [1] - 39:3
**cooperation** [1] - 51:14
**copy** [3] - 10:23, 10:24, 28:8
**Coral** [1] - 1:19
**corporation** [1] - 42:24
**corporations** [3] - 16:2, 17:17, 17:21
**correct** [78] - 8:12, 9:14, 9:19, 11:1, 11:3, 12:12, 13:13, 14:20, 15:21, 16:2, 16:15, 20:11, 20:13, 20:16, 20:24, 21:2, 21:15, 21:20, 26:1, 27:6, 31:23, 32:5, 33:4, 33:18, 33:20, 33:23, 34:1, 34:4, 34:6, 34:9, 34:21, 35:5, 35:23, 36:8, 37:17, 39:10, 40:5, 41:6, 41:12, 41:23, 42:4, 44:10, 46:12, 46:15, 46:21, 46:24, 47:2, 47:6,

47:9, 47:13, 47:21, 48:7,
48:11, 48:15, 49:13, 49:16,
49:19, 49:22, 49:24, 50:2,
50:5, 50:11, 56:25, 57:6,
59:6, 59:16, 59:25, 60:2,
60:7, 60:12, 60:19, 60:21,
61:1, 61:4, 62:2, 62:7, 62:14,
63:1
  **corrected** [2] - 60:21, 60:23
  **correspond** [2] - 15:9,
29:22
  **corresponds** [1] - 26:22
  **counsel** [1] - 25:11
  **counted** [1] - 50:11
  **country** [1] - 52:18
  **County** [5] - 26:16, 27:3,
30:5, 30:22, 30:23
  **course** [1] - 45:14
  **Court** [9] - 1:21, 1:22, 3:1,
27:3, 30:4, 30:23, 51:8,
64:11, 64:11
  **court** [2] - 28:25, 39:22
  **COURT** [76] - 1:1, 3:4, 3:9,
3:11, 4:18, 5:3, 9:16, 15:1,
15:4, 15:23, 16:21, 19:7,
21:8, 21:10, 21:17, 21:22,
22:1, 22:9, 23:3, 23:6, 25:9,
25:13, 27:10, 27:17, 27:21,
27:23, 28:11, 28:13, 28:18,
28:21, 28:23, 29:4, 29:9,
29:12, 30:16, 31:12, 32:2,
33:13, 33:15, 34:14, 36:3,
36:20, 36:24, 38:10, 38:15,
38:22, 39:6, 39:11, 39:17,
40:18, 42:7, 42:9, 43:8,
43:16, 43:20, 43:23, 44:4,
44:12, 45:5, 45:20, 46:17,
47:18, 49:6, 50:23, 51:1,
51:6, 51:10, 51:12, 54:17,
54:22, 55:1, 55:21, 56:15,
58:20, 63:22, 63:24
  **cover** [1] - 63:19
  **CPA** [15] - 4:8, 4:9, 5:7, 5:9,
5:18, 5:25, 6:8, 7:3, 7:6, 9:3,
9:13, 11:22, 15:21, 16:4,
53:7
  **CPAs** [8] - 6:4, 8:25, 9:1,
10:5, 12:24, 13:2, 16:2
  **created** [2] - 16:11, 17:18
  **CREDIT** [1] - 1:4
  **credit** [15] - 5:21, 5:23,
54:5, 54:6, 54:11, 54:16,
54:20, 55:6, 57:2, 57:3, 59:6,
59:8, 59:10, 59:11, 62:25
  **CROSS** [2] - 2:4, 51:16
  **cross** [2] - 50:23, 51:15
  **CROSS-EXAMINATION** [2]
- 2:4, 51:16
  **cross-examination** [2] -
50:23, 51:15

**CRR** [2] - 1:21, 64:10

## D

  **data** [1] - 38:25
  **DATE** [1] - 64:10
  **date** [3] - 24:6, 32:11, 59:2
  **David** [1] - 35:20
  **debts** [1] - 63:19
  **December** [2] - 24:7, 64:10
  **decision** [1] - 14:13
  **deed** [8] - 26:15, 27:4,
29:15, 30:4, 30:5, 30:22,
31:3, 31:20
  **deeds** [1] - 27:13
  **defect** [1] - 12:15
  **DEFENDANTS** [1] - 1:17
  **Defendants'** [2] - 55:20,
55:21
  **defense** [1] - 28:10
  **definition** [1] - 14:8
  **degree** [3] - 3:21, 3:23, 5:21
  **Department** [2] - 13:1, 13:4
  **described** [2] - 53:16,
54:11
  **description** [1] - 32:21
  **designation** [8] - 20:24,
21:15, 22:6, 56:11, 56:23,
57:10, 57:14, 60:12
  **designations** [1] - 47:5
  **determination** [1] - 19:10
  **determine** [5] - 6:17, 8:22,
9:6, 14:14, 20:20
  **Development** [2] - 13:2,
13:4
  **different** [1] - 13:25
  **DIRECT** [2] - 2:4, 3:12
  **direct** [2] - 35:11, 51:22
  **director** [2] - 8:14, 16:13
  **discrepancy** [2] - 42:3,
42:4
  **discretion** [1] - 28:9
  **discuss** [1] - 51:3
  **discussed** [4] - 14:19,
19:20, 46:10, 57:3
  **discussing** [1] - 41:20
  **discussion** [3] - 53:15,
59:5, 59:15
  **Discussion** [2] - 50:20,
61:8
  **distinction** [2] - 14:19, 59:5
  **DISTRICT** [3] - 1:1, 1:1,
1:11
  **District** [2] - 1:22, 64:11
  **DIVISION** [1] - 1:2
  **document** [30] - 22:14,
22:17, 23:9, 25:3, 25:6, 25:7,
25:17, 26:8, 27:2, 30:20,
30:21, 31:4, 31:17, 34:20,
35:14, 36:13, 38:2, 38:3,

38:23, 39:6, 39:9, 40:10,
42:23, 44:22, 45:9, 54:14,
54:18, 55:25, 58:16, 62:22
  **documents** [20] - 28:4,
38:22, 52:7, 52:9, 55:13,
57:18, 58:5, 61:3, 62:13
  **dog** [1] - 63:6
  **dollar** [2] - 37:19, 49:19,
49:24, 50:7
  **dollars** [3] - 48:11, 49:21,
60:15
  **done** [5] - 9:21, 9:23, 11:11,
12:24, 21:4
  **down** [26] - 23:20, 23:21,
23:23, 32:8, 32:14, 33:8,
35:9, 36:4, 37:14, 38:6,
42:14, 42:15, 46:2, 48:4,
56:3, 56:5, 63:24
  **draw** [2] - 25:22, 40:21
  **dues** [3] - 40:22, 41:5
  **duly** [1] - 3:3
  **duties** [1] - 5:7

## E

  **Eagle** [20] - 19:4, 19:15,
20:10, 20:15, 20:24, 21:13,
21:15, 21:19, 21:24, 22:4,
22:6, 50:11, 56:11, 56:23,
57:10, 57:13, 58:7, 60:12,
60:18
  **eat** [1] - 49:21
  **education** [1] - 4:3
  **educational** [1] - 5:18
  **effective** [1] - 56:21
  **effort** [1] - 58:17
  **Eiffel** [7] - 26:20, 31:21,
31:22, 31:25, 32:3, 32:5,
34:6
  **eight** [1] - 59:4
  **either** [1] - 61:17
  **electronic** [1] - 39:1
  **elsewhere** [2] - 49:4, 53:5
  **employed** [1] - 16:2
  **employee** [3] - 7:21, 7:23,
16:12
  **employees** [1] - 8:21
  **encumbered** [1] - 48:10
  **encumbrance** [8] - 36:16,
37:11, 37:19, 48:23, 49:19,
49:24, 59:8, 59:12
  **End** [1] - 30:23
  **ending** [3] - 25:24, 38:5,
42:22
  **engagement** [12] - 10:3,
10:7, 10:18, 10:21, 16:14,
16:17, 16:18, 18:3, 18:7,
18:9, 19:24
  **Englert** [1] - 35:20
  **entered** [10] - 22:25, 29:2,

29:7, 30:13, 31:9, 31:10,
33:12, 40:14, 43:18, 45:18
  **enters** [1] - 51:11
  **entitled** [1] - 64:7
  **entity** [2] - 41:6, 41:14
  **entries** [9] - 10:15, 11:13,
40:5, 40:21, 41:4, 41:17,
41:19, 43:11, 53:1
  **entry** [4] - 24:19, 24:22,
41:8, 41:9
  **equipment** [3] - 24:16,
34:21, 37:4
  **equity** [1] - 62:23
  **error** [2] - 58:6, 60:9
  **errors** [10] - 12:7, 14:7,
55:8, 60:7, 61:5, 61:10,
61:12, 61:18, 61:20, 61:24
  **ESQ** [3] - 1:14, 1:14, 1:17
  **essentially** [2] - 56:11,
57:20
  **established** [5] - 33:25,
37:8, 38:12, 49:18, 50:4
  **Euro** [52] - 17:24, 17:25,
18:13, 18:15, 19:1, 19:3,
19:22, 20:21, 21:13, 21:15,
21:19, 21:24, 22:4, 22:6,
22:22, 23:12, 24:25, 25:23,
26:20, 27:5, 30:6, 31:20,
31:22, 32:5, 33:20, 33:23,
34:4, 34:9, 34:12, 35:5, 36:1,
36:6, 38:4, 40:2, 41:16,
41:22, 42:19, 44:8, 44:15,
44:25, 46:7, 47:11, 48:3,
48:6, 50:5, 50:9, 50:10, 56:7,
56:8, 56:23, 57:9, 57:13
  **Euro's** [3] - 26:23, 46:11,
49:16
  **evidence** [30] - 22:25, 23:7,
27:14, 27:16, 27:21, 27:22,
27:23, 29:2, 29:5, 29:7,
29:10, 30:14, 30:17, 31:10,
31:13, 33:12, 33:16, 36:20,
36:21, 39:19, 40:15, 40:16,
40:19, 42:7, 43:18, 44:4,
45:18, 45:21, 60:12, 62:18
  **evidently** [1] - 39:2
  **exact** [1] - 59:2
  **exactly** [1] - 25:2
  **exam** [3] - 5:11, 5:12, 5:16
  **examination** [7] - 8:20,
13:22, 18:10, 33:1, 41:20,
50:23, 51:15
  **EXAMINATION** [8] - 2:4,
2:4, 2:5, 2:5, 3:12, 51:16,
58:22, 62:19
  **examine** [1] - 6:17
  **examiner** [4] - 6:13, 6:16,
6:19, 13:13
  **Examiners** [2] - 6:5, 6:20
  **example** [1] - 13:1

**EXCERPT** [1] - 1:10

**excuse** [1] - 37:13

**exhibit** [4] - 30:3, 42:6, 43:22, 44:2

**Exhibit** [26] - 2:9, 23:7, 23:10, 26:4, 26:6, 29:1, 29:5, 29:6, 29:10, 30:13, 30:17, 31:10, 31:13, 33:4, 33:10, 33:12, 33:16, 35:8, 35:12, 37:3, 39:25, 40:19, 45:18, 45:21, 48:2, 62:17

**EXHIBITS** [1] - 2:7

**exist** [2] - 48:19, 55:8

**existence** [1] - 7:7

**exits** [1] - 51:7

**expect** [2] - 11:2

**expense** [1] - 11:20

**expertise** [1] - 52:4

**explain** [2] - 6:15, 53:24

**extent** [1] - 4:3

**extremely** [1] - 57:12

---

**F**

**fact** [3] - 5:6, 47:11, 61:1

**fair** [1] - 13:12

**false** [1] - 61:3

**falsehoods** [1] - 61:18

**familiar** [9] - 12:5, 13:7, 13:10, 14:2, 29:19, 38:20, 39:18, 43:11, 45:9

**familiarity** [1] - 43:17

**familiarize** [2] - 22:14, 38:2

**far** [2] - 23:22, 38:17

**fashion** [2] - 38:18, 52:3

**fees** [2] - 41:15, 41:23

**FHA** [1] - 56:8

**FICPA** [1] - 6:6

**file** [4] - 15:13, 38:24, 38:25, 39:1

**files** [1] - 52:10

**finally** [1] - 41:11

**financial** [9] - 9:6, 10:13, 11:10, 11:16, 11:18, 12:3, 12:15, 22:22, 23:11

**financials** [1] - 55:14

**finish** [2] - 11:22, 18:6

**finishing** [1] - 12:21

**firm** [1] - 6:25

**first** [14] - 8:1, 17:25, 25:11, 26:11, 40:25, 45:4, 45:24, 51:18, 52:13, 54:3, 55:17, 56:1, 58:10

**five** [3] - 25:17, 51:2, 51:4

**five-minute** [1] - 51:2

**five-page** [1] - 25:17

**fix** [1] - 58:14

**fixed** [4] - 58:12, 59:15, 59:18, 60:2

**flip** [1] - 12:11

---

**Floor** [2] - 1:23, 64:12

**FLORIDA** [1] - 1:1

**Florida** [11] - 1:4, 1:19, 1:23, 3:16, 3:20, 5:9, 5:24, 6:4, 26:16, 30:5, 64:12

**flow** [1] - 15:19

**flows** [1] - 15:20

**follow** [2] - 13:23, 14:17

**following** [3] - 27:11, 38:11, 38:14

**FOR** [2] - 1:14, 1:17

**foregoing** [1] - 64:5

**foremost** [1] - 55:17

**form** [1] - 51:3

**format** [2] - 39:13, 39:15

**forth** [3] - 18:4, 18:7, 19:24

**foundation** [2] - 38:19, 39:17

**four** [13] - 5:10, 5:13, 5:14, 5:16, 25:25, 26:22, 32:25, 33:3, 34:1, 41:19, 44:15, 50:4, 60:11

  **Fraud** [2] - 6:5, 6:20

  **fraud** [6] - 6:13, 6:16, 6:18, 6:19, 13:12

**furthermore** [1] - 59:20

---

**G**

**game** [1] - 63:6

**general** [5] - 11:12, 15:13, 17:5, 38:4, 39:25

**generally** [5] - 12:2, 12:16, 29:19, 43:11, 52:22

**generally-accepted** [1] - 12:16

**gentleman** [1] - 17:6

**gentlemen** [3] - 51:1, 51:13, 51:14

**given** [3] - 5:1, 62:1, 62:14

**GK000025** [1] - 23:24

**GK25** [2] - 23:19, 23:20

**GLENN** [1] - 1:14

**Glenn** [1] - 42:15

**government** [3] - 9:8, 12:24, 47:4

**graduate** [2] - 5:21, 5:23

**Group** [2] - 26:20, 31:21

**GROUP** [1] - 1:15

**guess** [1] - 9:22

**guide** [1] - 14:16

---

**H**

**half** [6] - 37:19, 48:10, 49:18, 49:21, 49:24, 50:7

**handle** [1] - 10:8

**handled** [1] - 8:23

**happy** [1] - 56:4

**hasty** [1] - 31:2

---

**hate** [1] - 50:24

**heading** [2] - 24:16, 25:23

**headquarters** [1] - 49:16

**hear** [2] - 3:6, 21:14

**heard** [2] - 13:11, 43:16

**hearsay** [2] - 23:2, 36:23

**held** [6] - 25:1, 27:11, 33:20, 38:11, 50:20, 61:8

**hello** [1] - 3:14

**help** [3] - 13:18, 53:5, 63:8

**hereby** [1] - 64:5

**high** [1] - 53:13

**himself** [2] - 45:5, 45:6

**hired** [3] - 51:25, 52:6

**HOA** [8] - 40:22, 41:1, 41:2, 41:8, 41:9, 41:10, 41:11, 41:12

**HOFFENDEN** [64] - 1:17, 1:18, 2:4, 2:5, 4:17, 5:2, 9:15, 14:25, 15:2, 15:22, 16:20, 19:6, 21:7, 21:16, 21:21, 21:25, 22:8, 23:1, 27:8, 27:12, 27:19, 28:1, 28:7, 28:22, 29:3, 29:8, 30:15, 31:11, 32:1, 33:14, 34:13, 35:11, 36:2, 36:19, 36:22, 38:8, 38:12, 38:16, 38:23, 39:9, 39:13, 39:21, 40:16, 43:7, 43:14, 43:19, 44:1, 44:11, 45:19, 46:16, 47:17, 50:24, 51:17, 54:18, 54:23, 55:2, 55:18, 55:22, 55:24, 56:18, 58:19, 62:17, 62:20, 63:23

**hold** [2] - 4:5, 50:15

**holdings** [1] - 44:16

**holds** [1] - 33:22

**homeowner** [1] - 41:22

**homeowners** [3] - 41:3, 41:5, 41:14

**Honor** [9] - 25:8, 25:12, 27:12, 27:19, 29:1, 29:6, 38:25, 50:21, 58:21

**Honor's** [1] - 28:9

**HONORABLE** [1] - 1:11

**Housing** [2] - 13:1, 13:4

**HUD** [23] - 14:22, 19:2, 19:13, 20:13, 20:15, 21:2, 21:3, 21:4, 21:19, 22:5, 22:6, 47:11, 48:18, 49:5, 50:10, 55:15, 57:18, 58:5, 58:15, 58:16, 59:23, 61:3

**hypothetically** [1] - 10:10

---

**I**

**idea** [1] - 9:22

**Illinois** [1] - 1:16

**ILONA** [2] - 1:21, 64:10

**inadmissible** [1] - 36:22

---

**INC** [1] - 1:4

**Inc** [2] - 7:14, 25:23

**incentive** [1] - 63:8

**income** [1] - 11:20

**incorporated** [1] - 62:7

**independent** [1] - 7:21

**indicate** [2] - 24:8, 34:17

**indicated** [4] - 11:5, 15:7, 20:10, 54:24

**indicates** [3] - 24:22, 33:22, 37:16

**indication** [3] - 61:12, 62:25, 63:3

**influence** [2] - 14:10, 14:13

**information** [4] - 18:20, 46:5, 59:13, 62:1

**instance** [1] - 55:14

**Institute** [3] - 6:4, 10:5

**intended** [1] - 21:4

**intentional** [2] - 61:19, 63:4

**interact** [1] - 39:15

**internal** [1] - 7:20

**International** [15] - 17:24, 18:1, 22:22, 23:12, 25:23, 26:21, 27:5, 30:6, 31:21, 36:6, 38:4, 41:16, 42:19, 44:25, 46:7

**interview** [2] - 10:2, 10:6

**interviewing** [1] - 8:21

**interviews** [1] - 10:6

**introduce** [1] - 38:17

**introduced** [1] - 55:19

**investigated** [1] - 9:13

**Investment** [2] - 26:20, 31:21

**issue** [6] - 11:23, 12:18, 12:22, 13:23, 39:2, 54:10

**issued** [6] - 22:4, 26:15, 27:3, 47:5, 59:23

---

**J**

**January** [2] - 41:9, 42:22

**job** [2] - 8:1, 8:3

**John** [3] - 3:8, 7:3, 7:6

**JOHN** [3] - 1:10, 2:3, 3:3

**journal** [2] - 10:14, 11:13

**journals** [1] - 11:12

**JUDGE** [1] - 1:11

**Judge** [14] - 23:1, 28:22, 29:3, 36:19, 36:22, 39:10, 39:21, 40:16, 43:19, 45:19, 50:16, 54:23, 55:18, 63:23

**judge** [4] - 27:8, 38:8, 44:1, 50:24

**judicial** [1] - 55:19

**July** [1] - 41:11

**Jury** [2] - 51:7, 51:11

**jury** [4] - 12:4, 22:12, 51:6, 51:10

**JURY** [1] - 1:10

# K

**K0270** [1] - 25:18
**K0274** [1] - 25:19
**K274** [1] - 30:7
**KADIYALA** [1] - 1:4
**keep** [5] - 20:15, 23:14, 23:15
**KENNETH** [1] - 1:11
**kind** [1] - 16:8
**known** [2] - 19:4, 26:16
**knows** [2] - 22:9, 47:18

# L

**ladies** [3] - 51:1, 51:13, 51:14
**lady** [1] - 17:8
**laid** [1] - 23:1
**land** [10] - 24:19, 24:22, 25:23, 33:22, 34:17, 48:13, 50:2, 50:8, 61:15
**large** [3] - 7:12, 7:13, 57:12
**larger** [1] - 31:18
**last** [4] - 3:9, 25:22, 40:21, 59:1
**lastly** [1] - 63:14
**LAW** [2] - 1:15, 1:18
**law** [1] - 4:14
**lay** [2] - 38:19, 39:17
**leading** [12] - 4:17, 9:15, 15:2, 16:20, 19:6, 21:16, 21:17, 21:21, 32:1, 36:2, 44:11, 56:14
**least** [6] - 17:20, 36:1, 40:4, 41:9, 47:12, 60:9
**leave** [4] - 8:3, 8:7, 8:8, 51:4
**ledger** [4] - 15:13, 38:4, 38:15, 39:25
**ledgers** [1] - 11:12
**legal** [2] - 31:4, 32:21
**legitimacy** [1] - 28:6
**letter** [14] - 10:18, 10:21, 14:1, 16:14, 16:17, 16:18, 18:3, 18:9, 19:24, 22:20, 22:21, 23:11, 44:23, 45:25
**level** [3] - 52:3, 53:12, 53:24
**levels** [1] - 52:23
**liabilities** [5] - 11:21, 17:2, 49:3, 49:6, 62:23
**liability** [2] - 48:24, 49:1
**license** [3] - 5:1, 5:9, 6:8
**licensed** [1] - 4:16
**licenses** [1] - 4:5
**line** [15] - 35:20, 54:5, 54:6, 54:11, 54:15, 54:20, 55:6,

57:2, 57:3, 59:6, 59:8, 59:10, 59:11, 62:25, 63:1
**list** [3] - 10:3, 10:5, 27:13
**listed** [1] - 35:4
**live** [1] - 3:15
**living** [1] - 7:11
**loan** [11] - 35:16, 36:1, 36:10, 36:12, 54:4, 54:6, 54:15, 54:20, 55:4, 55:6, 61:16
**Loan** [1] - 35:20
**look** [8] - 9:12, 26:13, 29:20, 29:23, 48:25, 53:4, 56:2, 62:23
**looked** [1] - 62:22
**looks** [3] - 32:21, 35:16, 39:15
**lose** [1] - 63:11
**loss** [2] - 15:17, 15:18
**low** [1] - 52:24
**lower** [1] - 32:19
**LUPOWITZ** [2] - 1:21, 64:10
**Lupowitz** [1] - 64:10

# M

**M-I-L-L-E-R** [1] - 3:10
**maintained** [1] - 45:13
**maintains** [1] - 7:19
**management** [7] - 16:25, 17:1, 17:3, 17:4, 44:23, 44:25, 46:7
**Management** [4] - 7:14, 7:15, 7:22, 7:24
**March** [1] - 32:12
**MARIE** [1] - 1:7
**Marie** [6] - 17:8, 27:4, 29:18, 30:6, 46:9, 53:10
**MARK** [2] - 1:7, 1:14
**Mark** [4] - 17:6, 27:4, 30:6, 46:9
**mark** [6] - 18:16, 18:21, 18:24, 19:22, 29:18, 63:16
**MARRA** [1] - 1:11
**MARTIN** [1] - 1:17
**Martin** [5] - 26:15, 27:3, 30:5, 30:22, 30:23
**master's** [1] - 3:25
**material** [15] - 14:6, 14:9, 14:14, 20:13, 34:16, 37:22, 40:10, 46:12, 46:15, 47:13, 50:13, 59:25, 60:7, 60:9, 60:25
**materiality** [3] - 14:2, 14:5, 14:6
**materials** [3] - 19:13, 49:5, 62:13
**math** [1] - 48:21
**matter** [2] - 47:11, 64:7
**matters** [2] - 47:12, 53:13

**mean** [7] - 14:5, 14:9, 15:11, 37:12, 38:22, 57:12, 58:3
**means** [4] - 12:7, 12:15, 14:6, 14:10
**meet** [2] - 4:21, 17:12
**member** [1] - 5:25
**memory** [1] - 55:7
**Miami** [4] - 1:22, 1:23, 64:12, 64:12
**microphone** [1] - 3:5
**MILLER** [3] - 1:10, 2:3, 3:3
**Miller** [24] - 3:8, 7:3, 7:6, 26:8, 29:14, 30:3, 30:20, 30:21, 31:17, 35:14, 38:2, 39:24, 42:12, 44:22, 51:18, 51:19, 53:18, 54:5, 55:25, 56:19, 56:25, 57:4, 58:24, 62:21
**million** [8] - 37:19, 48:10, 49:18, 49:21, 49:24, 50:7, 56:12, 56:17
**minimum** [1] - 40:4
**minute** [1] - 51:2
**minutes** [1] - 51:4
**mischaracterization** [1] - 53:20
**misspoke** [1] - 37:13
**misstatement** [1] - 34:16
**misstatements** [1] - 60:25
**mistake** [1] - 42:10
**mistakes** [7] - 53:2, 55:10, 57:16, 57:17, 59:24, 63:4
**MOLLY** [1] - 1:7
**moment** [4] - 42:9, 50:15, 50:16, 50:19
**month** [1] - 42:22
**MORTGAGE** [1] - 1:4
**Mortgage** [15] - 17:24, 18:1, 22:22, 23:12, 25:23, 26:21, 27:5, 30:6, 31:21, 36:6, 38:5, 41:16, 42:19, 44:25, 46:7
**mortgage** [7] - 46:14, 50:7, 53:16, 53:21, 54:3, 54:10, 59:6
**most** [1] - 12:20
**move** [13] - 24:10, 24:11, 26:14, 27:21, 27:22, 27:23, 35:15, 36:4, 36:21, 37:14, 39:19, 42:14, 46:1
**moving** [1] - 36:20
**MR** [201] - 2:4, 2:4, 2:5, 2:5, 3:13, 4:17, 4:20, 5:2, 5:4, 9:15, 9:18, 14:25, 15:2, 15:6, 15:22, 16:1, 16:20, 16:23, 19:6, 19:9, 21:7, 21:12, 21:16, 21:18, 21:21, 21:23, 21:25, 22:3, 22:8, 22:11, 22:13, 22:25, 23:1, 23:5, 23:8, 23:13, 23:17, 23:20,

24:1, 24:11, 24:13, 24:15, 25:8, 25:11, 25:15, 25:16, 26:6, 26:7, 26:11, 26:12, 26:18, 26:25, 27:1, 27:8, 27:12, 27:16, 27:19, 27:22, 28:1, 28:3, 28:7, 28:12, 28:16, 28:20, 28:22, 28:24, 29:1, 29:3, 29:6, 29:8, 29:11, 29:13, 30:1, 30:2, 30:13, 30:15, 30:18, 30:19, 31:9, 31:11, 31:14, 31:15, 31:16, 32:1, 32:4, 32:8, 32:10, 32:14, 32:15, 32:17, 32:20, 32:24, 33:6, 33:7, 33:8, 33:9, 33:11, 33:14, 33:17, 34:13, 34:15, 35:8, 35:11, 35:12, 35:13, 35:18, 35:19, 36:2, 36:7, 36:18, 36:19, 36:21, 36:22, 36:25, 37:1, 37:24, 38:1, 38:6, 38:8, 38:12, 38:16, 38:19, 38:23, 39:5, 39:9, 39:13, 39:20, 39:21, 39:23, 40:14, 40:16, 40:20, 40:23, 40:24, 42:6, 42:8, 42:11, 42:15, 42:20, 42:23, 43:10, 43:14, 43:15, 43:17, 43:19, 43:21, 43:25, 44:1, 44:6, 44:7, 44:11, 44:14, 44:18, 44:19, 44:20, 44:21, 45:2, 45:3, 45:6, 45:7, 45:17, 45:19, 45:22, 45:23, 46:2, 46:4, 46:16, 46:19, 47:17, 47:20, 47:24, 48:1, 48:4, 48:5, 49:7, 49:8, 50:16, 50:17, 50:18, 50:21, 50:24, 51:17, 54:18, 54:21, 54:23, 54:24, 55:2, 55:18, 55:22, 55:24, 56:14, 56:18, 58:19, 58:21, 58:23, 61:9, 62:16, 62:17, 62:20, 63:20, 63:23
**must** [1] - 56:21

# N

**name** [8] - 3:7, 3:9, 3:14, 7:2, 17:6, 17:8, 34:25, 36:5
**National** [1] - 6:6
**nature** [1] - 62:13
**necessarily** [1] - 42:2
**need** [9] - 22:15, 24:10, 26:6, 26:12, 31:14, 50:16, 50:18, 50:19, 54:22
**needed** [3] - 18:19, 56:24, 58:10
**needs** [2] - 26:13, 28:14
**net** [4] - 20:20, 56:12, 56:21, 56:25
**next** [5] - 10:12, 19:17, 30:18, 32:8, 56:6
**NO** [1] - 1:2

**North** [2] - 1:22, 64:12
**notes** [1] - 51:4
**nothing** [2] - 58:19, 63:23
**notice** [1] - 55:19
**November** [1] - 1:5
**number** [6] - 9:8, 15:14, 23:4, 23:18, 30:1, 57:12
**numbers** [3] - 11:11, 25:18

**O**

**object** [3] - 38:15, 38:16, 44:1
**objecting** [1] - 39:12
**objection** [52] - 4:17, 5:2, 9:15, 14:25, 15:1, 15:2, 15:22, 16:20, 19:6, 21:7, 21:10, 21:16, 21:21, 21:25, 22:8, 23:1, 23:3, 23:6, 27:25, 28:6, 28:7, 29:3, 29:4, 29:8, 29:9, 30:15, 30:16, 31:11, 31:12, 32:1, 33:13, 33:14, 33:15, 34:13, 36:2, 36:19, 36:22, 40:18, 43:7, 43:14, 43:19, 43:24, 44:11, 45:19, 45:20, 46:16, 47:17, 54:21, 54:24, 56:14, 63:20
**objective** [1] - 16:6
**obligation** [1] - 4:25
**occasion** [2] - 8:17, 10:17
**occupied** [1] - 36:8
**occurred** [1] - 6:18
**October** [1] - 41:12
**OF** [3] - 1:1, 1:10, 1:10
**offer** [1] - 28:23
**office** [3] - 34:24, 34:25, 36:8
**OFFICER** [2] - 51:6, 51:10
**officer** [1] - 16:13
**Officer** [1] - 35:20
**Official** [1] - 64:11
**official** [1] - 1:21
**often** [1] - 57:23
**omission** [4] - 37:22, 46:12, 46:15, 50:13
**omissions** [3] - 47:13, 47:16, 59:24
**omitted** [1] - 62:13
**one** [21] - 5:9, 5:21, 7:16, 10:9, 11:19, 17:22, 23:15, 26:22, 27:8, 30:7, 30:10, 30:18, 30:25, 31:4, 38:8, 40:25, 41:9, 41:10, 41:11, 52:15, 53:16
**ones** [1] - 9:1
**open** [1] - 28:25, 39:22
**operational** [1] - 13:7
**opinion** [16] - 11:23, 12:1, 12:2, 12:6, 12:12, 12:14, 12:19, 12:22, 13:25, 14:1,

14:22, 20:6, 22:20, 22:21, 23:11, 55:14
**opinions** [2] - 14:20, 51:3
**opportunity** [4] - 8:9, 42:12, 56:2
**opposed** [1] - 61:18
**opposing** [1] - 25:11
**Order** [1] - 3:1
**order** [1] - 56:23
**ordinarily** [2] - 12:20, 54:9
**ordinary** [1] - 45:14
**organizations** [1] - 6:1
**original** [2] - 39:1, 40:17
**output** [1] - 39:9
**overruled** [19] - 4:18, 9:16, 15:4, 15:23, 16:21, 19:7, 22:1, 22:9, 23:3, 32:2, 36:3, 40:18, 43:8, 44:12, 46:17, 47:18, 55:1, 56:15, 63:22
**own** [5] - 8:11, 8:15, 16:9, 20:18, 32:5
**owned** [4] - 32:3, 34:18, 34:24, 34:25
**owner** [1] - 36:8
**ownership** [1] - 31:25
**owns** [1] - 41:23

**P**

**P.A** [4] - 1:18, 7:3, 7:4, 7:6
**P.C** [1] - 1:15
**p.m** [7] - 1:6, 51:7, 51:8, 51:9, 51:11, 63:25
**P.O** [1] - 1:18
**page** [19] - 23:15, 23:18, 24:2, 24:4, 24:5, 24:10, 24:11, 25:17, 25:22, 26:11, 32:8, 32:16, 32:20, 35:11, 35:12, 38:4, 38:6, 42:17, 42:18
**PAGE** [1] - 2:2
**pages** [1] - 26:13
**Pages** [1] - 1:8
**paid** [1] - 44:9
**PALM** [1] - 1:2
**Palm** [1] - 1:4
**paperwork** [1] - 15:8
**Paradise** [1] - 35:16
**paragraph** [2] - 40:22, 56:6
**paragraphs** [2] - 45:4, 45:24
**parameters** [4] - 10:25, 18:6, 18:7, 19:24
**Parcel** [3] - 32:21, 32:22, 32:23
**parcel** [1] - 32:22
**part** [10] - 8:16, 16:18, 28:18, 30:8, 30:9, 30:25, 31:1, 39:6, 42:24, 53:4
**particular** [3] - 10:11,

38:24, 41:6
**parties** [1] - 47:8
**parts** [4] - 5:12, 5:13, 5:14, 5:16
**party** [2] - 9:12, 31:5
**passed** [2] - 5:14, 5:16
**patience** [1] - 51:13
**Patrick** [1] - 3:8
**payable** [1] - 63:1
**paying** [4] - 41:14, 41:22, 44:8, 44:15
**people** [10] - 10:6, 12:20, 47:1, 52:21, 52:24, 55:10
**percent** [1] - 57:22
**percentage** [1] - 57:22
**perform** [2] - 8:25, 15:21
**performed** [5] - 13:2, 13:5, 18:25, 19:11, 51:22
**performing** [6] - 9:5, 13:17, 15:7, 40:1, 40:8, 40:11
**performs** [1] - 8:24
**period** [3] - 38:5, 42:21, 57:14
**person** [1] - 14:11
**personal** [2] - 17:15
**phase** [1] - 56:24
**picture** [1] - 11:19
**piece** [1] - 26:16
**pieces** [1] - 30:10
**place** [1] - 58:10
**plaintiff** [2] - 54:11, 57:13
**Plaintiff** [3] - 3:3, 23:7, 29:5, 29:10, 30:17, 31:13, 33:16, 40:19, 45:21
**Plaintiffs** [1] - 1:5
**PLAINTIFFS** [1] - 1:14
**PLAINTIFFS'** [1] - 2:7
**play** [1] - 18:11
**played** [1] - 19:19
**plus** [1] - 48:23
**point** [3] - 11:19, 30:10, 36:24
**poor** [1] - 41:25
**portion** [1] - 63:25
**possess** [1] - 56:21
**possible** [2] - 46:24, 53:2
**possibly** [1] - 43:9
**pre** [1] - 10:7
**pre-engagement** [1] - 10:7
**predicate** [1] - 23:1
**preferable** [1] - 45:8
**premised** [1] - 59:21
**prepare** [1] - 11:16
**prepared** [5] - 16:5, 16:19, 22:23, 23:10
**preparing** [2] - 28:14, 39:19
**presented** [2] - 39:14, 42:23, 43:2
**president** [1] - 8:14

**prevalent** [1] - 52:17
**principles** [1] - 12:17
**Problem** [1] - 6:7
**problem** [2] - 38:23, 58:9
**proceed** [1] - 3:11
**proceedings** [3] - 27:11, 38:11, 64:6
**Proceedings** [2] - 28:25, 39:22
**process** [4] - 9:25, 10:2, 18:10, 19:19
**professional** [3] - 4:5, 5:25, 7:5
**profit** [2] - 15:17, 15:18
**properly** [1] - 8:22
**properties** [8] - 24:25, 25:25, 26:3, 26:22, 41:23, 46:10, 50:5, 53:17
**property** [14] - 24:16, 26:16, 30:10, 31:4, 31:20, 34:20, 37:3, 44:9, 44:15, 54:3, 54:4, 59:9, 59:12
**provide** [1] - 52:7
**provided** [1] - 55:15
**provides** [1] - 15:8
**public** [9] - 4:10, 4:11, 4:12, 4:15, 4:22, 4:25, 5:7, 28:5
**publish** [3] - 23:13, 45:22, 55:22
**published** [5] - 10:4, 29:11, 31:14, 36:18, 40:23
**publishing** [1] - 22:11
**pull** [1] - 3:5
**pulling** [1] - 62:17
**PUPKE** [2] - 1:7
**Pupke** [11] - 17:6, 17:8, 27:5, 29:18, 30:6, 46:9, 46:20, 53:7, 53:10, 63:16
**Pupke's** [1] - 52:13
**Pupkes** [9] - 17:17, 18:1, 18:4, 32:3, 51:23, 58:24, 59:1, 63:4, 63:8
**Pupkes'** [2] - 17:15, 28:4
**purpose** [5] - 9:5, 9:11, 18:25, 19:3, 20:23
**pursuant** [1] - 56:10
**put** [4] - 27:16, 52:13, 53:1
**putting** [1] - 27:14

**Q**

**qualifications** [1] - 19:2
**qualified** [8] - 12:12, 12:14, 12:18, 12:22, 14:19, 14:22, 19:12, 20:10
**qualify** [2] - 19:4, 21:5
**questions** [1] - 50:22
**quick** [2] - 50:25, 56:2
**QuickBook** [2] - 18:18, 52:10

**QuickBooks** [5] - 15:13, 38:24, 40:5, 52:14, 52:16
**quitclaim** [10] - 26:15, 27:4, 27:13, 29:15, 30:4, 30:5, 30:22, 31:3, 31:20, 32:11
**quitclaimed** [5] - 34:3, 44:16, 46:11, 50:5, 50:9
**quite** [1] - 13:23

## R

**Raton** [1] - 3:16
**RAVI** [1] - 1:4
**read** [3] - 45:4, 45:24, 56:10
**reading** [1] - 27:14
**ready** [1] - 51:15
**real** [2] - 28:6, 28:7
**really** [3] - 4:13, 50:25, 54:11
**realm** [1] - 60:9
**reason** [1] - 53:4
**receipts** [1] - 10:14
**receive** [1] - 19:15
**Received** [1] - 2:9
**received** [8] - 23:7, 29:5, 29:10, 30:17, 31:13, 33:16, 40:19, 45:21
**recently** [2] - 13:9, 13:10
**recess** [3] - 50:17, 50:18, 51:2
**recessed** [1] - 51:8
**recognize** [5] - 22:15, 22:17, 24:2, 29:14, 29:17
**recognizes** [3] - 28:4, 28:11, 28:12
**recollection** [8] - 25:4, 25:10, 26:3, 54:15, 54:19, 55:4, 63:15, 63:18
**record** [3] - 50:20, 51:9, 61:8
**recorded** [2] - 30:4, 30:22
**recording** [2] - 16:24, 17:2
**records** [14] - 6:17, 7:19, 8:20, 8:22, 10:13, 10:17, 11:5, 11:6, 11:7, 11:9, 28:5, 39:7, 39:8, 39:10
**RECROSS** [2] - 2:5, 62:19
**RECROSS-EXAMINATION** [2] - 2:5, 62:19
**redirect** [1] - 58:20
**REDIRECT** [2] - 2:5, 58:22
**redo** [2] - 58:4
**refer** [1] - 40:25
**reference** [4] - 27:6, 41:4, 41:18, 41:19
**referring** [1] - 33:10
**refers** [3] - 34:23, 53:25
**reflect** [4] - 36:10, 37:11, 37:19, 49:24

**reflected** [18] - 26:23, 30:8, 33:4, 34:8, 34:12, 43:11, 46:11, 46:14, 48:14, 48:18, 49:1, 49:4, 49:9, 49:22, 49:23, 50:9
**reflecting** [2] - 36:1, 41:22
**reflection** [1] - 41:25
**reflects** [5] - 25:25, 42:4, 48:2, 48:6, 49:12
**refresh** [7] - 25:4, 25:10, 26:3, 54:15, 54:19, 55:4, 55:7
**registers** [1] - 18:18
**reissue** [3] - 58:15, 58:16
**relate** [2] - 28:20
**related** [2] - 49:13, 50:1
**relates** [3] - 14:2, 28:19, 50:4
**reliance** [1] - 20:15
**relied** [5] - 13:4, 28:13, 39:18, 40:7, 60:18
**rely** [8] - 12:24, 13:2, 21:4, 40:10, 47:1, 47:4, 47:8, 47:9
**remembers** [1] - 38:25
**repeating** [1] - 54:23
**rephrase** [5] - 5:3, 5:5, 21:8, 54:1, 54:2
**report** [14] - 12:9, 12:10, 12:15, 13:23, 14:1, 14:7, 14:11, 28:14, 28:15, 58:4, 58:15, 58:16, 62:7
**REPORTED** [1] - 1:20
**Reporter** [2] - 1:21, 64:11
**reports** [1] - 59:23
**represent** [2] - 24:4, 33:3
**representation** [2] - 19:25, 44:23
**requested** [1] - 63:25
**require** [1] - 4:24
**requirement** [2] - 56:11, 58:15
**requirements** [4] - 4:21, 4:24, 5:18, 22:7
**respect** [1] - 19:10
**responsible** [5] - 7:18, 16:19, 16:24, 17:2, 46:5
**restroom** [1] - 50:25
**resubmit** [1] - 58:5
**resubmitting** [1] - 58:6
**retain** [1] - 20:23
**retained** [1] - 52:6
**returned** [2] - 28:25, 39:22
**Reuters** [1] - 10:5
**review** [6] - 10:5, 11:6, 26:10, 30:20, 31:17, 42:13
**reviewed** [4] - 11:15, 20:2, 38:20, 43:5
**reviewing** [7] - 10:14, 10:16, 11:11, 11:12, 11:13
**revoke** [1] - 22:6

**rise** [2] - 51:6, 51:10
**Rivers** [1] - 30:23
**RMR** [2] - 1:21, 64:10
**role** [2] - 8:13, 8:16
**roll** [1] - 23:20
**rolled** [1] - 22:16
**roundabout** [1] - 44:2
**RPR** [2] - 1:21, 64:10
**rule** [2] - 4:13, 40:16
**rules** [2] - 9:9, 57:14
**runs** [1] - 25:17
**rush** [1] - 50:24

## S

**safe** [3] - 35:25, 41:17, 47:15
**Sanctuary** [12] - 35:1, 35:2, 35:4, 36:10, 36:12, 36:16, 37:8, 46:14, 48:23, 49:15, 50:8, 60:14
**saw** [1] - 34:3
**school** [1] - 8:1
**screen** [2] - 26:8, 29:7, 37:14
**scroll** [8] - 23:14, 32:8, 32:9, 32:14, 32:17, 43:25, 56:3, 56:5
**seated** [2] - 3:4, 51:12
**SEC** [1] - 9:9
**second** [2] - 27:9, 62:25
**secondly** [1] - 63:3
**secured** [1] - 54:4
**SECURITY** [2] - 51:6, 51:10
**security** [1] - 54:9
**see** [34] - 19:3, 22:12, 22:15, 23:18, 23:20, 24:10, 24:11, 24:17, 24:20, 24:23, 25:20, 26:12, 26:17, 32:18, 33:18, 34:11, 34:20, 35:15, 35:20, 36:5, 37:3, 37:15, 38:19, 39:17, 41:8, 41:9, 41:10, 43:23, 48:9, 48:13, 50:1, 51:4, 62:22
**seeing** [1] - 56:1
**SEIDEN** [9] - 1:14, 1:15, 26:11, 31:14, 32:20, 33:7, 44:19, 50:16, 50:18
**self** [2] - 28:4, 28:8
**self-authentic** [1] - 28:8
**self-authenticating** [1] - 28:4
**sent** [2] - 21:2, 21:3
**services** [2] - 51:22, 53:4
**sets** [1] - 10:25
**setting** [3] - 18:4, 18:7, 19:24
**seven** [1] - 59:4
**several** [1] - 51:23
**shall** [1] - 39:20

**shareholder** [2] - 25:24, 62:23
**sheet** [5] - 11:20, 15:15, 15:16, 24:5, 49:4
**sheets** [2] - 48:14, 48:18
**short** [1] - 38:25
**show** [9] - 25:3, 25:9, 25:10, 25:11, 54:14, 54:19, 55:3, 55:6, 55:19
**showing** [4] - 11:20, 42:9, 55:25, 62:21
**side** [3] - 12:11, 48:24, 49:1
**sidebar** [3] - 27:8, 27:11, 38:11
**sign** [1] - 10:23
**signature** [1] - 54:6
**signatures** [4] - 28:5, 29:14, 29:17, 29:19
**simply** [1] - 22:15
**sit** [1] - 5:11
**sitting** [1] - 62:12
**skills** [1] - 13:15
**skosh** [1] - 32:17
**slightly** [3] - 24:13, 35:9, 60:14
**Society** [1] - 6:7
**Solvers** [1] - 6:7
**someone** [1] - 15:8
**sometimes** [1] - 16:2
**sophisticated** [2] - 52:21, 53:22
**sophistication** [4] - 52:23, 52:24, 53:12, 53:25
**sorry** [8] - 15:1, 23:10, 33:8, 33:11, 42:10, 54:17, 56:20, 59:21
**sort** [3] - 42:23, 43:5, 45:13
**soundness** [1] - 9:13
**South** [1] - 1:15
**SOUTHERN** [1] - 1:1
**speaking** [4] - 12:2, 12:20, 39:3, 52:22
**special** [1] - 47:5
**specialities** [2] - 6:8, 6:10
**specific** [2] - 14:18, 17:5
**specifically** [1] - 9:11
**speculate** [1] - 57:24
**speculation** [1] - 22:8
**spell** [1] - 3:9
**spelled** [1] - 18:10
**spells** [2] - 10:22, 10:24
**Springs** [1] - 1:19
**stand** [5] - 4:9, 7:4, 41:2, 60:6, 60:25
**start** [5] - 7:24, 10:13, 11:11, 56:7, 60:10
**started** [1] - 8:11
**state** [5] - 4:14, 4:16, 4:21, 4:24, 5:1

**statement** [10] - 11:10, 11:16, 11:18, 15:19, 15:20, 35:16, 35:22, 42:18, 43:12, 59:20

**statements** [11] - 9:6, 10:16, 12:3, 18:18, 22:22, 23:12, 47:5, 52:10, 61:4, 61:6, 63:15

**States** [2] - 1:22, 64:11

**STATES** [2] - 1:1, 1:11

**states** [1] - 36:13

**status** [3] - 19:5, 58:7, 60:18

**STENOGRAPHICALLY** [1] - 1:20

**step** [3] - 10:12, 52:12, 63:24

**steps** [2] - 11:13, 11:14

**still** [11] - 34:11, 42:3, 42:9, 46:11, 57:9, 57:13, 58:24, 59:8, 59:20, 60:6, 60:23

**stock** [1] - 9:9

**stop** [19] - 21:17, 23:15, 23:23, 23:24, 24:12, 24:14, 26:14, 26:25, 30:1, 33:8, 35:9, 35:15, 35:18, 37:24, 46:3, 56:6, 59:1

**Stop** [2] - 23:22, 38:7

**story** [1] - 38:25

**strange** [1] - 57:17

**subject** [1] - 52:4

**submitted** [8] - 19:13, 20:13, 47:11, 48:18, 49:5, 50:10, 57:18, 61:3

**subscriptions** [1] - 40:22

**substantial** [2] - 12:7, 63:19

**sufficient** [2] - 21:5, 25:8

**Suite** [1] - 1:16

**sustained** [7] - 21:8, 21:10, 21:17, 21:22, 34:14, 36:24, 43:20

**sworn** [1] - 3:3

**system** [2] - 7:19, 52:17

## T

**tax** [1] - 17:11

**Tax** [1] - 6:7

**taxes** [2] - 44:9, 44:15

**tendered** [1] - 25:17

**term** [5] - 12:4, 13:7, 13:11, 14:2, 15:9

**TESTIMONY** [1] - 1:10

**testimony** [1] - 44:2

**THE** [104] - 1:11, 1:14, 1:17, 3:4, 3:8, 3:9, 3:10, 3:11, 4:18, 4:19, 5:3, 9:16, 9:17, 15:1, 15:4, 15:5, 15:23, 15:24, 16:21, 16:22, 19:7,

19:8, 21:8, 21:9, 21:10, 21:17, 21:22, 22:1, 22:2, 22:9, 22:10, 23:3, 23:6, 23:22, 24:12, 25:9, 25:13, 26:14, 27:10, 27:17, 27:21, 27:23, 28:11, 28:13, 28:18, 28:21, 28:23, 29:4, 29:9, 29:12, 30:16, 31:12, 32:2, 32:3, 32:18, 32:21, 33:13, 33:15, 34:14, 36:3, 36:4, 36:20, 36:24, 38:10, 38:15, 38:22, 39:6, 39:11, 39:17, 40:18, 42:7, 42:9, 42:17, 43:8, 43:9, 43:16, 43:20, 43:23, 44:4, 44:12, 44:13, 45:5, 45:20, 46:3, 46:17, 46:18, 47:18, 47:19, 49:6, 50:23, 51:1, 51:6, 51:10, 51:12, 54:17, 54:22, 55:1, 55:21, 56:15, 56:16, 58:20, 63:21, 63:22, 63:24

**themselves** [1] - 9:12

**third** [2] - 9:12, 47:8

**Thompson** [1] - 10:4

**thousand** [1] - 60:15

**thousands** [1] - 52:20

**three** [1] - 41:19

**title** [1] - 6:19

**today** [1] - 60:6

**together** [1] - 53:1

**took** [1] - 5:13

**top** [4] - 14:1, 32:18, 35:15, 42:17

**total** [5] - 24:8, 26:1, 40:22, 48:6, 48:17

**towards** [1] - 3:5

**transcription** [2] - 39:1, 64:6

**transfer** [1] - 27:4, 31:22

**transferred** [2] - 26:20, 61:15

**transferring** [1] - 31:20

**transfers** [1] - 31:4

**TRIAL** [1] - 1:10

**tried** [1] - 46:23

**try** [3] - 3:5, 39:17, 63:8

**trying** [1] - 44:2

**turned** [1] - 39:3

**two** [4] - 24:19, 45:4, 45:24, 47:12

**type** [1] - 53:12

**typical** [1] - 18:9

**typically** [2] - 16:10, 16:18

## U

**ultimately** [1] - 55:15

**uncommon** [1] - 57:17

**under** [3] - 23:9, 28:1, 57:14

**undertake** [1] - 9:25

**unintentional** [1] - 61:20

**UNION** [1] - 1:4

**united** [1] - 1:22

**UNITED** [2] - 1:1, 1:11

**United** [1] - 64:11

**University** [1] - 3:20, 5:24

**unqualified** [4] - 12:2, 12:6, 14:20, 23:11

**unsophisticated** [1] - 52:22

**up** [30] - 11:16, 20:6, 22:11, 23:14, 23:21, 23:22, 23:23, 24:10, 24:11, 24:13, 28:9, 32:9, 32:17, 33:6, 33:8, 35:9, 39:24, 42:15, 42:16, 43:25, 45:2, 46:1, 48:4, 55:17, 62:17

**Urban** [2] - 13:1, 13:4

**UTILITY** [1] - 1:4

## V

**Valuation** [1] - 6:6

**value** [3] - 24:22, 25:5, 49:21

**valued** [1] - 30:11

**various** [1] - 52:23

**virtue** [1] - 5:6

**vs** [1] - 1:6

## W

**Wabash** [1] - 1:15

**walk** [1] - 12:20

**Waste** [4] - 7:14, 7:15, 7:22, 7:24

**welcome** [1] - 51:12

**WEST** [1] - 1:2

**West** [1] - 1:4

**whole** [1] - 32:20

**win** [1] - 63:11

**WITNESS** [27] - 2:2, 3:8, 3:10, 4:19, 9:17, 15:5, 15:24, 16:22, 19:8, 21:9, 22:2, 22:10, 23:22, 24:12, 26:14, 32:3, 32:18, 32:21, 36:4, 42:17, 43:9, 44:13, 46:3, 46:18, 47:19, 56:16, 63:21

**witness** [11] - 3:3, 21:17, 22:12, 25:14, 25:15, 27:14, 43:21, 44:3, 54:19, 54:22, 54:24

**word** [3] - 4:11, 14:8

**wording** [1] - 59:10

**works** [1] - 16:12

**worth** [10] - 20:20, 33:22, 34:17, 37:16, 48:13, 48:17, 50:8, 56:12, 56:22, 56:25

**wrote** [1] - 20:6

## Y

**year** [5] - 4:1, 5:21, 19:17, 25:24, 59:3

**years** [8] - 5:10, 7:8, 13:11, 51:23, 59:4, 63:17, 63:18

**yourself** [6] - 6:10, 6:13, 13:20, 22:14, 38:2, 45:25

## Z

**zero** [3] - 57:4, 57:6, 57:22