```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION
                       CASE NO. 17-CV-80732-KAM
 3

 4    RAVI KADIYALA and CREDIT UNION        West Palm Beach, Florida
      MORTGAGE UTILITY BANC, INC.,
 5
                         Plaintiffs,        November 10, 2021
 6
              vs.                           2:45 p.m. - 4:19 p.m.
 7
      MARK J. PUPKE and MARIE MOLLY PUPKE,
 8
                         Defendants.        Pages 1 to 60
 9    _____

10
                         EXCERPT OF JURY TRIAL
11                     TESTIMONY OF MARIE M. PUPKE
                   BEFORE THE HONORABLE KENNETH A. MARRA
12                     UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14

15    FOR THE PLAINTIFFS:          GLENN SEIDEN, ESQ.
                                    MARK A. CISEK, ESQ.
16                                  SEIDEN LAW GROUP, P.C.
                                    3 South Wabash Avenue
17                                  Suite 2700
                                    Chicago, Illinois 60604

18    FOR THE DEFENDANTS:          MARTIN W. HOFFENDEN, ESQ.
                                    HOFFENDEN LAW, P.A.
19                                  P.O. Box 670355
                                    Coral Springs, Florida 33067
20
      STENOGRAPHICALLY REPORTED BY:
21
                                    ILONA LUPOWITZ, CRR, RPR, RMR
22                                  Official Court Reporter
                                    United States District Court
23                                  400 North Miami Avenue
                                    8th Floor
24                                  Miami, Florida 33128
                                    (305) 523-5634
25
```

```
 1                    I N D E X

 2   WITNESS                                         PAGE

 3   MARIE PUPKE

 4   DIRECT EXAMINATION BY MR. SEIDEN:                 3
     CROSS-EXAMINATION BY MR. HOFFENDEN:              12
 5   REDIRECT EXAMINATION BY MR. SEIDEN:              15

 6   MARIE PUPKE

 7   DIRECT EXAMINATION BY MR. HOFFENDEN:             17

 8
                        PLAINTIFFS' EXHIBITS
 9

10
     Exhibit                                      Received
11
     50                                              16
12

13
                        DEFENDANTS' EXHIBITS
14

15

16   Exhibit                                      Received

17   3                                               35

18

19

20

21

22

23

24

25
```

```
 1                    (Call to the Order of the Court.)

 2                           * * * * * * * *

 3                    (Plaintiff witness, MARIE PUPKE, duly sworn.)

 4                    THE COURT:  Please be seated.

 5                    THE WITNESS:  Thank you.

 6                    THE COURT:  If you can try and pull that microphone

 7      towards you, please.  And tell us your name and spell your

 8      first and last names, please.

 9                    THE WITNESS:  Marie Pupke, P-U-P-K-E.

10                    THE COURT:  And how do you spell Marie?

11                    THE WITNESS:  M-A-R-I-E.

12                    THE COURT:  Thank you.  Mr. Seiden?

13                    MR. SEIDEN:  Thank you.

14                               DIRECT EXAMINATION

15      BY MR. SEIDEN:

16      Q.  Ms. Pupke, I'm going to call your attention to what's on

17      the screen.  I ask that it be published -- it is published.

18      It's in evidence.  It's 32 for identification.  32 in evidence,

19      no longer for identification.

20           Do you see on the screen in front of you this portion of

21      the document?

22      A.  I do.

23      Q.  Do you speak French?

24                    THE COURT:  I'm sorry, Mr. Seiden.

25                    THE WITNESS:  I do.
```

1          THE COURT:  Hold on, ma'am.  Again, my list may not be

2     accurate, but I don't see 32 in evidence on my list.

3          MR. SEIDEN:  Okay.  Can we take it off there?  That's

4     exactly why we're there.

5     BY MR. SEIDEN:

6     Q.  Do you speak French?

7     A.  I do.

8     Q.  I notice that on this part of your email, there is what

9     appears to be a --

10          MR. HOFFENDEN:  Objection, Judge.  If it's not in

11     evidence, we can't be testifying as to what it is.

12          MR. SEIDEN:  Okay.  I was going to do it backwards, but

13     I can do it this way.

14     BY MR. SEIDEN:

15     Q.  Do you see the document in front of you?

16     A.  I do.

17     Q.  Is that your email address?

18     A.  That used to be my email address.

19     Q.  Was it your email address in or about 2011, 2012?

20     A.  Possibly.

21     Q.  Well, not possibly.  Either it was or it wasn't.

22     A.  It has been nine years.

23     Q.  Okay.

24          MR. SEIDEN:  Go up a bit.  Down a little bit.

25     BY MR. SEIDEN:

1    Q.   In November of 2012, did you have occasion to send an

2    email, this email, with regard to Euro?  Please read it.

3    A.   That is not the email I sent on November 7th, 2012.

4    Q.   Did you send a different one?

5    A.   I did.

6    Q.   Which one did you send?

7    A.   If you produce that to me, I would read it.

8         MR. SEIDEN:  Go up.

9    BY MR. SEIDEN:

10   Q.   I see one that we start from Marie Pupke -- this is

11   Marie.Pupke@EIMortgage.com.

12        Was that your address?

13   A.   My -- that possibly could be my email address.

14   Q.   Okay.  Ms. Pupke, this case has been going on for a number

15   of years.

16        Do you know that?

17   A.   I'm sorry?

18   Q.   I said this case has been pending for a number of years.

19   A.   That's correct, sir.

20   Q.   You've had an opportunity to see a number of documents.

21   A.   I have.

22   Q.   And you have been deposed, have you not?

23   A.   I have.

24   Q.   Okay.  And your emails and your email address was known to

25   you at the time that it was your email address?

```
 1   A.   That's correct.

 2   Q.   And it's, therefore, known to you now; is it not?

 3   A.   I did say that that could be my email address.

 4   Q.   Could.

 5   A.   But this particular email I'm looking at --

 6   Q.   No, no, no --

 7   A.   -- that's not the one I sent.

 8            THE COURT:  One at a time.  Only one person.  Hold on.

 9            MR. HOFFENDEN:  Judge --

10            THE COURT:  Only one person can speak at a time.

11   BY MR. SEIDEN:

12   Q.   Listen to my question, please.

13        Was this your email address at that time?

14   A.   I said it could be one of my email addresses.

15   Marie.Pupke@EIMortgage.com.

16   Q.   It could be.

17   A.   That's correct.

18   Q.   I'm not asking whether it could be.  I'm asking if it was.

19   A.   Again, I'm answering you, sir.  It could be one of my email

20   addresses back then.

21   Q.   Is the answer yes?

22   A.   If you must have an answer, you could say yes, because it

23   is Marie.Pupke.

24   Q.   I could not say yes.  You need to.  It's not I could say

25   yes.
```

1    A.   I could say yes.

2    Q.   Okay.

3    A.   Since it has my first name and last name.

4    Q.   Okay.  And it is an email that is sent -- this particular

5    one was sent on November 7th, purports to be sent on November 7

6    at 8:07 p.m.; is that correct?

7    A.   That's correct.  That is the one I'm looking at, yes.

8    Q.   It's sent to Mr. Al-Haroon, Mr. B. Husain, and Mr. -- I'm

9    sorry, it's one name:  Al-Haroon B. Husain and Ahmed Fazil.

10        Do you see that?

11   A.   I can see that.

12   Q.   Okay.  And did you send this email at that time?

13   A.   I did not.

14   Q.   Do you know who used your email address to send this?

15   A.   No one used my email address besides me.

16   Q.   Okay.  So could you tell me how it is that I have --

17        MR. SEIDEN:  Go all the way to the bottom, please.

18   BY MR. SEIDEN:

19   Q.   -- an email with the French notation on the bottom that is

20   indicated from you on a particular date?

21   A.   Your clients could have copied that from a different email

22   that I've sent and made up this email.

23        MR. SEIDEN:  Go up, please.  Okay.  Right there.

24   BY MR. SEIDEN:

25   Q.   So did you have occasion, on that date, to send documents

```
 1    to my client for signature?

 2           MR. HOFFENDEN:  Objection, Judge --

 3           THE WITNESS:  I did send an email that day --

 4           THE COURT:  Overruled.

 5           THE WITNESS:  -- to your client.  Not this particular

 6    email.

 7    BY MR. SEIDEN:

 8    Q.  And did you send documents attached to your email?

 9    A.  I do not see any document attached to this email.

10    Q.  That isn't the question.  Please listen to my question.

11        Did you send documents for signature to my client on that

12    day?  Did you send --

13    A.  I did not send this email to your client on November 7,

14    2012.

15    Q.  Do you see in there that it says, time is of the essence?

16    That is a statement --

17           MR. HOFFENDEN:  Objection, Judge.

18           THE COURT:  Sustained.

19           Ma'am, he asked you if you sent documents with the

20    email, whichever one you sent.  That was the question.

21           Did you send documents -- you said you've sent an

22    email, not this email.  And he asked you, did you send

23    documents with the email, whichever one you sent.

24           Yes or no, did you send documents?

25           THE WITNESS:  Your Honor, I need to see the email in
```

9

1    question.

2    BY MR. SEIDEN:

3    Q.   Do you deny that you sent documents to my client on

4    November 7th for signature?

5    A.   I deny that I sent this email to your client for signature.

6    Q.   You need to answer the question I ask, ma'am.

7         Do you deny you sent documents to my client on this date

8    for signature?

9    A.   I need to see all the email I sent on November 7th, so I

10   can identify for you which email I sent to your client on

11   November 7th.   This particular email in front of me, I did not

12   send that to your client.

13        MR. SEIDEN:   Your Honor, I'm going to respectfully

14   request that this Court direct her to answer the question.

15        THE COURT:   I already told her to answer the question.

16        Did you send documents on that date, not whether that

17   email is the email or some other email is the email.   Did you

18   send documents to them?   Yes or no.

19        THE WITNESS:   Your Honor, that was 2012, nine years

20   ago.   I would need to see what email I sent that day, I can

21   identify the email.

22        THE COURT:   Okay.   She can't answer the question.

23        MR. SEIDEN:   Your Honor, I'd like the record to show

24   she won't answer the question.

25        THE COURT:   Let's move on.   She can't answer it.

 1           MR. SEIDEN:  Okay.  I am going to call for --

 2           THE COURT:  Are you finished with the witness, or -- do

 3   you have any more questions, Mr. --

 4           MR. SEIDEN:  Oh, yes, I do.

 5           THE COURT:  Then let's proceed.

 6           MR. SEIDEN:  Fine.

 7           MR. HOFFENDEN:  As he's finding the exhibit, can we

 8   have the witness step back, because I can barely understand

 9   what's being said, from the microphone.  I can barely

10   understand.  Move back.  You're too close.

11           THE COURT:  You're fine.

12           MR. HOFFENDEN:  Can you please identify the exhibit?

13           MR. SEIDEN:  It's the same exhibit.

14           MR. HOFFENDEN:  32?  Okay.

15   BY MR. SEIDEN:

16   Q.  What was your position with Euro on or about the date of

17   November 7, 2012?

18   A.  I was appointed by Mr. Pupke as the CEO -- as the COO, I'm

19   sorry -- and chief advisor of Euro International Mortgage.

20   Q.  Okay.

21           MR. SEIDEN:  Now, go to the top, please.

22   BY MR. SEIDEN:

23   Q.  And is it your testimony that you deny having sent this

24   email and the following email of the string to my client or

25   Mr. Ahmed Fazil on that date?

1    A.   I did not say that.  What I said, sir, is that this

2    particular email looks like a forged email.  That is not the

3    email that I may have sent that day.  So if you have any other

4    emails on November 7th, 2012, I can tell you the one that I've

5    sent that day.  This is not the one I've sent on November 7th,

6    2012.

7    Q.   Okay.  I'm going to ask you one more time.  I want to be as

8    clear as I can, because I know English may not be your first

9    language.

10        Did you send documents to my client or Mr. Fazil for

11   signature on November 7, 2012?  It requires a yes or a no

12   answer.

13   A.   I do speak English, sir.  Perhaps with an accent.  This is

14   not the email that I sent on November 7th, 2012.

15   Q.   So you will not answer the question of whether or not you

16   sent documents for signature; is that correct?

17   A.   This is not the email I've sent to your client on November

18   7th, 2012.

19        MR. SEIDEN:  Your Honor, I have concluded with this

20   witness.  And I am going to call for the production --

21        THE COURT:  Okay.  We're not making speeches.

22        Are you finished with the witness?

23        MR. SEIDEN:  I'm done with the witness, Judge.

24        THE COURT:  Okay.  Do you have any cross-examination?

25        MR. HOFFENDEN:  I do, Judge.

```
 1            MR. SEIDEN:  Shall I leave the book open?

 2            MR. HOFFENDEN:  The book?  Sure.

 3                        CROSS-EXAMINATION

 4    BY MR. HOFFENDEN:

 5    Q.  Mrs. Pupke, in this case there are allegations that there

 6    are documents that were created by other parties; is that

 7    right?

 8    A.  That's correct.

 9            MR. SEIDEN:  Excuse me, Judge.  I'm going to object --

10            THE COURT:  What's the objection?

11            MR. SEIDEN:  The objection is --

12            THE COURT:  What's the objection?

13            MR. SEIDEN:  Scope.

14            THE COURT:  No.  Overruled as to scope.

15            Do you have another objection?

16            MR. SEIDEN:  No.  That works.

17            THE COURT:  Okay.  Go ahead.

18    BY MR. HOFFENDEN:

19    Q.  There are allegations, as I stated, that there are parties

20    or actors who have created documents in this case; is that

21    right?

22    A.  That's correct.

23    Q.  And one of the people who have created things is Mr. Fazil;

24    is that right?

25    A.  That's correct.
```

```
 1   Q.   And many documents that you have --
 2            MR. SEIDEN:   I need -- that's an objection as to
 3   foundation.
 4            THE COURT:   Overruled.
 5            MR. SEIDEN:   Judge, he needs a foundation to be able to
 6   make that --
 7            THE COURT:   Overruled.
 8            MR. SEIDEN:   Very well.
 9   BY MR. HOFFENDEN:
10   Q.   There are emails that have been sent in this case; is that
11   correct?
12   A.   That's correct.
13   Q.   There are many emails in this case that you can verify as
14   being emails sent from you; is that right?
15   A.   That's correct.
16   Q.   However, there was a large amount of emails that was
17   produced in the middle of this case; is that not correct?
18   A.   That's correct.
19   Q.   And those emails were produced by Mr. Ahmed Fazil; is that
20   right?
21   A.   That's correct.
22   Q.   However, there are emails that are your emails?
23   A.   Absolutely.
24            MR. SEIDEN:   Objection as to leading.
25            THE COURT:   I'll sustain the objection, since it's your
```

1    client.

2    BY MR. HOFFENDEN:

3    Q.   If you were to be shown a document that you know to be

4    fair, accurate, and correct, would you be able to identify what

5    you sent or not?

6            MR. SEIDEN:  Objection.  Calls for conjecture.

7            THE COURT:  Overruled.

8            THE WITNESS:  Absolutely.

9            MR. HOFFENDEN:  Thank you, Ms. Pupke.

10           THE WITNESS:  Thank you.

11           THE COURT:  Any redirect?

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          REDIRECT EXAMINATION

1

2    BY MR. SEIDEN:

3    Q.   Ms. Pupke --

4    A.   Yes, sir.

5    Q.   -- do you know who Mr. Fazil was -- is?

6    A.   I do.

7    Q.   Do you know who Mr. Kadiyala was and is?

8    A.   I've met him during either my deposition or his for the

9    first time.

10   Q.   Did you have any communications with either of those men

11   between November 7th and, let's say, January 3rd of the

12   following year?

13   A.   Not January 3rd.  I may -- I have.

14   Q.   Right.

15   A.   Up till December 31st.

16   Q.   So you had no communication with either of them on January

17   1st; is that correct?  Is that what you're saying?

18   A.   I did not.

19        MR. SEIDEN:  Okay.  Very good.  We're done.

20        THE COURT:  Thank you, ma'am.  You can step down.

21        THE WITNESS:  Thank you, sir.  Thank you, Your Honor.

22   I'm sorry.

23        MR. HOFFENDEN:  Judge, she could just stay.

24        THE COURT:  I'm sorry?

25        MR. HOFFENDEN:  She can stay up there for the --

1          MR. SEIDEN:  No, she can't.  I'm not done.  So she'll

2     have to get down.

3          THE COURT:  You can step down, ma'am.  Have a seat.

4          THE WITNESS:  Thank you, Your Honor.

5          THE COURT:  Thank you.

6          MR. SEIDEN:  Your Honor -- go to 50, please.

7          MR. CISEK:  Working on it.

8          MR. SEIDEN:  50 is top left.  Top left.  Double click

9     on the 50.  There you go.

10          Your Honor, we have Exhibit No. 50.  We've had

11     discussions on this.  We're going to move this document into

12     evidence.  It's a self-authenticating business record.

13          THE COURT:  Over objection, it's admitted.

14        (Plaintiff Exhibit 50 was received in evidence.)

15          MR. SEIDEN:  May I have it published?

16          THE COURT:  Yes.

17          MR. SEIDEN:  This purports to be the business record,

18     the phone bill from Marie Pupke, with a telephone number of

19     917-261-1366, and it's dated April 19, 2012.

20          Thank you very much.  With that, Your Honor -- I was

21     going to say prosecution -- the plaintiff rests.

22          THE COURT:  All right.  Ladies and gentlemen, the

23     plaintiff has rested his case.  So we're going to proceed now

24     with the defendants' evidence and witnesses.

25          And it sounds like Ms. Pupke is going to be the first

 1    witness for the defense; is that correct?

 2             All right.  Ma'am, you're still under oath, okay?

 3             THE WITNESS:  Yes, sir.  Yes, Your Honor.

 4             (Defense witness, MARIE PUPKE, previously sworn.)

 5                      DIRECT EXAMINATION

 6    BY MR. HOFFENDEN:

 7    Q.   That was spirited.  Good morning.  Sorry.  Good afternoon.

 8    A.   Good afternoon, Mr. Hoffenden.

 9    Q.   Good afternoon, Ms. Pupke.  Okay.

10          Can you please state your full name for the record, please,

11    and spell your last name?

12    A.   Marie Molly Pupke, P-U-P-K-E.

13    Q.   Ms. Pupke, there was a document moved into evidence,

14    Exhibit 50.  And there's been a lot that's happened thus far.

15          Can you please describe to the Court who Nicole Ellerstein

16    is?

17    A.   Nicole Ellerstein was an individual who presented herself

18    as an agent for the CUMU group to myself wanting information

19    about a listing I had listed online regarding -- pertaining to

20    today's dispute, the listing of Euro International Mortgage.

21    Q.   Okay.  Now, we're going to get into Euro and everything.

22    But right now, we're going to just focus on Nicole Ellerstein,

23    because that seems to be a very, very hot point of contention,

24    for plaintiff, anyway.

25          Okay.  Do you recall the first time that you heard from Ms.

```
 1  Nicole Ellerstein, by any chance?

 2  A.   Not the exact day, but it was sometime in June.

 3  Q.   Okay.  I'm going to pull up an exhibit, once I plug

 4  everything in, and I'm going to mark it for identification.

 5  Just give me a moment.  And as soon as I can pull it up.  Here

 6  it is.  Give me one second.

 7          THE COURT:  Counsel, could you have Ms. Pupke repeat

 8  the person that you were asking about, Nicole --

 9          MR. SEIDEN:  Nicole Ellerstein, Judge.

10          THE COURT:  Can you spell that for the jurors?

11          MR. HOFFENDEN:  I want to make sure I spell that right.

12  E-L-L-E-R-S-T-E-I-N, I think, if I spelled it right.

13          MR. SEIDEN:  S-T-E-I-N.

14          THE COURT:  What is it?

15          MR. HOFFENDEN:  S-T-E-I-N, Judge.

16          THE COURT:  All right.  Thank you.

17          I think the jurors could not hear or understand her

18  answer to who Ms. Ellerstein was.  So could she repeat her

19  answer to that question?  One of the jurors was not able to

20  hear.

21          MR. HOFFENDEN:  Yes.

22  BY MR. HOFFENDEN:

23  Q.   Ms. Pupke, can you please describe who Nicole Ellerstein,

24  to the best of your knowledge, is or was?

25  A.   Ms. Ellerstein represented to me to be an agent --
```

1          MR. SEIDEN:  Objection as to what she represented to

2   her.

3          THE COURT:  Overruled.

4          MR. SEIDEN:  Okay.

5          THE WITNESS:  That she was inquiring about the listing

6   of Euro International Mortgage for its clients, the CUMU group.

7   BY MR. HOFFENDEN:

8   Q.  Okay.

9          MR. HOFFENDEN:  So if I can get, not presented, but for

10  the purposes of the witness for identification, this is going

11  to be Defendants' Exhibit No. 4.

12  BY MR. HOFFENDEN:

13  Q.  Mrs. Pupke, and take your time, could you please look at

14  the email --

15          MR. HOFFENDEN:  I think their screen is up right now --

16          (Discussion was held off the record.)

17  BY MR. HOFFENDEN:

18  Q.  For the purposes of identification, Ms. Pupke --

19  A.  Yes.

20          MR. SEIDEN:  Did you say 415?

21          MR. HOFFENDEN:  It is 415.

22          MR. SEIDEN:  Okay.  There's no 415 in here.

23          (Discussion was held off the record.)

24          THE COURT:  Ladies and gentlemen, why don't we step

25  into the jury room for a couple of minutes while we sort this

1    issue out regarding the documents.  Don't discuss the case,

2    please, and leave your notes.  Thank you.

3            THE COURT SECURITY OFFICER:  All rise for the jury.

4            (Jury exits at 3:10 p.m.)

5        MR. HOFFENDEN:  Judge, this is completely my fault that

6    this is not fully tabbed.  All the documents are here.  They're

7    in color and printed for Counsel.  We've already exchanged all

8    of these exhibits.  They have them all lined up.  I did not

9    anticipate that it would be --

10       MR. SEIDEN:  Me neither.

11       THE COURT:  Excuse me, Mr. Seiden.  Can you stop

12   interrupting?

13       MR. HOFFENDEN:  I, Counsel, did not anticipate the

14   paper being so important to opposing counsel, because we've

15   exchanged these, all these individual numbered exhibits

16   already.  He wanted completely paper copies.  I have not

17   provided him with a tab.  All the documents here, it is my

18   fault, Judge.  I'm going to get it tabbed for him, if that's

19   the problem.  But all the exhibits, he has them in digital

20   format, and they're here.  And whatever Your Honor, you know,

21   whatever it is that you want me to do to resolve it, I will do

22   it.  If you want me to, I'll run and tab it now.

23           THE COURT:  Well, can you just tell him what exhibits

24   you intend to use in the next hour, and so he can try and

25   locate them in the book so he can find them?

1          MR. HOFFENDEN:  I can absolutely do that, Your Honor.

2    And if you'd like, I'm going to actually try to pull them out

3    right now in the time that the jury's in, so I can facilitate

4    this.  Again, it's completely my fault for this situation,

5    Judge.

6          THE COURT:  All right.  Can you try and locate them for

7    him?

8          MR. HOFFENDEN:  I'm going to do it as fast as I can,

9    Judge.

10          THE COURT:  Thank you.

11          (Back on the record at 3:29 p.m.)

12          THE COURT:  Are we ready?

13          MR. HOFFENDEN:  We have enough, Judge, to get finished

14    this afternoon.

15          THE COURT:  Okay.  Before we bring the jurors in, are

16    we going to have issues about these documents that we're going

17    to need to argue about?  Because I don't want to have five

18    sidebars after we've been in recess for the last 20 minutes or

19    a half an hour.

20          MR. HOFFENDEN:  Let's argue then.

21          THE COURT:  Are there going to be any objections to

22    these exhibits they're going to try to enter into evidence?

23          MR. SEIDEN:  I don't know, Judge.  I have to hear the

24    testimony.

25          THE COURT:  You don't know?

```
 1              MR. SEIDEN:  I dont know.

 2              THE COURT:  Okay.

 3              Let's bring in the jury.

 4              THE COURT SECURITY OFFICER:  All rise for the jury.

 5              (Jury enters at 3:30 p.m.)

 6              THE COURT:  Welcome back, everyone.  Please be seated.

 7              Again, sorry for the interruption, ladies and

 8      gentlemen.  I apologize.

 9              We kind of finished the case more quickly, the

10      plaintiffs' case, more quickly than we anticipated, so it kind

11      of put defense counsel in an awkward position, not being fully

12      prepared; and not through his fault.  Again, because of the

13      timing of everything, he was caught a little bit off guard.  So

14      I apologize.

15              All right.  You may proceed.

16              MR. HOFFENDEN:  Thank you, Judge.

17      BY MR. HOFFENDEN:

18      Q.  Okay.  Ms. Pupke --

19      A.  Yes.

20      Q.  -- is there anything that can refresh your recollection as

21      to the first time that you -- let me just lay the predicate.

22          You mentioned that you don't recall when is the first time

23      that you became introduced or heard about Marie Pupke -- excuse

24      me.

25          Ms. Pupke, do you remember the first time -- I'll rephrase
```

 1    the question.

 2        Do you recall the first time, Ms. Pupke, that you heard or

 3    knew anything about Ms. Nicole Ellerstein?  Do you recall?

 4    A.   Not the exact date of nine years ago.

 5    Q.   Okay.

 6    A.   However, you do have my phone records.  If you show those

 7    to me, perhaps that can bring back my memory.

 8    Q.   Okay.  That is Exhibit 50.

 9        MR. HOFFENDEN:  And for the purposes -- I'm going to

10    find it.

11    BY MR. HOFFENDEN:

12    Q.   These records are the ones you're referring to, Exhibit 50?

13        Where would you like me to scroll, Ms. Pupke?

14    A.   To the phone records, perhaps.  Down a little bit.  Down a

15    little bit.  Down, so I can see the beginning of the particular

16    page.

17    Q.   I'm going to make it bigger.

18    A.   Down.  No.  I want to see the top of the page.

19        I will say on about June 24th, June 25th.

20        THE COURT:  I'm sorry?

21        THE WITNESS:  I will say --

22        THE COURT:  Hold on, ma'am.  Mr. Seiden?

23        MR. SEIDEN:  The question is, does she remember

24    whether -- she wanted to refresh her recollection.

25        So is her recollection refreshed?

 1              THE COURT:  Overruled.

 2    BY MR. HOFFENDEN:

 3    Q.   Who is Nicole Ellerstein, Ms. Pupke?

 4    A.   Ms. Ellerstein represented herself to me as an agent

 5    inquiring about the listing of Euro International Mortgage for

 6    the CUMU group.

 7    Q.   What agency did Ms. Nicole Ellerstein work for?

 8              MR. SEIDEN:  Objection.

 9              THE COURT:  Overruled.

10              MR. SEIDEN:  Foundation.

11              THE COURT:  Overruled.  If she knows.

12              THE WITNESS:  I can't recall.  If I do see something

13    from her, I can take a look at it.

14    BY MR. HOFFENDEN:

15    Q.   Mrs. Pupke, what belief, if any, do you have regarding Ms.

16    Nicole Ellerstein?

17    A.   I don't understand the question.

18    Q.   Well, there's a lot of discussion about who Ms. Nicole

19    Ellerstein is.

20         So I'm asking you, who is Ms. Nicole Ellerstein?

21    A.   Ms. Ellerstein is an agent of the CUMU group, as she

22    represented to me.  I said that three or four times so far.

23    Q.   So Ms. Ellerstein was an agent of the CUMU group.

24    A.   That's correct.

25    Q.   Who was she representing from the CUMU group?

```
 1    A.   She was representing the CUMU group.

 2    Q.   Okay.

 3    A.   I had no idea who the CUMU group was when she contacted me.

 4         MR. SEIDEN:  Right.  And, therefore, we --

 5         THE WITNESS:  However --

 6         MR. SEIDEN:  We need a foundation, Your Honor.  She is

 7    testifying --

 8         THE COURT:  Overruled.  Thank you.

 9         MR. HOFFENDEN:  I'm just going to move on.

10         MR. SEIDEN:  Sorry?

11         MR. HOFFENDEN:  I'm going to move on.

12         MR. SEIDEN:  I didn't hear the Judge.

13         THE COURT:  I said overruled.  Thank you.

14    BY MR. HOFFENDEN:

15    Q.   Mrs. Pupke --

16    A.   Yes?

17    Q.   -- let's talk about, first and foremost, your background.

18         What do you do for a living?

19    A.   I am currently a real estate broker.

20    Q.   How long have you been a real estate broker?

21    A.   Almost 30 years.

22    Q.   And what licenses do you have, if any?

23    A.   Real estate broker and mortgage broker, as well.

24    Q.   All right.  Let's start with that.

25         You mentioned you have a mortgage broker license.
```

1      Could you please describe what a mortgage broker license

2   is?

3      I'll stop there.  Describe a mortgage broker license,

4   please.

5   A.  A mortgage broker, basically, is one that is licensed, and

6   is sort of a middleman between the bank or a mortgage banker, a

7   mortgage lender, and the client.  Basically, acting as a

8   middleman for either, you know, refinancing a home or the

9   purchase of a home.  That's a mortgage broker.  And that

10  individual has to be licensed by -- registered by the NMLS and

11  licensed by the Department of Banking, financial institution.

12  Q.  How easy is it to obtain a mortgage broker license?

13  A.  It's not easy at all.  But for some, it can be when it

14  comes to passing the test.  It is required a high school

15  diploma and also some college experience.  And you must pass --

16  you must actually attend a 20-hour education through an

17  approved NMLS school, and also 20 hours for the NMLS, and pass

18  a test, pass a full FBI background check, and then you can

19  obtain your license to become such.

20  Q.  What does the FBI background check look for?

21  A.  It's very intensive.  They look for crimes.

22           MR. SEIDEN:  Objection.

23           THE COURT:  What's the basis of the objection?

24           MR. SEIDEN:  Foundation.

25           How does she know what the FBI looks for?

```
 1            THE COURT:  Sustained.

 2            MR. HOFFENDEN:  Okay.

 3  BY MR. HOFFENDEN:

 4  Q.   You mentioned another license; is that correct?  Beyond

 5  your mortgage broker license.

 6  A.   Yes, I'm also a licensed real estate broker.

 7  Q.   What are the requirements to be a licensed real estate

 8  broker?

 9  A.   Similar.  You have to, of course, as well -- I believe the

10  real estate broker -- I haven't taken that test in a very long

11  time -- could be more hours involved than the mortgage broker.

12  Then you also have to pass a test and be licensed by the DBPR,

13  Department of -- DBPR, Department of Professional

14  Regulation [sic].

15  Q.   Now, let's talk about your relationship to Mr. Mark Pupke.

16       What relationship do you have to Mr. Mark Pupke?

17  A.   I have been blessed to be married to this loving individual

18  for the past 33 years exactly next week.  We are celebrating

19  our 33 year anniversary of marriage.

20  Q.   Congratulations.

21  A.   Thank you.

22  Q.   What licenses, if any, does Mr. Mark Pupke have?

23  A.   Mr. Pupke, at one time, held over 40 mortgage brokers

24  license, and currently only has one left.  He chose to keep

25  strictly his Florida mortgage broker license.
```

1   Q.   So as he sits here today, Mr. Pupke has a mortgage broker

2   license.

3   A.   That's correct.

4   Q.   And he previously had over -- how many did you say?

5   A.   40.

6   Q.   40.  Which required the same process that you described

7   earlier.

8   A.   That's correct.  He had to go through 40 FBI background

9   checks -- searches, including all the education that I

10  mentioned in 40 states.

11  Q.   Let's talk about your level of education, Ms. Pupke.

12  A.   Yes.

13  Q.   What is your level of education?

14  A.   Three years college.  High school.  I have a baccalaureate

15  from my country.  And licensed real estate broker, mortgage

16  broker.

17  Q.   So let's fast-forward a bit, and let's talk about Euro

18  International Mortgage.

19       Now, I know you spoke about 30 years of experience in the

20  real estate business.  But I want to fast-forward to around,

21  say, 2007, 2008.

22       Can you talk about that time frame, please, or describe

23  that time frame and what events happened around then and there?

24  A.   I'm sorry?

25  Q.   Can you please describe what occurred in the time frame of,

1   say, 2007, 2008?

2   A.  That was 14 years ago.

3   Q.  Okay.

4   A.  I remember, specifically, in 2007, I had two major car

5   accidents.  One broke my back, in 2007.

6   Q.  Can you describe the impact the accident had on your

7   working life, Ms. Pupke?

8   A.  Yes, I can.

9        MR. SEIDEN:  It's unfortunate, but is this relevant?

10        THE COURT:  I don't see the relevance.

11  BY MR. HOFFENDEN:

12  Q.  Okay.  Let's work backwards.

13       Do you recall when Euro was established, Ms. Pupke?

14  A.  2009, when we entered the market.  But it started before

15  that, possibly.

16  Q.  Can you explain that or describe what that means a little

17  bit more?

18  A.  I can't recall the year we started Euro, specifically.

19  When we entered the market again, it was in 2009.  Prior to

20  that, we were strictly -- not direct lender, per se -- not

21  mortgage banker, per se, where we were funding our own loans,

22  but we've been involved in this industry, Mr. Pupke and I,

23  since, I will say, 1991, and mortgage lending, specifically,

24  and mortgage banking.

25       So Euro could have started, perhaps, in 2002, if I were to

```
 1    guess, without having gone through paperwork or seeing exactly
 2    the date.
 3    Q.   Okay.  Well, I'm going to jump around, and I'm going to
 4    show you a couple of things that will be a little out of order
 5    for right now.
 6         Are you aware of any company called CUMU, by any chance?
 7    A.   Yes, I do.
 8    Q.   And what is CUMU?
 9    A.   From my understanding, CUMU was supposed to be a major
10    credit union all over the world, with billions or zillions,
11    trillions of dollars, with a database of national and
12    international clients, and relations all over the world, from
13    Saudi Arabia, Dubai, all the way to this country, and the
14    Caribbean, as well.
15    Q.   Who indicated that CUMU had that sort of reach?
16    A.   Mr. Fazil.
17    Q.   Let's talk about Mr. Fazil.
18         Who is Mr. Fazil?
19    A.   He's right there, sitting over there.
20    Q.   And who is that gentleman sitting right over there?
21    A.   Ahmed Fazil.
22    Q.   Could you please describe him in relation to CUMU?
23    A.   Mr. Fazil was the CEO of CUMU, including maybe 50 trillion
24    dollar Fortune 500 companies.
25              MR. SEIDEN:  Your Honor, if we're going to get this
```

 1  kind of testimony, we need a foundation, who said what to who

 2  and when.

 3          THE COURT:  What was the question?

 4          MR. HOFFENDEN:  The question is, who is Mr. Fazil in

 5  relation to CUMU.

 6          THE COURT:  All right.  Overruled.

 7          THE WITNESS:  That's what Mr. Fazil --

 8          THE COURT:  Based upon --

 9          THE WITNESS:  Oh, I'm sorry, Your Honor.

10          THE COURT:  You can tell us what he represented to you,

11  him to be.  But don't tell us what you learned from other

12  sources.  But whatever he told you, you can repeat.

13          THE WITNESS:  Yes, Your Honor.  I was referring to what

14  Mr. Fazil told me specifically, and the Court for the past

15  three days.

16          MR. SEIDEN:  Okay.  Then I need to have a foundation on

17  the zillions and the trillions, Judge.  I need foundation for

18  this.  I have to cross-examine her.

19          THE COURT:  I believe she just said he told her that.

20          MR. SEIDEN:  Zillions and trillions.

21          THE COURT:  Well, that's what I heard her say, so --

22          MR. SEIDEN:  I'm sorry.  Got it.

23          THE WITNESS:  I'm sorry.  Do I continue?

24  BY MR. HOFFENDEN:

25  Q.  Yes, Ms. Pupke.  Please.

```
 1   A.   Mr. Fazil has even told this Court for the past -- same

 2   thing I'm repeating right now.  Most of the time, Mr. Fazil was

 3   dining with kings, Queen Elizabeth, Mitt Romney, everybody over

 4   the world.  He represented to me to be CEOs of trillion dollars

 5   of companies, and he said that to everyone here.  Everybody

 6   heard, and I've heard, as well.

 7   Q.   Okay.

 8   A.   Same thing.

 9   Q.   I'm going to show you here, for purposes of identification,

10   No. 3.

11        MR. HOFFENDEN:  This one would be Defendants' No. 3.

12   BY MR. HOFFENDEN:

13   Q.   Ms. Pupke, I'm showing you a document, and I'm going to

14   scroll through it as fast or as slow as you'd like me to.

15        Can you please tell me if you recognize this document?

16   A.   Keep going.  I do.

17   Q.   And before I ask the next set of questions, let me

18   establish a bit of foundation on this.

19        You were affiliated with a company named Euro; is that

20   correct?

21   A.   That's correct.

22   Q.   And you worked inside of Euro at some point or another; did

23   you not?

24   A.   Actually, if I can be more clear --

25   Q.   Please.
```

1   A.   -- my husband owned Euro International Mortgage, and I

2   owned Versailles International Real Estate, which is a real

3   estate company.   However, my husband and I have always worked

4   in the same building, under the same roof.   In reality, I do

5   own my own company, and he owns his own company.   I step in

6   whenever he needs me to, to help him.

7        In this regard, when Euro International Mortgage took off,

8   I worked a great deal with my husband to get a jump start as

9   his interim COO.

10  Q.   Let's talk about when Euro jumped off, as you said.

11  A.   Yes.

12  Q.   When did Euro jump off?

13  A.   I'm referring to 2009, when we erected as a mortgage

14  banker.

15  Q.   Okay.   So Euro became a mortgage banker in 2009.

16  A.   I believe so.   That's correct.

17  Q.   When you said that you assist Mr. Pupke when he needed it

18  at Euro, would part of that assistance be, for example, with

19  record-keeping in Euro, as well?

20  A.   Yes, the oversight of his team.

21  Q.   Okay.

22  A.   And if he needs assistance with his investors, for me to

23  sit or entertain a meeting for him, I will do that, as well.

24  Q.   And you would also be a person who would -- for example,

25  for record-keeping purposes, you would make copies of

1   documents, by any chance, or create files?

2   A.   I might, if he asked me to do that.

3   Q.   And you would do that in the normal course of business?

4   A.   That's correct.

5   Q.   And you would do it at or around the time that the document

6   was produced or created for Euro; is that correct?

7   A.   Of course.

8   Q.   So let me ask you about the document that's in front of

9   you.

10      Do you recognize that document?

11  A.   I do.

12  Q.   Is this one of those documents that was kept in the course

13  of business for Euro?

14  A.   Yes.

15  Q.   Now, what is this document?

16  A.   This is the prospectus that Mr. Fazil produced to us during

17  our due diligence of his company.

18  Q.   Can you please --

19      MR. HOFFENDEN:  I'd like to publish this, Judge, or

20  move into evidence.

21      THE COURT:  Any objection?

22      MR. SEIDEN:  No objection.

23      THE COURT:  Admitted without objection.

24      What number?  I'm sorry.

25      MR. HOFFENDEN:  This is Defendants' No. 3.

```
 1              THE COURT:  Thank you.

 2          (Defense Exhibit 3 was received in evidence.)

 3   BY MR. HOFFENDEN:

 4   Q.   Now, you were looking at it for a different purpose

 5   earlier.

 6        Without going through this line by line, all 22 pages, can

 7   you please describe, what is the scope and what is this

 8   document talking about, and what is it attempting to convey?

 9              MR. SEIDEN:  Perhaps we could ask one question?

10              MR. HOFFENDEN:  Okay.

11   BY MR. HOFFENDEN:

12   Q.   Please describe the document, Ms. Pupke.

13   A.   This is his business plan for CUMU, basically.

14   Q.   And what was contained in this business plan, in a broad

15   sense, if you --

16   A.   Again, as I said previously, I understood CUMU to be an

17   international global credit union doing billions of dollars in

18   business as a credit union.

19   Q.   Mmm-hmm.

20   A.   Which was looking for a mortgage platform to incorporate

21   within the business, which brought Mr. Fazil to our door.

22   Q.   Okay.

23   A.   Basically.

24   Q.   All right.  Let me just jump and talk about Mr. Fazil for

25   one second.
```

1        MR. HOFFENDEN:  I'm going to have to use the ELMO for a

2   second.

3   BY MR. HOFFENDEN:

4   Q.  Okay.  Mrs. Pupke, can you see this document, or do I need

5   to Zoom it in more?

6   A.  No.  It's my -- actually, my screen is all black.

7        MR. HOFFENDEN:  This is in evidence already, Judge.

8        THE COURT:  It is?

9        MR. HOFFENDEN:  Yes.

10       THE COURT:  Okay.

11       MR. HOFFENDEN:  This is Plaintiffs' Exhibit No. 22,

12  already in evidence, Judge.

13       THE COURT:  Thank you.

14  BY MR. HOFFENDEN:

15  Q.  Do you recognize this document or this particular email?

16  A.  Mine is blurry and lopsided, sort of.  Okay.  It's a bit

17  blurry for me.  If you could make it larger, perhaps?  Yes.

18  Okay.  Thank you.

19       If you can go up a little?

20  Q.  I just want you to look at the document, read it over, and

21  just be able, so I can ask you a couple of questions about it.

22  A.  Can I see the bottom of it?

23  Q.  Yes, you may.

24  A.  Thank you.

25  Q.  Is that better?

1    A.   Yes.

2    Q.   And I'll make it bigger.

3    A.   Yes.  Thank you.

4         Yes.  I remember.

5    Q.   So without reading this email, can you please tell or

6    explain what's going on here in this email chain?

7    A.   I believe that Mr. Fazil had arranged a conference call.

8    At least, he wanted Mr. Pupke to have a conference call with

9    him and, perhaps, his associates of sort.

10   Q.   Did Mr. --

11   A.   And -- oh, I'm sorry.

12   Q.   What representations did Mr. Fazil make, to your knowledge,

13   regarding this particular discussion here?

14   A.   That he had $16 million in business to present to us.

15   Q.   And there's a response at the top that says, Are you sure

16   about the production volume of 16 M in 30 days?  It seems like

17   a lot.

18   A.   Based on my experience, and also -- in 2012, right after --

19   I just had a hard time believing this was really happening or

20   this could happen, basically.

21   Q.   So you were basically letting --

22        MR. SEIDEN:  Objection.  Recharacterizing her

23   testimony.

24        THE COURT:  Sustained.

25

1    BY MR. HOFFENDEN:

2    Q.   I'm now going to show you, Ms. Pupke, what is -- it's

3    marked as Plaintiffs' Exhibit 7, which I'm not sure if that's

4    actually correct.

5            MR. HOFFENDEN:  But it's in evidence already, Judge.

6            THE COURT:  7's in evidence.

7            MR. HOFFENDEN:  Okay.

8    BY MR. HOFFENDEN:

9    Q.   Can you see that, Ms. Pupke?

10   A.   It's a little bit lopsided.

11   Q.   Okay.  I'll straighten it up.

12   A.   Okay.  I remember the email.

13   Q.   All right, Ms. Pupke.

14       Can you describe what's happening or going on in this

15   email?

16   A.   Mmm-hmm.

17   Q.   Without reading it.

18   A.   Yes.  Let me explain something about the --

19           MR. SEIDEN:  Objection.  The question is -- we don't

20   need an explanation.  We need an answer to the question.

21           THE COURT:  What's the question again?

22           MR. HOFFENDEN:  The question was, please describe what

23   is going on in this email without reading it.

24           THE COURT:  Okay.  Go ahead, ma'am.

25           THE WITNESS:  Thank you, Your Honor.

1          I wanted to explain something, as far as the TPO, so it

2     can be understood by all concerned in this courtroom.

3     BY MR. HOFFENDEN:

4     Q.   Understood.  Please explain, what is TPO?

5     A.   As a mortgage banker, you can function as ones that's deal

6     directly that has loan originators or mortgage brokers working

7     for you directly, or you can have third-party relationship

8     origination like TPO where you have mortgage brokerage offices

9     bringing you business directly as a mortgage broker, and you

10    operate as a wholesaler.

11         So, in reality, I will be servicing, as a banker, every

12    mortgage broker through that mortgage brokerage firm.  It's a

13    better way to actually advance your business, and to also make

14    more money.

15         And what Mr. Fazil is speculating here is that -- he's

16    setting up for us, for the company, close to $150 million in

17    TPO business; meaning, he has brokers that have committed that

18    to him already the month of October, including another bank

19    willing to purchase around $500 million a month, and that kind

20    of business -- like, for example, when we package this TPO

21    business, the 150 million, or, in this case, 500 million, he

22    has a bank ready to purchase that from us, in other words.

23    Because, don't forget, as a mortgage banker, we function on a

24    warehouse line, which is -- it appears as if UPF, in that

25    regard, will either act as a warehouse banker or the investor

```
 1   that would be buying these papers from us, because we have to

 2   move those closings from our, you know, warehouse line.

 3       But for what it's worth, the paper is written on, I didn't

 4   see it possible.

 5   Q.  So --

 6           MR. SEIDEN:  I'm sorry.

 7           THE WITNESS:  If I may add something?

 8           MR. SEIDEN:  I'm sorry.  I didn't understand the last

 9   sentence, Judge.

10           THE COURT:  Can you repeat your last statement, ma'am?

11           THE WITNESS:  Yes, Your Honor.

12           I didn't see it possible, because we are talking about

13   Wells Fargo's volume at this moment.  $150 million in TPO

14   business.

15           THE COURT:  All right.  Next question.

16           THE WITNESS:  I just --

17           THE COURT:  All right, ma'am.  You've answered the

18   question.

19   BY MR. HOFFENDEN:

20   Q.  All right.  Would you describe this as an attainable --

21           MR. SEIDEN:  Objection.

22           THE COURT:  Let him finish the question.

23   BY MR. HOFFENDEN:

24   Q.  Would you describe this as an attainable amount of TPO

25   business?
```

```
 1              MR. SEIDEN:  Objection.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  It is.  We were not set up yet, in

 4   October, to handle that kind of business, number one.

 5              Mr. Fazil hadn't even given us documents.

 6              Can I say something, please?

 7   BY MR. HOFFENDEN:

 8   Q.  Yes.

 9              THE COURT:  Ma'am, you need to answer the questions

10   you're asked.  Okay?  So wait for another question.

11              THE WITNESS:  Okay.  I just wanted to say something.

12              THE COURT:  Ma'am, wait for a question.

13              THE WITNESS:  Okay.

14   BY MR. HOFFENDEN:

15   Q.  Ms. Pupke --

16   A.  Yes.

17   Q.  Okay.  You described a warehouse line.  You described what

18   that is.  You described what that does.

19         To your knowledge, what warehouse lines did Euro have?

20   A.  Euro International Mortgage had ceased operation when we

21   met Mr. Fazil.  When the property was listed for sale, we had

22   ceased operation.  We were seeking a buyer to sell our

23   licensing platform to, including Euro's headquarters, which was

24   a condo that we operated on.  There was no business.  We were

25   just wrapping up our business, and placed this particular
```

1  mortgage assistant platform and Euro's condo and equipments on

2  the market for sale.

3      At that point -- if I may answer the warehouse part.  At

4  that point, because Euro was a HUD delegated lender, we wanted

5  to keep our HUD license active for whomever would step in to

6  buy this.  We reduced our $5 million warehouse line that we had

7  to $1 million just to keep the HUD license active.

8  Q.  Why is it that you wanted to sell in the first place, Ms.

9  Pupke?  Can you please explain what the circumstances were.

10 A.  My husband and I had great expectation for this company.

11 This is something we wanted to build for our children.  After

12 the crisis of 2009, we thought there was an opening for a good

13 mortgage lender or mortgage banker to come out.  A lot of

14 people ended up closing their businesses after the crisis, the

15 real estate crisis, the bust.  So we look at the whole thing.

16 We figure, you know what?  This would be a good idea.  So a

17 search -- and we knew several lenders that we were, you know,

18 putting our deals through previously that had closed the doors.

19 So we thought there was an opportunity.

20      Unfortunately, for us, that is the same year that they came

21 out with what you call the NMLS, with much higher standards for

22 mortgage brokers, mortgage lenders, and mortgage bankers.

23      When asked, as a mortgage lender and mortgage banker, prior

24 to 2009, could work like anyone could work in the field for a

25 mortgage broker or a mortgage lender or a bank without a

1  license.  If you were a good salesperson and you had some

2  special training, you could work for a bank without a license.

3      In 2009, because of what occurred, and the real estate

4  crisis, they required everybody that works for a mortgage

5  lender or mortgage banker, they had to be licensed.  Because of

6  the high standard that they actually set for mortgage brokers

7  at that time, a lot of people had to exit the market.

8      For example, people had lost their homes, so they had

9  foreclosures, judgment, IRS liens, and a bunch of other, you

10  know, credit issues.  So, as such, those people were unable to

11  obtain a mortgage broker license, so they exited the market.

12  We did not -- how will I say it in English -- predict that to

13  happen.

14      So when Mr. Pupke and I opened our company, they still -- I

15  mean, we had a very small group of mortgage brokers available

16  to work for us.  And as such, we realized, within a year or

17  two, there's a possibility this particular platform that my

18  husband has worked over 90 hours a week to put together will do

19  wonder for a -- in a situation like a credit union -- a real

20  one, not CUMU, a real credit union, a true bank, a true banker,

21  that wanted a viable and ready and clean platform to just jump

22  in.  A turnkey operation, that would be ideal for them.  Which

23  is the reason -- and plus, my back started deteriorating at

24  that point.

25  Q.  Okay.  I'm going to ask one question, and then I'm going to

1    go to the next.

2         Let's start with your back.

3    A.   Yes.

4    Q.   Please describe what your back has to do with Euro.

5    A.   To work with my husband, obviously, to work, I need to be

6    healthy.  I need to sit down, I need to walk, I need to walk

7    around.  From 2007, after my car accident -- and, Mr.

8    Hoffenden, you have a picture of my back.

9    Q.   Stop, stop, stop.

10   A.   Yes.

11   Q.   Stop, stop, stop.

12   A.   Okay.  I just wanted to talk about my back.

13        THE COURT:  Ma'am, just answer his question.

14        MR. SEIDEN:  I thought we had determined this was

15   irrelevant.

16        THE COURT:  Well, she's tying it into why they wanted

17   to sell the business, so there's some relevance at this point.

18        THE WITNESS:  For me to function back in 2009 --

19        THE COURT:  Ma'am, wait for another question, please.

20        THE WITNESS:  Sorry.  Okay.

21   BY MR. HOFFENDEN:

22   Q.   Okay.  So, Ms. Pupke, you were describing what your injury

23   that you sustained as a result of a car accident --

24   A.   Yes.

25   Q.   -- had to do with Euro.

1    A.   Yes.

2    Q.   And the sale, as you were describing.  Please continue

3    explaining what specifically your injury, as a result of the

4    car accident that you mentioned earlier, had to do with the

5    sale of Euro.

6    A.   Thank you.  My husband spent 80, 90 hours trying to put

7    this platform together.  I don't know how to explain to you how

8    hard it is --

9         MR. SEIDEN:  Your Honor, there's no question pending

10   about her husband's --

11        THE COURT:  There is a question pending, but she's not

12   answering the question.

13        THE WITNESS:  I'm going to answer it, Your Honor.

14        THE COURT:  Well, please do.

15        THE WITNESS:  I am.

16        So the amount of hours that he had to put into getting

17   this company together.  So I had to help him, because most of

18   the time he was buried with NMLS reports, dealing with his

19   bankers, his warehouse banks, and a bunch of other things.  So

20   I was there to help him somewhat.  I could not physically work

21   any longer, and just felt, with my situation, eventually,

22   either having two major back surgery, which literally left

23   me -- prior to the surgery, I actually had to use a wheelchair.

24        MR. SEIDEN:  All right.  Your Honor --

25        THE WITNESS:  Or a --

1          THE COURT:  Hold on.  All right.  Ma'am, are you just

2     telling us that, because of your physical injuries, you needed

3     to sell the business?

4          THE WITNESS:  Yes.  My husband --

5          THE COURT:  Because you couldn't help your husband

6     anymore?

7          THE WITNESS:  I couldn't.  And he depended on my help,

8     to help him.

9          THE COURT:  All right.  We understand now.

10    BY MR. HOFFENDEN:

11    Q.   All right.  In reference to -- I'm going to direct your

12    attention to questions regarding your knowledge, what you may

13    know regarding Euro's warehouse lines.

14    A.   Yes.

15    Q.   Okay?

16         Ms. Pupke, to the best of your recollection, can you

17    describe the amount of warehouse lines, or lines of credit, I

18    guess, as you could call it, that Euro maintained back in 2010.

19    A.   Euro had $5 million in warehouse line.

20    Q.   And subsequent to that, can you describe what happened to

21    that warehouse line; increase, decrease, same?

22    A.   If we had -- whatever amount of business that we would have

23    obtained because of Mr. Pupke's credit, among other things, it

24    would have been able to increase, as well, as needed, if the

25    business calls for that.  He could have gotten it higher.

```
 1        We decided to sell Euro.  And, as such, we voluntarily

 2   reduced our warehouse line down to 1 million just to keep the

 3   license active.

 4   Q.   Okay.  So the warehouse line for Euro could be described as

 5   an amount from 5, up or down.

 6        Is that my understanding?

 7   A.   Let me say what the warehouse line is.

 8             MR. SEIDEN:  Judge --

 9             THE COURT:  Hold on.

10             MR. HOFFENDEN:  Let me rephrase the question, Judge.

11   Let me rephrase.  I retract the question.

12   BY MR. HOFFENDEN:

13   Q.   Euro warehouse line could be described as 5 million at a

14   point in time; is that correct?

15   A.   Euro never had more than $5 million in warehouse line.  We

16   had a difficult time finding employees, finding loan

17   originators.  The mortgage market was really troubling.  A lot

18   of turmoil.  Thousands and thousands of mortgage brokers left

19   the market.  So we never took off, per se.  We did not need

20   more than $5 million in warehouse line.

21        When we decided, at the beginning of 2012, to put Euro in

22   the market, we didn't even need $5 million.  We never met that

23   particular, you know, amount of money.  Because when you have

24   $5 million, it's like having $15 million, because every ten

25   days, you move -- you flip it three times, you know, literally
```

```
 1   a month because -- you turn it over, I should say.  So it's
 2   like having $15 million in warehouse line.
 3        We never met that amount, which is why we decided -- one of
 4   the reasons -- the biggest reason, to sell Euro.  It wasn't
 5   meeting the goal that Mr. Pupke had set for his company.
 6   Q.  And what goal, specifically, was that?
 7   A.  I don't think that Mr. Pupke had gone through 40 states and
 8   obtained 40 licenses --
 9             MR. SEIDEN:  I'm going to make an objection.
10             THE COURT:  Hold on a second.
11             Yes?
12             MR. SEIDEN:  I'm going to make an objection.  She's
13   testifying for Mr. Pupke --
14             THE COURT:  Just answer the question that's asked,
15   ma'am.
16             THE WITNESS:  I am, I am.
17             THE COURT:  Just try and answer the question that's
18   asked, please.
19             MR. HOFFENDEN:  Judge, can I go sidebar for five
20   seconds, with Counsel, please?
21             THE COURT:  Yes.
22             MR. HOFFENDEN:  Come on.
23             (The following proceedings were held sidebar:)
24             THE COURT:  She's making speeches.
25             MR. HOFFENDEN:  I understand, Judge.  And I need a
```

```
 1    chance -- I'm trying to make sure she answers the question, and
 2    trying to control so the question is answered, Judge.  I'm
 3    attempting to do that.  I mean, I don't -- I need an
 4    opportunity to kind of reinforce previous discussions about,
 5    you know, what's happened, and I don't want to do so and waste
 6    a lot of time with the jury, the jury's time.
 7         And then the issue with the documents is also
 8    presenting -- because Counsel wants the physical versions, and
 9    that's causing a problem.  So the only suggestion I have,
10    Judge, is it's almost 4:30.
11         THE COURT:  I understand you want to break and leave
12    and, you know, that's not a completely unreasonable request.
13    But I'm not sure if that's going to change anything with this
14    witness.
15         MR. HOFFENDEN:  Judge, I spent a lot of time trying
16    to -- without getting into detail -- I'm so sorry.  I think
17    it's just the product of the snowballing effects and everything
18    just going out of whack.  I'm going to -- all I can say is that
19    I will rein in the long answers, and I will interject more.
20         THE COURT:  What else can you do with her today without
21    --
22         MR. HOFFENDEN:  Nothing, Judge.  Not today.
23         THE COURT:  How much more do you have?
24         MR. HOFFENDEN:  I mean, some of these exhibits are
25    already in evidence.  It's just going to follow in
```

1    chronological order.  I think my best bet is that I can move

2    through this and be done with her in probably two hours, three

3    hours.  I mean, I just -- like, once I get things moving in a

4    little, and I give him everything he needs, it'll just start

5    moving much better, Judge.  I'm confident of that, Your Honor.

6            THE COURT:  All right.

7            MR. SEIDEN:  Cross-examination is going to be painful

8    and long, so I'm letting you know now.

9            THE COURT:  I can hear that.

10           MR. SEIDEN:  I know you can.  Judge, you can see it,

11   and I know that.  I'm trying not to do it.  We've been fighting

12   every inch of the way.

13           THE COURT:  So let's break for the day and come back on

14   Monday.  See if you can get her reined in.

15           MR. HOFFENDEN:  Judge, yes.  I am --

16           MR. SEIDEN:  From all these years, she should have been

17   prepared, Your Honor.

18           MR. HOFFENDEN:  I was prepared to move forward, and I

19   am prepared to move forward.  That's not the issue.

20           THE COURT:  Okay.

21           (Proceedings returned to open court.)

22           THE COURT:  Ladies and gentlemen, after consulting with

23   the attorneys, we've concluded that it makes most sense, at

24   this point, to recess for the day, which means recess for the

25   week.  We only have about 45 minutes left today, and I think

1    better use of our time could be made by dealing with things

2    outside of your presence, and that will save time in the long

3    run.

4         So why don't we recess for the day.  I think you

5    hopefully recall that we're not going to be in session tomorrow

6    or Friday.  So we're going to get back together on Monday, at

7    nine o'clock.  And we're hopefully going to wrap the case up

8    early in the week, not late in the week, like we told you

9    originally.

10        Please remember not to discuss the case with anyone.

11   Don't form any opinions.  Leave your notes at your seat.  And

12   if you could be back on Monday at nine o'clock, and we'll

13   hopefully be able to move a little more quickly and smoothly

14   through the rest of the evidence.

15        All right?  Thank you for your patience and your

16   cooperation.

17        THE COURT SECURITY OFFICER:  All rise for the jury.

18        (Excerpt concluded at 4:19 p.m.)

19                  * * * * * * * *

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3

 4          I hereby certify that the foregoing is an

    accurate transcription of the proceedings in the
 5
    above-entitled matter.
 6

 7

    DATE:   December 23, 2021  /s/Ilona Lupowitz
 8                             ILONA LUPOWITZ, CRR, RPR, RMR
                               Official Court Reporter
 9                             United States District Court
                               400 North Miami Avenue, 8th Floor
10                             Miami, Florida 33128
                               (305) 523-5634
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$15** [2] - 47:24, 48:2
**$150** [2] - 39:16, 40:13
**$16** [1] - 37:14
**$500** [1] - 39:19

## /

**/s/Ilona** [1] - 52:7

## 1

**1** [3] - 1:8, 42:7, 47:2
**10** [1] - 1:5
**12** [1] - 2:4
**14** [1] - 29:2
**15** [1] - 2:5
**150** [1] - 39:21
**16** [2] - 2:11, 37:16
**17** [1] - 2:7
**17-CV-80732-KAM** [1] - 1:2
**19** [1] - 16:19
**1991** [1] - 29:23
**1st** [1] - 15:17

## 2

**20** [2] - 21:18, 26:17
**20-hour** [1] - 26:16
**2002** [1] - 29:25
**2007** [5] - 28:21, 29:1, 29:4, 29:5, 44:7
**2008** [2] - 28:21, 29:1
**2009** [8] - 29:14, 29:19, 33:13, 33:15, 42:12, 42:24, 43:3, 44:18
**2010** [1] - 46:18
**2011** [1] - 4:19
**2012** [14] - 4:19, 5:1, 5:3, 8:14, 9:19, 10:17, 11:4, 11:6, 11:11, 11:14, 11:18, 16:19, 37:18, 47:21
**2021** [2] - 1:5, 52:7
**22** [2] - 35:6, 36:11
**23** [1] - 52:7
**24th** [1] - 23:19
**25th** [1] - 23:19
**2700** [1] - 1:16
**2:45** [1] - 1:6

## 3

**3** [7] - 1:16, 2:4, 2:17, 32:10, 32:11, 34:25, 35:2
**30** [3] - 25:21, 28:19, 37:16
**305** [2] - 1:24, 52:10
**31st** [1] - 15:15
**32** [4] - 3:18, 4:2, 10:14
**33** [2] - 27:18, 27:19

## 33067

**33067** [1] - 1:19
**33128** [2] - 1:24, 52:10
**35** [1] - 2:17
**3:10** [1] - 20:4
**3:29** [1] - 21:11
**3:30** [1] - 22:5
**3rd** [2] - 15:11, 15:13

## 4

**4** [1] - 19:11
**40** [7] - 27:23, 28:5, 28:6, 28:8, 28:10, 48:7, 48:8
**400** [2] - 1:23, 52:9
**415** [3] - 19:20, 19:21, 19:22
**45** [1] - 50:25
**4:19** [2] - 1:6, 51:18
**4:30** [1] - 49:10

## 5

**5** [8] - 42:6, 46:19, 47:5, 47:13, 47:15, 47:20, 47:22, 47:24
**50** [10] - 2:11, 16:6, 16:8, 16:9, 16:10, 16:14, 17:14, 23:8, 23:12, 30:23
**500** [2] - 30:24, 39:21
**523-5634** [2] - 1:24, 52:10

## 6

**60604** [1] - 1:17
**670355** [1] - 1:19

## 7

**7** [5] - 7:5, 8:13, 10:17, 11:11, 38:3
**7's** [1] - 38:6
**7th** [10] - 5:3, 7:5, 9:4, 9:9, 9:11, 11:4, 11:5, 11:14, 11:18, 15:11

## 8

**80** [1] - 45:6
**8:07** [1] - 7:6
**8th** [2] - 1:23, 52:9

## 9

**90** [2] - 43:18, 45:6
**917-261-1366** [1] - 16:19

## A

**able** [6] - 13:5, 14:4, 18:19, 36:21, 46:24, 51:13

## (next column)

**above-entitled** [1] - 52:5
**absolutely** [3] - 13:23, 14:8, 21:1
**accent** [1] - 11:13
**accident** [4] - 29:6, 44:7, 44:23, 45:4
**accidents** [1] - 29:5
**accurate** [3] - 4:2, 14:4, 52:4
**act** [1] - 39:25
**acting** [1] - 26:7
**active** [3] - 42:5, 42:7, 47:3
**actors** [1] - 12:20
**add** [1] - 40:7
**address** [11] - 4:17, 4:18, 4:19, 5:12, 5:13, 5:24, 5:25, 6:3, 6:13, 7:14, 7:15
**addresses** [2] - 6:14, 6:20
**admitted** [2] - 16:13, 34:23
**advance** [1] - 39:13
**advisor** [1] - 10:19
**affiliated** [1] - 32:19
**afternoon** [4] - 17:7, 17:8, 17:9, 21:14
**agency** [1] - 24:7
**agent** [5] - 17:18, 18:25, 24:4, 24:21, 24:23
**ago** [3] - 9:20, 23:4, 29:2
**ahead** [2] - 12:17, 38:24
**Ahmed** [4] - 7:9, 10:25, 13:19, 30:21
**AI** [2] - 7:8, 7:9
**Al-Haroon** [2] - 7:8, 7:9
**allegations** [2] - 12:5, 12:19
**almost** [2] - 25:21, 49:10
**amount** [8] - 13:16, 40:24, 45:16, 46:17, 46:22, 47:5, 47:23, 48:3
**anniversary** [1] - 27:19
**answer** [19] - 6:21, 6:22, 9:6, 9:14, 9:15, 9:22, 9:24, 9:25, 11:12, 11:15, 18:18, 18:19, 38:20, 41:9, 42:3, 44:13, 45:13, 48:14, 48:17
**answered** [2] - 40:17, 49:2
**answering** [2] - 6:19, 45:12
**answers** [2] - 49:1, 49:19
**anticipate** [2] - 20:9, 20:13
**anticipated** [1] - 22:10
**anyway** [1] - 17:24
**apologize** [2] - 22:8, 22:14
**APPEARANCES** [1] - 1:13
**appointed** [1] - 10:18
**approved** [1] - 26:17
**April** [1] - 16:19
**Arabia** [1] - 30:13
**argue** [2] - 21:17, 21:20
**arranged** [1] - 37:7
**assist** [1] - 33:17

## (next column)

**assistance** [2] - 33:18, 33:22
**assistant** [1] - 42:1
**associates** [1] - 37:9
**attached** [3] - 8:8, 8:9
**attainable** [2] - 40:20, 40:24
**attempting** [2] - 35:8, 49:3
**attend** [1] - 26:16
**attention** [2] - 3:16, 46:12
**attorneys** [1] - 50:23
**authenticating** [1] - 16:12
**available** [1] - 43:15
**Avenue** [3] - 1:16, 1:23, 52:9
**aware** [1] - 30:6
**awkward** [1] - 22:11

## B

**baccalaureate** [1] - 28:14
**background** [4] - 25:17, 26:18, 26:20, 28:8
**backwards** [2] - 4:12, 29:12
**BANC** [1] - 1:4
**bank** [6] - 26:6, 39:18, 39:22, 42:25, 43:2, 43:20
**banker** [12] - 26:6, 29:21, 33:14, 33:15, 39:5, 39:11, 39:23, 39:25, 42:13, 42:23, 43:5, 43:20
**bankers** [2] - 42:22, 45:19
**banking** [1] - 29:24
**Banking** [1] - 26:11
**banks** [1] - 45:19
**barely** [2] - 10:8, 10:9
**based** [2] - 31:8, 37:18
**basis** [1] - 26:23
**BEACH** [1] - 1:2
**Beach** [1] - 1:4
**became** [2] - 22:23, 33:15
**become** [1] - 26:19
**BEFORE** [1] - 1:11
**beginning** [2] - 23:15, 47:21
**belief** [1] - 24:15
**best** [3] - 18:24, 46:16, 50:1
**bet** [1] - 50:1
**better** [4] - 36:25, 39:13, 50:5, 51:1
**between** [2] - 15:11, 26:6
**beyond** [1] - 27:4
**bigger** [2] - 23:17, 37:2
**biggest** [1] - 48:4
**bill** [1] - 16:18
**billions** [2] - 30:10, 35:17
**bit** [10] - 4:24, 22:13, 23:14, 23:15, 28:17, 29:17, 32:18, 36:16, 38:10
**black** [1] - 36:6

**blessed** [1] - 27:17
**blurry** [2] - 36:16, 36:17
**book** [3] - 12:1, 12:2, 20:25
**bottom** [3] - 7:17, 7:19, 36:22
**Box** [1] - 1:19
**break** [2] - 49:11, 50:13
**bring** [3] - 21:15, 22:3, 23:7
**bringing** [1] - 39:9
**broad** [1] - 35:14
**broke** [1] - 29:5
**broker** [23] - 25:19, 25:20, 25:23, 25:25, 26:1, 26:3, 26:5, 26:9, 26:12, 27:5, 27:6, 27:8, 27:10, 27:11, 27:25, 28:1, 28:15, 28:16, 39:9, 39:12, 42:25, 43:11
**brokerage** [2] - 39:8, 39:12
**brokers** [7] - 27:23, 39:6, 39:17, 42:22, 43:6, 43:15, 47:18
**brought** [1] - 35:21
**build** [1] - 42:11
**building** [1] - 33:4
**bunch** [2] - 43:9, 45:19
**buried** [1] - 45:18
**business** [24] - 16:12, 16:17, 28:20, 34:3, 34:13, 35:13, 35:14, 35:18, 35:21, 37:14, 39:9, 39:13, 39:17, 39:20, 39:21, 40:14, 40:25, 41:4, 41:24, 41:25, 44:17, 46:3, 46:22, 46:25
**businesses** [1] - 42:14
**bust** [1] - 42:15
**buy** [1] - 42:6
**buyer** [1] - 41:22
**buying** [1] - 40:1
**BY** [50] - 1:20, 2:4, 2:4, 2:5, 2:7, 3:15, 4:5, 4:14, 4:25, 5:9, 6:11, 7:18, 7:24, 8:7, 9:2, 10:15, 10:22, 12:4, 12:18, 13:9, 14:2, 15:2, 17:6, 18:22, 19:7, 19:12, 19:17, 22:17, 23:11, 24:2, 24:14, 25:14, 27:3, 29:11, 31:24, 32:12, 35:3, 35:11, 36:3, 36:14, 38:1, 38:8, 39:3, 40:19, 40:23, 41:7, 41:14, 44:21, 46:10, 47:12

## C

**car** [4] - 29:4, 44:7, 44:23, 45:4
**Caribbean** [1] - 30:14
**CASE** [1] - 1:2
**case** [14] - 5:14, 5:18, 12:5, 12:20, 13:10, 13:13, 13:17, 16:23, 20:1, 22:9, 22:10,

39:21, 51:7, 51:10
**caught** [1] - 22:13
**causing** [1] - 49:9
**ceased** [2] - 41:20, 41:22
**celebrating** [1] - 27:18
**CEO** [2] - 10:18, 30:23
**CEOs** [1] - 32:4
**certify** [1] - 52:3
**chain** [1] - 37:6
**chance** [4] - 18:1, 30:6, 34:1, 49:1
**change** [1] - 49:13
**check** [2] - 26:18, 26:20
**checks** [1] - 28:9
**Chicago** [1] - 1:17
**chief** [1] - 10:19
**children** [1] - 42:11
**chose** [1] - 27:24
**chronological** [1] - 50:1
**circumstances** [1] - 42:9
**CISEK** [2] - 1:15, 16:7
**clean** [1] - 43:21
**clear** [2] - 11:8, 32:24
**click** [1] - 16:8
**client** [14] - 8:1, 8:5, 8:11, 8:13, 9:3, 9:5, 9:7, 9:10, 9:12, 10:24, 11:10, 11:17, 14:1, 26:7
**clients** [3] - 7:21, 19:6, 30:12
**close** [2] - 10:10, 39:16
**closed** [1] - 42:18
**closing** [1] - 42:14
**closings** [1] - 40:2
**college** [2] - 26:15, 28:14
**color** [1] - 20:7
**committed** [1] - 39:17
**communication** [1] - 15:16
**communications** [1] - 15:10
**companies** [2] - 30:24, 32:5
**company** [11] - 30:6, 32:19, 33:3, 33:5, 34:17, 39:16, 42:10, 43:14, 45:17, 48:5
**completely** [4] - 20:5, 20:16, 21:4, 49:12
**concerned** [1] - 39:2
**concluded** [3] - 11:19, 50:23, 51:18
**condo** [2] - 41:24, 42:1
**conference** [2] - 37:7, 37:8
**confident** [1] - 50:5
**congratulations** [1] - 27:20
**conjecture** [1] - 14:6
**consulting** [1] - 50:22
**contacted** [1] - 25:3
**contained** [1] - 35:14
**contention** [1] - 17:23
**continue** [2] - 31:23, 45:2

**control** [1] - 49:2
**convey** [1] - 35:8
**COO** [2] - 10:18, 33:9
**cooperation** [1] - 51:16
**copied** [1] - 7:21
**copies** [2] - 20:16, 33:25
**Coral** [1] - 1:19
**correct** [29] - 5:19, 6:1, 6:17, 7:6, 7:7, 11:16, 12:8, 12:22, 12:25, 13:11, 13:12, 13:15, 13:17, 13:18, 13:21, 14:4, 15:17, 17:1, 24:24, 27:4, 28:3, 28:8, 32:20, 32:21, 33:16, 34:4, 34:6, 38:4, 47:14
**counsel** [3] - 18:7, 20:14, 22:11
**Counsel** [4] - 20:7, 20:13, 48:20, 49:8
**country** [2] - 28:15, 30:13
**couple** [3] - 19:25, 30:4, 36:21
**course** [4] - 27:9, 34:3, 34:7, 34:12
**Court** [9] - 1:22, 1:22, 3:1, 9:14, 17:15, 31:14, 32:1, 52:8, 52:9
**COURT** [109] - 1:1, 3:4, 3:6, 3:10, 3:12, 3:24, 4:1, 6:8, 6:10, 8:4, 8:18, 9:15, 9:22, 9:25, 10:2, 10:5, 10:11, 11:21, 11:24, 12:10, 12:12, 12:14, 12:17, 13:4, 13:7, 13:25, 14:7, 14:11, 15:20, 15:24, 16:3, 16:5, 16:13, 16:16, 16:22, 18:7, 18:10, 18:14, 18:16, 19:3, 19:24, 20:3, 20:11, 20:23, 21:6, 21:10, 21:12, 21:15, 21:21, 21:25, 22:2, 22:4, 22:6, 23:20, 23:22, 24:1, 24:9, 24:11, 25:8, 25:13, 26:23, 27:1, 29:10, 31:3, 31:6, 31:8, 31:10, 31:19, 31:21, 34:21, 34:23, 35:1, 36:8, 36:10, 36:13, 37:24, 38:6, 38:21, 38:24, 40:10, 40:15, 40:17, 40:22, 41:2, 41:9, 41:12, 44:13, 44:16, 44:19, 45:11, 45:14, 46:1, 46:5, 46:9, 47:9, 48:10, 48:14, 48:17, 48:21, 48:24, 49:11, 49:20, 49:23, 50:6, 50:9, 50:13, 50:20, 50:22, 51:17
**court** [1] - 50:21
**courtroom** [1] - 39:2
**create** [1] - 34:1
**created** [4] - 12:6, 12:20, 12:23, 34:6
**credit** [8] - 30:10, 35:17,

35:18, 43:10, 43:19, 43:20, 46:17, 46:23
**CREDIT** [1] - 1:4
**crimes** [1] - 26:21
**crisis** [4] - 42:12, 42:14, 42:15, 43:4
**CROSS** [2] - 2:4, 12:3
**cross** [3] - 11:24, 31:18, 50:7
**CROSS-EXAMINATION** [2] - 2:4, 12:3
**cross-examination** [2] - 11:24, 50:7
**cross-examine** [1] - 31:18
**CRR** [2] - 1:21, 52:8
**CUMU** [1] - 17:18, 19:6, 24:6, 24:21, 24:23, 24:25, 25:1, 25:3, 30:6, 30:8, 30:9, 30:15, 30:22, 30:23, 31:5, 35:13, 35:16, 43:20

## D

**database** [1] - 30:11
**DATE** [1] - 52:7
**date** [8] - 7:20, 7:25, 9:7, 9:16, 10:16, 10:25, 23:4, 30:2
**dated** [1] - 16:19
**days** [3] - 31:15, 37:16, 47:25
**DBPR** [2] - 27:12, 27:13
**deal** [2] - 33:8, 39:5
**dealing** [2] - 45:18, 51:1
**deals** [1] - 42:18
**December** [2] - 15:15, 52:7
**decided** [3] - 47:1, 47:21, 48:3
**decrease** [1] - 46:21
**DEFENDANTS** [1] - 1:18
**Defendants** [1] - 1:8
**defendants'** [1] - 16:24
**DEFENDANTS'** [1] - 2:13
**Defendants'** [3] - 19:11, 32:11, 34:25
**defense** [2] - 17:1, 22:11
**Defense** [2] - 17:4, 35:2
**delegated** [1] - 42:4
**deny** [4] - 9:3, 9:5, 9:7, 10:23
**Department** [3] - 26:11, 27:13
**depended** [1] - 46:7
**deposed** [1] - 5:22
**deposition** [1] - 15:8
**describe** [18] - 17:15, 18:23, 26:1, 26:3, 28:22, 28:25, 29:6, 29:16, 30:22, 35:7, 35:12, 38:14, 38:22, 40:20, 40:24, 44:4, 46:17,

46:20
**described** [6] - 28:6, 41:17, 41:18, 47:4, 47:13
**describing** [1] - 44:22, 45:2
**detail** [1] - 49:16
**deteriorating** [1] - 43:23
**determined** [1] - 44:14
**different** [3] - 5:4, 7:21, 35:4
**difficult** [1] - 47:16
**digital** [1] - 20:19
**diligence** [1] - 34:17
**dining** [1] - 32:3
**diploma** [1] - 26:15
**direct** [3] - 9:14, 29:20, 46:11
**DIRECT** [4] - 2:4, 2:7, 3:14, 17:5
**directly** [3] - 39:6, 39:7, 39:9
**discuss** [2] - 20:1, 51:10
**discussion** [2] - 24:18, 37:13
**Discussion** [2] - 19:16, 19:23
**discussions** [2] - 16:11, 49:4
**dispute** [1] - 17:20
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 1:22, 52:9
**DIVISION** [1] - 1:2
**document** [17] - 3:21, 4:15, 8:9, 14:3, 16:11, 17:13, 32:13, 32:15, 34:5, 34:8, 34:10, 34:15, 35:8, 35:12, 36:4, 36:15, 36:20
**documents** [25] - 5:20, 7:25, 8:8, 8:11, 8:19, 8:21, 8:23, 8:24, 9:3, 9:7, 9:16, 9:18, 11:10, 11:16, 12:6, 12:20, 13:1, 20:1, 20:6, 20:17, 21:16, 34:1, 34:12, 41:5, 49:7
**dollar** [1] - 30:24
**dollars** [3] - 30:11, 32:4, 35:17
**done** [4] - 11:23, 15:19, 16:1, 50:2
**door** [1] - 35:21
**doors** [1] - 42:18
**double** [1] - 16:8
**down** [5] - 4:24, 15:20, 16:2, 16:3, 23:14, 23:15, 23:18, 44:6, 47:2, 47:5
**Dubai** [1] - 30:13
**due** [1] - 34:17
**duly** [1] - 3:3
**during** [2] - 15:8, 34:16

**E**

**early** [1] - 51:8
**easy** [2] - 26:12, 26:13
**education** [4] - 26:16, 28:9, 28:11, 28:13
**effects** [1] - 49:17
**either** [7] - 4:21, 15:8, 15:10, 15:16, 26:8, 39:25, 45:22
**Elizabeth** [1] - 32:3
**ELLERSTEIN** [1] - 18:12
**Ellerstein** [17] - 17:15, 17:17, 17:22, 18:1, 18:9, 18:18, 18:23, 18:25, 23:3, 24:3, 24:4, 24:7, 24:16, 24:19, 24:20, 24:21, 24:23
**ELMO** [1] - 36:1
**email** [56] - 4:8, 4:17, 4:18, 4:19, 5:2, 5:3, 5:13, 5:24, 5:25, 6:3, 6:5, 6:13, 6:14, 6:19, 7:4, 7:12, 7:14, 7:15, 7:19, 7:21, 7:22, 8:3, 8:6, 8:8, 8:9, 8:13, 8:20, 8:22, 8:23, 8:25, 9:5, 9:9, 9:10, 9:11, 9:17, 9:20, 9:21, 10:24, 11:2, 11:3, 11:14, 11:17, 19:14, 36:15, 37:5, 37:6, 38:12, 38:15, 38:23
**emails** [9] - 5:24, 11:4, 13:10, 13:13, 13:14, 13:16, 13:19, 13:22
**employees** [1] - 47:16
**ended** [1] - 42:14
**English** [3] - 11:8, 11:13, 43:12
**enter** [1] - 21:22
**entered** [2] - 29:14, 29:19
**enters** [1] - 22:5
**entertain** [1] - 33:23
**entitled** [1] - 52:5
**equipments** [1] - 42:1
**erected** [1] - 33:13
**ESQ** [3] - 1:14, 1:15, 1:18
**essence** [1] - 8:15
**establish** [1] - 32:18
**established** [1] - 29:13
**estate** [11] - 25:19, 25:20, 25:23, 27:6, 27:7, 27:10, 28:15, 28:20, 33:3, 42:15, 43:3
**Estate** [1] - 33:2
**Euro** [36] - 5:2, 10:16, 10:19, 17:20, 17:21, 19:6, 24:5, 28:17, 29:13, 29:18, 29:25, 32:19, 32:22, 33:1, 33:7, 33:10, 33:12, 33:15, 33:18, 33:19, 34:6, 34:13, 41:19, 41:20, 42:4, 44:4, 44:25, 45:5, 46:18, 46:19,

47:1, 47:4, 47:13, 47:15, 47:21, 48:4
**Euro's** [3] - 41:23, 42:1, 46:13
**events** [1] - 28:23
**eventually** [1] - 45:21
**evidence** [17] - 3:18, 4:2, 4:11, 16:12, 16:14, 16:24, 17:13, 21:22, 34:20, 35:2, 36:7, 36:12, 38:5, 38:6, 49:25, 51:14
**exact** [2] - 18:2, 23:4
**exactly** [3] - 4:4, 27:18, 30:1
**examination** [2] - 11:24, 50:7
**EXAMINATION** [8] - 2:4, 2:4, 2:5, 2:7, 3:14, 12:3, 15:1, 17:5
**examine** [1] - 31:18
**example** [4] - 33:18, 33:24, 39:20, 43:8
**EXCERPT** [1] - 1:10
**Excerpt** [1] - 51:18
**exchanged** [2] - 20:7, 20:15
**excuse** [2] - 12:9, 20:11, 22:23
**Exhibit** [11] - 2:10, 2:16, 16:10, 16:14, 17:14, 19:11, 23:8, 23:12, 35:2, 36:11, 38:3
**exhibit** [4] - 10:7, 10:12, 10:13, 18:3
**EXHIBITS** [2] - 2:8, 2:13
**exhibits** [6] - 20:8, 20:15, 20:19, 20:23, 21:22, 49:24
**exit** [1] - 43:7
**exited** [1] - 43:11
**exits** [1] - 20:4
**expectation** [1] - 42:10
**experience** [2] - 26:15, 28:19, 37:18
**explain** [7] - 29:16, 37:6, 38:18, 39:1, 39:4, 42:9, 45:7
**explaining** [1] - 45:3
**explanation** [1] - 38:20

**F**

**facilitate** [1] - 21:3
**fair** [1] - 14:4
**far** [3] - 17:14, 24:22, 39:1
**Fargo's** [1] - 40:13
**fast** [4] - 21:8, 28:17, 28:20, 32:14
**fast-forward** [2] - 28:17, 28:20
**fault** [4] - 20:5, 20:18, 21:4, 22:12
**Fazil** [24] - 7:9, 10:25,

11:10, 12:23, 13:19, 15:5, 30:16, 30:17, 30:18, 30:21, 30:23, 31:4, 31:7, 31:14, 32:1, 32:2, 34:16, 35:21, 35:24, 37:7, 37:12, 39:15, 41:5, 41:21
**FBI** [4] - 26:18, 26:20, 26:25, 28:8
**felt** [1] - 45:21
**field** [1] - 42:24
**fighting** [1] - 50:11
**figure** [1] - 42:16
**files** [1] - 34:1
**financial** [1] - 26:11
**Fine** [1] - 10:6
**fine** [1] - 10:11
**finish** [1] - 40:22
**finished** [4] - 10:2, 11:22, 21:13, 22:9
**firm** [1] - 39:12
**first** [12] - 3:8, 7:3, 11:8, 15:9, 16:25, 17:25, 22:21, 22:22, 22:25, 23:2, 25:17, 42:8
**five** [2] - 21:17, 48:19
**flip** [1] - 47:25
**Floor** [2] - 1:23, 52:9
**FLORIDA** [1] - 1:1
**Florida** [5] - 1:4, 1:19, 1:24, 27:25, 52:10
**focus** [1] - 17:22
**follow** [1] - 49:25
**following** [3] - 10:24, 15:12, 48:23
**FOR** [2] - 1:14, 1:18
**foreclosures** [1] - 43:9
**foregoing** [1] - 52:3
**foremost** [1] - 25:17
**forged** [1] - 11:2
**forget** [1] - 39:23
**form** [1] - 51:11
**format** [1] - 20:20
**Fortune** [1] - 30:24
**forward** [4] - 28:17, 28:20, 50:18, 50:19
**foundation** [9] - 13:3, 13:5, 24:10, 25:6, 26:24, 31:1, 31:16, 31:17, 32:18
**four** [1] - 24:22
**frame** [3] - 28:22, 28:23, 28:25
**French** [3] - 3:23, 4:6, 7:19
**Friday** [1] - 51:6
**front** [4] - 3:20, 4:15, 9:11, 34:8
**full** [2] - 17:10, 26:18
**fully** [2] - 20:6, 22:11
**function** [3] - 39:5, 39:23, 44:18

**funding** [1] - 29:21

## G

**gentleman** [1] - 30:20
**gentlemen** [4] - 16:22, 19:24, 22:8, 50:22
**given** [1] - 41:5
**GLENN** [1] - 1:14
**global** [1] - 35:17
**goal** [2] - 48:5, 48:6
**great** [2] - 33:8, 42:10
**group** [9] - 17:18, 19:6, 24:6, 24:21, 24:23, 24:25, 25:1, 25:3, 43:15
**GROUP** [1] - 1:15
**guard** [1] - 22:13
**guess** [2] - 30:1, 46:18

## H

**half** [1] - 21:19
**handle** [1] - 41:4
**hard** [2] - 37:19, 45:8
**Haroon** [2] - 7:8, 7:9
**headquarters** [1] - 41:23
**healthy** [1] - 44:6
**hear** [5] - 18:17, 18:20, 21:23, 25:12, 50:9
**heard** [6] - 17:25, 22:23, 23:2, 31:21, 32:6
**held** [4] - 19:16, 19:23, 27:23, 48:23
**help** [6] - 33:6, 45:17, 45:20, 46:5, 46:7, 46:8
**hereby** [1] - 52:3
**herself** [2] - 17:17, 24:4
**high** [3] - 26:14, 28:14, 43:6
**higher** [2] - 42:21, 46:25
**hmm** [2] - 35:19, 38:16
**HOFFENDEN** [86] - 1:18, 1:18, 2:4, 2:7, 4:10, 6:9, 8:2, 8:17, 10:7, 10:12, 10:14, 11:25, 12:2, 12:4, 12:18, 13:9, 14:2, 14:9, 15:23, 15:25, 17:6, 18:11, 18:15, 18:21, 18:22, 19:7, 19:9, 19:12, 19:15, 19:17, 19:21, 20:5, 20:13, 21:1, 21:8, 21:13, 21:20, 22:16, 22:17, 23:9, 23:11, 24:2, 24:14, 25:9, 25:11, 25:14, 27:2, 27:3, 29:11, 31:4, 31:24, 32:11, 32:12, 34:19, 34:25, 35:3, 35:10, 35:11, 36:1, 36:3, 36:7, 36:9, 36:11, 36:14, 38:1, 38:5, 38:7, 38:8, 38:22, 39:3, 40:19, 40:23, 41:7, 41:14, 44:21, 46:10, 47:10, 47:12, 48:19, 48:22,

48:25, 49:15, 49:22, 49:24, 50:15, 50:18
**Hoffenden** [2] - 17:8, 44:8
**hold** [6] - 4:1, 6:8, 23:22, 46:1, 47:9, 48:10
**home** [2] - 26:8, 26:9
**homes** [1] - 43:8
**Honor** [24] - 8:25, 9:13, 9:19, 9:23, 11:19, 15:21, 16:4, 16:6, 16:10, 16:20, 17:3, 20:20, 21:1, 25:6, 30:25, 31:9, 31:13, 38:25, 40:11, 45:9, 45:13, 45:24, 50:5, 50:17
**HONORABLE** [1] - 1:11
**hopefully** [3] - 51:5, 51:7, 51:13
**hot** [1] - 17:23
**hour** [2] - 20:24, 21:19
**hours** [7] - 26:17, 27:11, 43:18, 45:6, 45:16, 50:2, 50:3
**HUD** [3] - 42:4, 42:5, 42:7
**Husain** [2] - 7:8, 7:9
**husband** [9] - 33:1, 33:3, 33:8, 42:10, 43:18, 44:5, 45:6, 46:4, 46:5
**husband's** [1] - 45:10

## I

**idea** [2] - 25:3, 42:16
**ideal** [1] - 43:22
**identification** [6] - 3:18, 3:19, 18:4, 19:10, 19:18, 32:9
**identify** [4] - 9:10, 9:21, 10:12, 14:4
**Illinois** [1] - 1:17
**ILONA** [2] - 1:21, 52:8
**impact** [1] - 29:6
**important** [1] - 20:14
**INC** [1] - 1:4
**inch** [1] - 50:12
**including** [4] - 28:9, 30:23, 39:18, 41:23
**incorporate** [1] - 35:20
**increase** [2] - 46:21, 46:24
**indicated** [2] - 7:20, 30:15
**individual** [4] - 17:17, 20:15, 26:10, 27:17
**industry** [1] - 29:22
**information** [1] - 17:18
**injuries** [1] - 46:2
**injury** [2] - 44:22, 45:3
**inquiring** [2] - 19:5, 24:5
**inside** [1] - 32:22
**institution** [1] - 26:11
**intend** [1] - 20:24
**intensive** [1] - 26:21

**interim** [1] - 33:9
**interject** [1] - 49:19
**International** [9] - 10:19, 17:20, 19:6, 24:5, 28:18, 33:1, 33:2, 33:7, 41:20
**international** [2] - 30:12, 35:17
**interrupting** [1] - 20:12
**interruption** [1] - 22:7
**introduced** [1] - 22:23
**investor** [1] - 39:25
**investors** [1] - 33:22
**involved** [2] - 27:11, 29:22
**irrelevant** [1] - 44:15
**IRS** [1] - 43:9
**issue** [3] - 20:1, 49:7, 50:19
**issues** [2] - 21:16, 43:10
**it'll** [1] - 50:4

## J

**January** [3] - 15:11, 15:13, 15:16
**judge** [9] - 6:9, 13:5, 15:23, 20:5, 47:8, 48:19, 49:15, 50:10, 50:15
**Judge** [27] - 4:10, 8:2, 8:17, 11:23, 11:25, 12:9, 18:9, 18:15, 20:18, 21:5, 21:9, 21:13, 21:23, 22:16, 25:12, 31:17, 34:19, 36:7, 36:12, 38:5, 40:9, 47:10, 48:25, 49:2, 49:10, 49:22, 50:5
**JUDGE** [1] - 1:12
**judgment** [1] - 43:9
**jump** [5] - 30:3, 33:8, 33:12, 35:24, 43:21
**jumped** [1] - 33:10
**June** [3] - 18:2, 23:19
**jurors** [4] - 18:10, 18:17, 18:19, 21:15
**JURY** [1] - 1:10
**jury** [6] - 19:25, 20:3, 22:3, 22:4, 49:6, 51:17
**Jury** [2] - 20:4, 22:5
**jury's** [2] - 21:3, 49:6

## K

**Kadiyala** [1] - 15:7
**KADIYALA** [1] - 1:4
**keep** [5] - 27:24, 32:16, 42:5, 42:7, 47:2
**keeping** [2] - 33:19, 33:25
**KENNETH** [1] - 1:11
**kept** [1] - 34:12
**kind** [6] - 22:9, 22:10, 31:1, 39:19, 41:4, 49:4
**kings** [1] - 32:3
**knowledge** [4] - 18:24,

37:12, 41:19, 46:12
**known** [2] - 5:24, 6:2
**knows** [1] - 24:11

## L

**ladies** [4] - 16:22, 19:24, 22:7, 50:22
**language** [1] - 11:9
**large** [1] - 13:16
**larger** [1] - 36:17
**last** [6] - 3:8, 7:3, 17:11, 21:18, 40:8, 40:10
**late** [1] - 51:8
**LAW** [2] - 1:15, 1:18
**lay** [1] - 22:21
**leading** [1] - 13:24
**learned** [1] - 31:11
**least** [1] - 37:8
**leave** [4] - 12:1, 20:2, 49:11, 51:11
**left** [6] - 16:8, 27:24, 45:22, 47:18, 50:25
**lender** [7] - 26:7, 29:20, 42:4, 42:13, 42:23, 42:25, 43:5
**lenders** [2] - 42:17, 42:22
**lending** [1] - 29:23
**letting** [2] - 37:21, 50:8
**level** [2] - 28:11, 28:13
**license** [16] - 25:25, 26:1, 26:3, 26:12, 26:19, 27:4, 27:5, 27:24, 27:25, 28:2, 42:5, 42:7, 43:1, 43:2, 43:11, 47:3
**licensed** [8] - 26:5, 26:10, 26:11, 27:6, 27:7, 27:12, 28:15, 43:5
**licenses** [3] - 25:22, 27:22, 48:8
**licensing** [1] - 41:23
**liens** [1] - 43:9
**life** [1] - 29:7
**line** [15] - 35:6, 39:24, 40:2, 41:17, 42:6, 46:19, 46:21, 47:2, 47:4, 47:7, 47:13, 47:15, 47:20, 48:2
**lined** [1] - 20:8
**lines** [4] - 41:19, 46:13, 46:17
**list** [2] - 4:1, 4:2
**listed** [2] - 17:19, 41:21
**listen** [2] - 6:12, 8:10
**listing** [4] - 17:19, 17:20, 19:5, 24:5
**literally** [2] - 45:22, 47:25
**living** [1] - 25:18
**loan** [2] - 39:6, 47:16
**loans** [1] - 29:21
**locate** [2] - 20:25, 21:6

**look** [6] - 19:13, 24:13, 26:20, 26:21, 36:20, 42:15
**looking** [4] - 6:5, 7:7, 35:4, 35:20
**looks** [2] - 11:2, 26:25
**lopsided** [2] - 36:16, 38:10
**lost** [1] - 43:8
**loving** [1] - 27:17
**LUPOWITZ** [2] - 1:21, 52:8
**Lupowitz** [1] - 52:7

## M

**M-A-R-I-E** [1] - 3:11
**ma'am** [16] - 4:1, 8:19, 9:6, 15:20, 16:3, 17:2, 23:22, 38:24, 40:10, 40:17, 41:9, 41:12, 44:13, 44:19, 46:1, 48:15
**maintained** [1] - 46:18
**major** [3] - 29:4, 30:9, 45:22
**Marie** [6] - 3:9, 3:10, 5:10, 16:18, 17:12, 22:23
**MARIE** [6] - 1:7, 1:11, 2:3, 2:6, 3:3, 17:4
**Marie.Pupke** [1] - 6:23
**Marie.Pupke@ ElMortgage.com** [2] - 5:11, 6:15
**MARK** [2] - 1:7, 1:15
**mark** [4] - 18:4, 27:15, 27:16, 27:22
**marked** [1] - 38:3
**market** [8] - 29:14, 29:19, 42:2, 43:7, 43:11, 47:17, 47:19, 47:22
**MARRA** [1] - 1:11
**marriage** [1] - 27:19
**married** [1] - 27:17
**MARTIN** [1] - 1:18
**matter** [1] - 52:5
**mean** [4] - 43:15, 49:3, 49:24, 50:3
**meaning** [1] - 39:17
**means** [2] - 29:16, 50:24
**meeting** [2] - 33:23, 48:5
**memory** [1] - 23:7
**men** [1] - 15:10
**mentioned** [5] - 22:22, 25:25, 27:4, 28:10, 45:4
**met** [4] - 15:8, 41:21, 47:22, 48:3
**Miami** [4] - 1:23, 1:24, 52:9, 52:10
**microphone** [2] - 3:6, 10:9
**middle** [1] - 13:17
**middleman** [2] - 26:6, 26:8
**might** [1] - 34:2
**million** [17] - 37:14, 39:16, 39:19, 39:21, 40:13, 42:6,

42:7, 46:19, 47:2, 47:13, 47:15, 47:20, 47:22, 47:24, 48:2
**mine** [1] - 36:16
**minutes** [3] - 19:25, 21:18, 50:25
**Mitt** [1] - 32:3
**mmm-hmm** [2] - 35:19, 38:16
**Molly** [1] - 17:12
**MOLLY** [1] - 1:7
**moment** [2] - 18:5, 40:13
**Monday** [3] - 50:14, 51:6, 51:12
**money** [2] - 39:14, 47:23
**month** [3] - 39:18, 39:19, 48:1
**morning** [1] - 17:7
**Mortgage** [8] - 10:19, 17:20, 19:6, 24:5, 28:18, 33:1, 33:7, 41:20
**MORTGAGE** [1] - 1:4
**mortgage** [45] - 25:23, 25:25, 26:1, 26:3, 26:5, 26:6, 26:7, 26:9, 26:12, 27:5, 27:11, 27:23, 27:25, 28:1, 28:15, 29:21, 29:23, 29:24, 33:13, 33:15, 35:20, 39:5, 39:6, 39:8, 39:9, 39:12, 39:23, 42:1, 42:13, 42:22, 42:23, 42:25, 43:4, 43:5, 43:6, 43:11, 43:15, 47:17, 47:18
**most** [3] - 32:2, 45:17, 50:23
**move** [12] - 9:25, 10:10, 16:11, 25:9, 25:11, 34:20, 40:2, 47:25, 50:1, 50:18, 50:19, 51:13
**moved** [1] - 17:13
**moving** [2] - 50:3, 50:5
**MR** [172] - 2:4, 2:4, 2:5, 2:7, 3:13, 3:15, 4:3, 4:5, 4:10, 4:12, 4:14, 4:24, 4:25, 5:8, 5:9, 6:9, 6:11, 7:17, 7:18, 7:23, 7:24, 8:2, 8:7, 8:17, 9:2, 9:13, 9:23, 10:1, 10:4, 10:6, 10:7, 10:12, 10:13, 10:14, 10:15, 10:21, 10:22, 11:19, 11:23, 11:25, 12:1, 12:2, 12:4, 12:9, 12:11, 12:13, 12:16, 12:18, 13:2, 13:5, 13:8, 13:9, 13:24, 14:2, 14:6, 14:9, 15:2, 15:19, 15:23, 15:25, 16:1, 16:6, 16:7, 16:8, 16:15, 16:17, 17:6, 18:9, 18:11, 18:13, 18:15, 18:21, 18:22, 19:1, 19:4, 19:7, 19:9, 19:12, 19:15, 19:17, 19:20, 19:21,

19:22, 20:5, 20:10, 20:13, 21:1, 21:8, 21:13, 21:20, 21:23, 22:1, 22:16, 22:17, 23:9, 23:11, 23:23, 24:2, 24:8, 24:10, 24:14, 25:4, 25:6, 25:9, 25:10, 25:11, 25:12, 25:14, 26:22, 26:24, 27:2, 27:3, 29:9, 29:11, 30:25, 31:4, 31:16, 31:20, 31:22, 31:24, 32:11, 32:12, 34:19, 34:22, 34:25, 35:3, 35:9, 35:10, 35:11, 36:1, 36:3, 36:7, 36:9, 36:11, 36:14, 37:22, 38:1, 38:5, 38:7, 38:8, 38:19, 38:22, 39:3, 40:6, 40:8, 40:19, 40:21, 40:23, 41:1, 41:7, 41:14, 44:14, 44:21, 45:9, 45:24, 46:10, 47:8, 47:10, 47:12, 48:9, 48:12, 48:19, 48:22, 48:25, 49:15, 49:22, 49:24, 50:7, 50:10, 50:15, 50:16, 50:18
**must** [3] - 6:22, 26:15, 26:16

## N

**name** [6] - 3:7, 7:3, 7:9, 17:10, 17:11
**named** [1] - 32:19
**names** [1] - 3:8
**national** [1] - 30:11
**need** [23] - 6:24, 8:25, 9:6, 9:9, 9:20, 13:2, 21:17, 25:6, 31:1, 31:16, 31:17, 36:4, 38:20, 41:9, 44:5, 44:6, 47:19, 47:22, 48:25, 49:3
**needed** [2] - 33:17, 46:2, 46:24
**needs** [4] - 13:5, 33:6, 33:22, 50:4
**never** [4] - 47:15, 47:19, 47:22, 48:3
**next** [5] - 20:24, 27:18, 32:17, 40:15, 44:1
**Nicole** [13] - 17:15, 17:17, 17:22, 18:1, 18:8, 18:9, 18:23, 23:3, 24:3, 24:7, 24:16, 24:18, 24:20
**nine** [5] - 4:22, 9:19, 23:4, 51:7, 51:12
**NMLS** [5] - 26:10, 26:17, 42:21, 45:18
**NO** [1] - 1:2
**normal** [1] - 34:3
**North** [2] - 1:23, 52:9
**notation** [1] - 7:19
**notes** [2] - 20:2, 51:11
**nothing** [1] - 49:22

**notice** [1] - 4:8
**November** [16] - 1:5, 5:1, 5:3, 7:5, 8:13, 9:4, 9:9, 9:11, 10:17, 11:4, 11:5, 11:11, 11:14, 11:17, 15:11
**number** [6] - 5:14, 5:18, 5:20, 16:18, 34:24, 41:4
**numbered** [1] - 20:15

## O

**o'clock** [2] - 51:7, 51:12
**oath** [1] - 17:2
**object** [1] - 12:9
**objection** [25] - 4:10, 8:2, 8:17, 12:10, 12:11, 12:12, 12:15, 13:2, 13:24, 13:25, 14:6, 16:13, 19:1, 24:8, 26:22, 26:23, 34:21, 34:22, 34:23, 37:22, 38:19, 40:21, 41:1, 48:9, 48:12
**objections** [1] - 21:21
**obtain** [3] - 26:12, 26:19, 43:11
**obtained** [2] - 46:23, 48:8
**obviously** [1] - 44:5
**occasion** [2] - 5:1, 7:25
**occurred** [2] - 28:25, 43:3
**October** [2] - 39:18, 41:4
**OF** [3] - 1:1, 1:10, 1:11
**OFFICER** [3] - 20:3, 22:4, 51:17
**offices** [1] - 39:8
**Official** [1] - 52:8
**official** [1] - 1:22
**once** [2] - 18:3, 50:3
**one** [33] - 5:4, 5:6, 5:10, 6:7, 6:8, 6:10, 6:14, 6:19, 7:5, 7:7, 7:9, 7:15, 8:20, 18:6, 18:19, 26:5, 27:23, 27:24, 29:5, 32:11, 34:12, 35:9, 35:25, 41:4, 43:20, 43:25, 48:3
**ones** [2] - 23:12, 39:5
**online** [1] - 17:19
**open** [2] - 12:1, 50:21
**opened** [1] - 43:14
**opening** [1] - 42:12
**operate** [1] - 39:10
**operated** [1] - 41:24
**operation** [3] - 41:20, 41:22, 43:22
**opinions** [1] - 51:11
**opportunity** [3] - 5:20, 42:19, 49:4
**opposing** [1] - 20:14
**Order** [1] - 3:1
**order** [2] - 30:4, 50:1
**originally** [1] - 51:9

origination [1] - 39:8
originators [2] - 39:6, 47:17
outside [1] - 51:2
overruled [13] - 8:4, 12:14, 13:4, 13:7, 14:7, 19:3, 24:1, 24:9, 24:11, 25:8, 25:13, 31:6, 41:2
oversight [1] - 33:20
own [4] - 29:21, 33:5
owned [2] - 33:1, 33:2
owns [1] - 33:5

**P**

P-U-P-K-E [2] - 3:9, 17:12
P.A [1] - 1:18
P.C [1] - 1:15
p.m [7] - 1:6, 7:6, 20:4, 21:11, 22:5, 51:18
P.O [1] - 1:19
package [1] - 39:20
page [2] - 23:16, 23:18
PAGE [1] - 2:2
pages [1] - 35:6
Pages [1] - 1:8
painful [1] - 50:7
PALM [1] - 1:2
Palm [1] - 1:4
paper [3] - 20:14, 20:16, 40:3
papers [1] - 40:1
paperwork [1] - 30:1
part [4] - 4:8, 33:18, 42:3
particular [12] - 6:5, 7:4, 7:20, 8:5, 9:11, 11:2, 23:15, 36:15, 37:13, 41:25, 43:17, 47:23
parties [2] - 12:6, 12:19
party [1] - 39:7
pass [4] - 26:15, 26:17, 26:18, 27:12
passing [1] - 26:14
past [3] - 27:18, 31:14, 32:1
patience [1] - 51:15
pending [3] - 5:18, 45:9, 45:11
people [5] - 12:23, 42:14, 43:7, 43:8, 43:10
per [3] - 29:20, 29:21, 47:19
perhaps [7] - 11:13, 23:7, 23:14, 29:25, 35:9, 36:17, 37:9
person [4] - 6:8, 6:10, 18:8, 33:24
pertaining [1] - 17:19
phone [3] - 16:18, 23:6, 23:14
physical [2] - 46:2, 49:8
physically [1] - 45:20
picture [1] - 44:8

place [1] - 42:8
placed [1] - 41:25
plaintiff [3] - 16:21, 16:23, 17:24
Plaintiff [3] - 3:3, 16:14
Plaintiffs [1] - 1:5
PLAINTIFFS [1] - 1:14
plaintiffs' [1] - 22:10
Plaintiffs' [2] - 36:11, 38:3
PLAINTIFFS' [1] - 2:8
plan [2] - 35:13, 35:14
platform [6] - 35:20, 41:23, 42:1, 43:17, 43:21, 45:7
plug [1] - 18:3
plus [1] - 43:23
point [3] - 17:23, 32:22, 42:3, 42:4, 43:24, 44:17, 47:14, 50:24
portion [1] - 3:20
position [2] - 10:16, 22:11
possibility [1] - 43:17
possible [2] - 40:4, 40:12
possibly [4] - 4:20, 4:21, 5:13, 29:15
predicate [1] - 22:21
predict [1] - 43:12
prepared [4] - 22:12, 50:17, 50:18, 50:19
presence [1] - 51:2
present [1] - 37:14
presented [2] - 17:17, 19:9
presenting [1] - 49:8
previous [1] - 49:4
previously [4] - 17:4, 28:4, 35:16, 42:18
printed [1] - 20:7
problem [2] - 20:19, 49:9
proceed [3] - 10:5, 16:23, 22:15
proceedings [2] - 48:23, 52:4
Proceedings [1] - 50:21
process [1] - 28:6
produce [1] - 5:7
produced [4] - 13:17, 13:19, 34:6, 34:16
product [1] - 49:17
production [2] - 11:20, 37:16
Professional [1] - 27:13
property [1] - 41:21
prosecution [1] - 16:21
prospectus [1] - 34:16
provided [1] - 20:17
publish [1] - 34:19
published [3] - 3:17, 16:15, 21:2
PUPKE [7] - 1:7, 1:11, 2:3,

2:6, 3:3, 17:4
Pupke [51] - 3:9, 3:16, 5:10, 5:14, 10:18, 12:5, 14:9, 15:3, 16:18, 16:25, 17:9, 17:12, 17:13, 18:7, 18:23, 19:13, 19:18, 22:18, 22:23, 22:25, 23:2, 23:13, 24:3, 24:15, 25:15, 27:15, 27:16, 27:22, 27:23, 28:1, 28:11, 29:7, 29:13, 29:22, 31:25, 32:13, 33:17, 35:12, 36:4, 37:8, 38:2, 38:9, 38:13, 41:15, 42:9, 43:14, 44:22, 46:16, 48:5, 48:7, 48:13
Pupke's [1] - 46:23
purchase [3] - 26:9, 39:19, 39:22
purports [2] - 7:5, 16:17
purpose [1] - 35:4
purposes [5] - 19:10, 19:18, 23:9, 32:9, 33:25
put [5] - 22:11, 43:18, 45:6, 45:16, 47:21
putting [1] - 42:18

**Q**

Queen [1] - 32:3
questions [5] - 10:3, 32:17, 36:21, 41:9, 46:12
quickly [3] - 22:9, 22:10, 51:13

**R**

RAVI [1] - 1:4
reach [1] - 30:15
read [3] - 5:2, 5:7, 36:20
reading [2] - 37:5, 38:17, 38:23
ready [3] - 21:12, 39:22, 43:21
real [13] - 25:19, 25:20, 25:23, 27:6, 27:7, 27:10, 28:15, 28:20, 33:2, 42:15, 43:3, 43:19, 43:20
Real [1] - 33:2
reality [2] - 33:4, 39:11
realized [1] - 43:16
really [2] - 37:19, 47:17
reason [2] - 43:23, 48:4
reasons [1] - 48:4
received [2] - 16:14, 35:2
Received [2] - 2:10, 2:16
recess [4] - 21:18, 50:24, 51:4
recharacterizing [1] - 37:22
recognize [3] - 32:15, 34:10, 36:15
recollection [4] - 22:20,

23:24, 23:25, 46:16
record [9] - 9:23, 16:12, 16:17, 17:10, 19:16, 19:23, 21:11, 33:19, 33:25
record-keeping [2] - 33:19, 33:25
records [3] - 23:6, 23:12, 23:14
REDIRECT [2] - 2:5, 15:1
redirect [1] - 14:11
reduced [2] - 42:6, 47:2
reference [1] - 46:11
referring [3] - 23:12, 31:13, 33:13
refinancing [1] - 26:8
refresh [2] - 22:20, 23:24
refreshed [1] - 23:25
regard [3] - 5:2, 33:7, 39:25
regarding [6] - 17:19, 20:1, 24:15, 37:13, 46:12, 46:13
registered [1] - 26:10
Regulation [1] - 27:14
rein [1] - 49:19
reined [1] - 50:14
reinforce [1] - 49:4
relation [2] - 30:22, 31:5
relations [1] - 30:12
relationship [3] - 27:15, 27:16, 39:7
relevance [2] - 29:10, 44:17
relevant [1] - 29:9
remember [6] - 22:25, 23:23, 29:4, 37:4, 38:12, 51:10
repeat [4] - 18:7, 18:18, 31:12, 40:10
repeating [1] - 32:2
rephrase [3] - 22:25, 47:10, 47:11
REPORTED [1] - 1:20
Reporter [2] - 1:22, 52:8
reports [1] - 45:18
representations [1] - 37:12
represented [6] - 18:25, 19:1, 24:4, 24:22, 31:10, 32:4
representing [2] - 24:25, 25:1
request [2] - 9:14, 49:12
required [3] - 26:14, 28:6, 43:4
requirements [1] - 27:7
requires [1] - 11:11
resolve [1] - 20:21
respectfully [1] - 9:13
response [1] - 37:15
rest [1] - 51:14
rested [1] - 16:23
rests [1] - 16:21

**result** [2] - 44:23, 45:3
**retract** [1] - 47:11
**returned** [1] - 50:21
**rise** [3] - 20:3, 22:4, 51:17
**RMR** [2] - 1:21, 52:8
**Romney** [1] - 32:3
**roof** [1] - 33:4
**room** [1] - 19:25
**RPR** [2] - 1:21, 52:8
**run** [2] - 20:22, 51:3

## S

**S-T-E-I-N** [1] - 18:13
**sale** [4] - 41:21, 42:2, 45:2, 45:5
**salesperson** [1] - 43:1
**Saudi** [1] - 30:13
**save** [1] - 51:2
**school** [3] - 26:14, 26:17, 28:14
**scope** [3] - 12:13, 12:14, 35:7
**screen** [4] - 3:17, 3:20, 19:15, 36:6
**scroll** [2] - 23:13, 32:14
**se** [3] - 29:20, 29:21, 47:19
**search** [1] - 42:17
**searches** [1] - 28:9
**seat** [2] - 16:3, 51:11
**seated** [2] - 3:4, 22:6
**second** [4] - 18:6, 35:25, 36:2, 48:10
**seconds** [1] - 48:20
**SECURITY** [3] - 20:3, 22:4, 51:17
**see** [23] - 3:20, 4:2, 4:15, 5:10, 5:20, 7:10, 7:11, 8:9, 8:15, 8:25, 9:9, 9:20, 23:15, 23:18, 24:12, 29:10, 36:4, 36:22, 38:9, 40:4, 40:12, 50:10, 50:14
**seeing** [1] - 30:1
**seeking** [1] - 41:22
**SEIDEN** [89] - 1:14, 1:15, 2:4, 2:5, 3:13, 3:15, 4:3, 4:5, 4:12, 4:14, 4:24, 4:25, 5:8, 5:9, 6:11, 7:17, 7:18, 7:23, 7:24, 8:7, 9:2, 9:13, 9:23, 10:1, 10:4, 10:6, 10:13, 10:15, 10:21, 10:22, 11:19, 11:23, 12:1, 12:9, 12:11, 12:13, 12:16, 13:2, 13:5, 13:8, 13:24, 14:6, 15:2, 15:19, 16:1, 16:6, 16:8, 16:15, 16:17, 18:9, 18:13, 19:1, 19:4, 19:20, 19:22, 20:10, 21:23, 22:1, 23:23, 24:8, 24:10, 25:4, 25:6, 25:10, 25:12, 26:22, 26:24,

29:9, 30:25, 31:16, 31:20, 31:22, 34:22, 35:9, 37:22, 38:19, 40:6, 40:8, 40:21, 41:1, 44:14, 45:9, 45:24, 47:8, 48:9, 48:12, 50:7, 50:10, 50:16
**Seiden** [4] - 3:12, 3:24, 20:11, 23:22
**self** [1] - 16:12
**self-authenticating** [1] - 16:12
**sell** [6] - 41:22, 42:8, 44:17, 46:3, 47:1, 48:4
**send** [18] - 5:1, 5:4, 5:6, 7:12, 7:14, 7:25, 8:3, 8:8, 8:11, 8:12, 8:13, 8:21, 8:22, 8:24, 9:12, 9:16, 9:18, 11:10
**sense** [2] - 35:15, 50:23
**sent** [27] - 5:3, 6:7, 7:4, 7:5, 7:8, 7:22, 8:19, 8:20, 8:21, 8:23, 9:3, 9:5, 9:7, 9:9, 9:10, 9:20, 10:23, 11:3, 11:5, 11:14, 11:16, 11:17, 13:10, 13:14, 14:5
**sentence** [1] - 40:9
**servicing** [1] - 39:11
**session** [1] - 51:5
**set** [4] - 32:17, 41:3, 43:6, 48:5
**setting** [1] - 39:16
**several** [1] - 42:17
**shall** [1] - 12:1
**show** [5] - 9:23, 23:6, 30:4, 32:9, 38:2
**showing** [1] - 32:13
**shown** [1] - 14:3
**sic]** [1] - 27:14
**sidebar** [2] - 48:19, 48:23
**sidebars** [1] - 21:18
**signature** [7] - 8:1, 8:11, 9:4, 9:5, 9:8, 11:11, 11:16
**similar** [1] - 27:9
**sit** [2] - 33:23, 44:6
**sits** [1] - 28:1
**sitting** [2] - 30:19, 30:20
**situation** [3] - 21:4, 43:19, 45:21
**slow** [1] - 32:14
**small** [1] - 43:15
**smoothly** [1] - 51:13
**snowballing** [1] - 49:17
**sometime** [1] - 18:2
**somewhat** [1] - 45:20
**soon** [1] - 18:5
**sorry** [20] - 3:24, 5:17, 7:9, 10:19, 15:22, 15:24, 17:7, 22:7, 23:20, 25:10, 28:24, 31:9, 31:22, 31:23, 34:24, 37:11, 40:6, 40:8, 44:20, 49:16

**sort** [5] - 19:25, 26:6, 30:15, 36:16, 37:9
**sounds** [1] - 16:25
**sources** [1] - 31:12
**South** [1] - 1:16
**SOUTHERN** [1] - 1:1
**special** [1] - 43:2
**specifically** [6] - 29:4, 29:18, 29:23, 31:14, 45:3, 48:6
**speculating** [1] - 39:15
**speeches** [2] - 11:21, 48:24
**spell** [5] - 3:7, 3:10, 17:11, 18:10, 18:11
**spelled** [1] - 18:12
**spent** [2] - 45:6, 49:15
**spirited** [1] - 17:7
**Springs** [1] - 1:19
**standard** [1] - 43:6
**standards** [1] - 42:21
**start** [5] - 5:10, 25:24, 33:8, 44:2, 50:4
**started** [4] - 29:14, 29:18, 29:25, 43:23
**state** [1] - 17:10
**statement** [2] - 8:16, 40:10
**States** [2] - 1:22, 52:9
**states** [2] - 28:10, 48:7
**STATES** [2] - 1:1, 1:12
**stay** [2] - 15:23, 15:25
**STEIN** [1] - 18:15
**STENOGRAPHICALLY** [1] - 1:20
**step** [6] - 10:8, 15:20, 16:3, 19:24, 33:5, 42:5
**still** [2] - 17:2, 43:14
**stop** [8] - 20:11, 26:3, 44:9, 44:11
**straighten** [1] - 38:11
**strictly** [2] - 27:25, 29:20
**string** [1] - 10:24
**subsequent** [1] - 46:20
**suggestion** [1] - 49:9
**Suite** [1] - 1:16
**supposed** [1] - 30:9
**surgery** [2] - 45:22, 45:23
**sustain** [1] - 13:25
**sustained** [4] - 8:18, 27:1, 37:24, 44:23
**sworn** [2] - 3:3, 17:4

## T

**tab** [2] - 20:17, 20:22
**tabbed** [2] - 20:6, 20:18
**team** [1] - 33:20
**telephone** [1] - 16:18
**ten** [1] - 47:24
**test** [4] - 26:14, 26:18,

27:10, 27:12
**testifying** [3] - 4:11, 25:7, 48:13
**TESTIMONY** [1] - 1:11
**testimony** [4] - 10:23, 21:24, 31:1, 37:23
**THE** [147] - 1:11, 1:14, 1:18, 3:4, 3:5, 3:6, 3:9, 3:10, 3:11, 3:12, 3:24, 3:25, 4:1, 6:8, 6:10, 8:3, 8:4, 8:5, 8:18, 8:25, 9:15, 9:19, 9:22, 9:25, 10:2, 10:5, 10:11, 11:21, 11:24, 12:10, 12:12, 12:14, 12:17, 13:4, 13:7, 13:25, 14:7, 14:8, 14:10, 14:11, 15:20, 15:21, 15:24, 16:3, 16:4, 16:5, 16:13, 16:16, 16:22, 17:3, 18:7, 18:10, 18:14, 18:16, 19:3, 19:5, 19:24, 20:3, 20:11, 20:23, 21:6, 21:10, 21:12, 21:15, 21:21, 21:25, 22:2, 22:4, 22:6, 23:20, 23:21, 23:22, 24:1, 24:9, 24:11, 24:12, 25:5, 25:8, 25:13, 26:23, 27:1, 29:10, 31:3, 31:6, 31:7, 31:8, 31:9, 31:10, 31:13, 31:19, 31:21, 31:23, 34:21, 34:23, 35:1, 36:8, 36:10, 36:13, 37:24, 38:6, 38:21, 38:24, 38:25, 40:7, 40:10, 40:11, 40:15, 40:16, 40:17, 40:22, 41:2, 41:3, 41:9, 41:11, 41:12, 41:13, 44:13, 44:16, 44:18, 44:19, 44:20, 45:11, 45:13, 45:14, 45:15, 45:25, 46:1, 46:4, 46:5, 46:7, 46:9, 47:9, 48:10, 48:14, 48:16, 48:17, 48:21, 48:24, 49:11, 49:20, 49:23, 50:6, 50:9, 50:13, 50:20, 50:22, 51:17
**therefore** [2] - 6:2, 25:4
**third** [1] - 39:7
**third-party** [1] - 39:7
**thousands** [2] - 47:18
**three** [5] - 24:22, 28:14, 31:15, 47:25, 50:2
**timing** [1] - 22:13
**today** [4] - 28:1, 49:20, 49:22, 50:25
**today's** [1] - 17:20
**together** [4] - 43:18, 45:7, 45:17, 51:6
**tomorrow** [1] - 51:5
**took** [2] - 33:7, 47:19
**top** [5] - 10:21, 16:8, 23:18, 37:15
**towards** [1] - 3:7
**TPO** [7] - 39:1, 39:4, 39:8,

39:17, 39:20, 40:13, 40:24
**training** [1] - 43:2
**transcription** [1] - 52:4
**TRIAL** [1] - 1:10
**trillion** [2] - 30:23, 32:4
**trillions** [3] - 30:11, 31:17, 31:20
**troubling** [1] - 47:17
**true** [2] - 43:20
**try** [6] - 3:6, 20:24, 21:2, 21:6, 21:22, 48:17
**trying** [5] - 45:6, 49:1, 49:2, 49:15, 50:11
**turmoil** [1] - 47:18
**turn** [1] - 48:1
**turnkey** [1] - 43:22
**two** [4] - 29:4, 43:17, 45:22, 50:2
**tying** [1] - 44:16

### U

**unable** [1] - 43:10
**under** [2] - 17:2, 33:4
**understood** [3] - 35:16, 39:2, 39:4
**unfortunate** [1] - 29:9
**unfortunately** [1] - 42:20
**union** [5] - 30:10, 35:17, 35:18, 43:19, 43:20
**UNION** [1] - 1:4
**United** [1] - 52:9
**united** [1] - 1:22
**UNITED** [2] - 1:1, 1:12
**unreasonable** [1] - 49:12
**up** [18] - 4:24, 5:8, 7:22, 7:23, 15:15, 15:25, 18:3, 18:5, 19:15, 20:8, 36:19, 38:11, 39:16, 41:3, 41:25, 42:14, 47:5, 51:7
**UPF** [1] - 39:24
**UTILITY** [1] - 1:4

### V

**verify** [1] - 13:13
**Versailles** [1] - 33:2
**versions** [1] - 49:8
**viable** [1] - 43:21
**volume** [2] - 37:16, 40:13
**voluntarily** [1] - 47:1
**vs** [1] - 1:6

### W

**Wabash** [1] - 1:16
**wait** [3] - 41:10, 41:12, 44:19
**walk** [2] - 44:6
**wants** [1] - 49:8

**warehouse** [19] - 39:24, 39:25, 40:2, 41:17, 41:19, 42:3, 42:6, 45:19, 46:13, 46:17, 46:19, 46:21, 47:2, 47:4, 47:7, 47:13, 47:15, 47:20, 48:2
**waste** [1] - 49:5
**week** [5] - 27:18, 43:18, 50:25, 51:8
**welcome** [1] - 22:6
**Wells** [1] - 40:13
**WEST** [1] - 1:2
**West** [1] - 1:4
**whack** [1] - 49:18
**wheelchair** [1] - 45:23
**whichever** [2] - 8:20, 8:23
**whole** [1] - 42:15
**wholesaler** [1] - 39:10
**willing** [1] - 39:19
**WITNESS** [37] - 2:2, 3:5, 3:9, 3:11, 3:25, 8:3, 8:5, 8:25, 9:19, 14:8, 14:10, 15:21, 16:4, 17:3, 19:5, 23:21, 24:12, 25:5, 31:7, 31:9, 31:13, 31:23, 38:25, 40:7, 40:11, 40:16, 41:3, 41:11, 41:13, 44:18, 44:20, 45:13, 45:15, 45:25, 46:4, 46:7, 48:16
**witness** [10] - 3:3, 10:2, 10:8, 11:20, 11:22, 11:23, 17:1, 17:4, 19:10, 49:14
**witnesses** [1] - 16:24
**wonder** [1] - 43:19
**words** [1] - 39:22
**works** [2] - 12:16, 43:4
**world** [3] - 30:10, 30:12, 32:4
**worth** [1] - 40:3
**wrap** [1] - 51:7
**wrapping** [1] - 41:25
**written** [1] - 40:3

### Y

**year** [5] - 15:12, 27:19, 29:18, 42:20, 43:16
**years** [11] - 4:22, 5:15, 5:18, 9:19, 23:4, 25:21, 27:18, 28:14, 28:19, 29:2, 50:16

### Z

**zillions** [3] - 30:10, 31:17, 31:20
**Zoom** [1] - 36:5