UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80732-CIV-KAM

RAVI KADIYALA, individually, and as the
Assignee of CREDIT UNION MORTGAGE
UTILITY BANC, INC., an Illinois corporation,

Plaintiff,

v.

MARK JOHN PUPKE, MARIE MOLLY
PUPKE,

Defendants.
_____/

MARK JOHN PUPKE and
MARIE MOLLY PUPKE,

Counterclaim Plaintiffs,

v.

RAVI KADIYALA, individually, and as the
Assignee of CREDIT UNION MORTGAGE
UTILITY BANC, INC. an Illinois corporation,

Counterclaim Defendant.
_____/

### ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause is before the Court upon Plaintiff's Motion for Bill of Costs. (DE 249).

This matter was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated August 16, 2022, has been filed. (DE 283.) The Report recommends that the Motion be granted, and Plaintiff be awarded $6,332.77. The Court has conducted an independent *de novo* review of the file and no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)	The Report and Recommendation (DE 283) is **AFFIRMED AND ADOPTED**.

    2)       Plaintiff's Motion for Bill of Costs (DE 249) is **GRANTED.**

    3)       The Court will separately enter Judgment for Plaintiff.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of August, 2022.

KENNETH A. MARRA
United States District Judge